FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Brett L. Gibbs, Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941 (415) 325-5900

2012 SEP 27   AM 11: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

ATTORNEYS FOR: INGENUITY 13 LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC<br><br>Plaintiff(s),<br>v.<br><br>JOHN DOE<br><br>Defendant(s) | CASE NUMBER<br><br>CV12-8333-SVW (PJWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for INGENUITY 13 LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

INGENUITY 13 LLC


September 24, 2012                              _____
Date                                            Sign

                                                BRETT L. GIBBS
                                                Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES