Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for Putative John Doe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Defendants. | Case Number(s): 2:12-cv-08333-DMG-PJW<br><br>Assigned to: Judge Dolly M. Gee<br>Referred to: Magistrate Judge Patrick J. Walsh<br><br>**DECLARATION OF MORGAN E. PIETZ**<br><br>[*No Hearing Requested*] |

-i-
**DECLARATION OF MORGAN E. PIETZ**

I, Morgan E. Pietz, have personal knowledge of the facts alleged herein and hereby declare as follows:

1. I am an attorney duly licensed by and in good standing with the State Bar of California, and am admitted to the practice of law in the State and Federal Courts of the State of California.

2. I am the attorney principally responsible for the representation the Putative John Doe in the above-entitled action. My client wishes to remain anonymous for now, however, his true identity and contact information are known to me. My client received a letter from his IPS, Verizon, a few weeks ago, explaining that Ingenuity 13, LLC, an entity organized in the Federation of Saint Kitts and Nevis, had filed a lawsuit, and issued a subpoena seeking my client's identity. My client pays the Internet bill for an account that was assigned an IP address which was purportedly used to illegally download plaintiff's pornographic content.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of my attempts to meet and confer with plaintiff's counsel, Brett Gibbs, via email regarding obtaining an extension in this matter. Mr. Gibbs promised to get back to me by Wednesday, November 28, but as of 8:00 p.m. on that day he had not done so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 28, 2012, at Manhattan Beach, California.

/s/ Morgan E. Pietz
Morgan E. Pietz, Declarant

-1-
**DECLARATION OF MORGAN E. PIETZ**