Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Attorney for Putative John Doe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendants. | Case Number(s): 2:12-cv-08333-DMG-PJW<br><br>Assigned to: Judge Dolly M. Gee<br>Referred to: Magistrate Judge Patrick J. Walsh<br><br>**[PROPOSED] ORDER RE: JOHN DOE'S *EX PARTE* APPLICATION FOR A STAY OF THE SUBPOENA RETURN DATE**<br><br>[*No Hearing Requested*] |

On November 28, 2012, an ISP subscriber who is the Putative John Doe defendant in this action ("Movant") applied to the Court *ex parte* for a 30-day stay of the subpoena response deadline.

For good case shown, Movant's application is hereby GRANTED, as follows:

Verizon is ORDERED to stay any return on the subpoena issued to it by plaintiff Ingenuity 13, LLC seeking Movant's identity for thirty (30) days from the date of this Order.

Plaintiff Ingenuity, 13, LLC is ORDERED to serve a copy of this order on Verizon using an appropriate email address or fax number, with a follow up phone call, before close of business on November 28, 2012.

SO ORDERED.

Dated: _____     By: _____

United States District / Magistrate Judge

**[PROPOSED] ORDER RE: JOHN DOE'S *EX PARTE* APPLICATION FOR A STAY OF THE SUBPOENA RETURN DATE**