Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, | Case No. 2:12-cv-8333-SVW(PJWx) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DENYING MOVANT'S *EX PARTE* APPLICATION FOR STAY OF THE SUBPOENA RETURN DATE |
| JOHN DOE, | |
| Defendant. | |

**[PROPOSED] ORDER DENYING MOVANT'S *EX PARTE* APPLICATION FOR STAY OF THE SUBPOENA RETURN DATE**

The Court has reviewed the Movant's *Ex Parte* Application for Stay of the Subpoena Return Date (ECF No. 13), Plaintiff's Response to Movant's Motion, and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Movant's *Ex Parte* Application for Stay of the Subpoena Return Date (ECF No. 13) is, in all respects, hereby DENIED.

DATED:_____     _____

United States District Court Judge