UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8333-DMG (PJWx) | Date | December 3, 2012 |
|---|---|---|---|
| Title | Ingenuity13 LLC v. John Doe | | |

| Present: The Honorable | PATRICK J. WALSH | |
|---|---|---|
| Celia Anglon-Reed | | XTR 12/03/2012 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Brett Langdon Gibbs | | Morgan E. Peitz |

**Proceedings:** Telephonic Hearing Regarding Defendant's Ex Parte Application to Stay of Subpoena Return Date

     Case called and counsel make their appearances. The Court discussed the ex parte application for a stay of the subpoena return date. The Court grants the order for reasons set forth on the record.

cc:

Brett Langdon Gibbs  
Prenda Law Inc.  
38 Miller Avenue, Suite 263  
Mill Valley, CA 94941

Morgan E. Pietz  
The Pietz Law Firm  
3770 Highland Avenue, Suite 206  
Manhattan Beach, CA 90266

S:\PJW\Cases-X\Ingenuity  v. John Doe, 8333\MO_tele hrg re ex parte.wpd

|  | : | 36 |
|---|---|---|
| | Initials of Preparer | ca |