Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, ) | No. 2:12-cv-08333-DMG-PJW |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ATTORNEY MORGAN PIETZ** |
| JOHN DOE ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ATTORNEY MORGAN PIETZ**

THIS CAUSE is before the Court upon Plaintiff's Motion for Sanctions Against Attorney Morgan Pietz.

THIS COURT has considered Plaintiff's Motion, the pertinent portions of the record, and is otherwise fully advised on the premise.

THIS COURT finds that Mr. Pietz has acted in bad faith, has acted vexatiously and wantonly, has delayed and disrupted the litigation in bad faith, and has multiplied the proceedings unreasonably and vexatiously. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Sanctions against Attorney Morgan Pietz is GRANTED

IT IS FURTHER ORDERED that Attorney Morgan Pietz is sanctioned by this Court in the amount of $3,250 , and is accordingly to tender that amount to Plaintiff's Counsel Brett L. Gibbs

1  IT IS SO ORDERED

3  DATED: _____     _____
                                United States District Judge