Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JCx

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case Number(s): 2:12-cv-08333-ODW-JCx<br><br>Assigned to: Judge Otis D Wright, II<br>Referred to: Magistrate Judge Jacqueline Chooljian<br><br>**PUTATIVE JOHN DOE'S REQUEST FOR LEAVE TO FILE A REPLY** |

**PUTATIVE JOHN DOE'S REQUEST FOR LEAVE TO FILE A REPLY**

# REQUEST FOR LEAVE TO FILE A REPLY

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that the putative Putative John Doe in 2:12-cv-08333-ODW-JCx ("Movant"), by and through counsel, hereby requests leave of Court to file a reply in support of Putative John Doe's Ex Parte Application for Leave to Take Early Discovery and for a Further Stay of the Subpoena Return Date (ECF No. 23) (the "Application").

The issue which necessitated the filing of the Application on an *ex parte* basis (namely obtaining a further stay of the ISP subpoena response deadline, which had been set for December 28, 2012) has been ***mooted by Judge Wright's minute order***, issued earlier today, (ECF No. 28) quashing the outstanding ISP subpoena.

The remaining issue in the Application, which has ***not*** been mooted by Judge Wright's minute order, is whether Movant should be allowed to conduct certain limited written discovery, prior to a 26(f) conference, relating to Alan Cooper. Since there is now no exigent circumstance requiring an immediate answer on the Application, and in order to address a number of points raised in plaintiff's opposition to the Application (ECF No. 27), Movant now respectfully requests leave to file a reply in support of the Application, by Friday January 4, 2012, or such other date as the Court may order.

Respectfully submitted,

DATED: December 21, 2012                THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
Appearing on Caption