Jeff Price
SBN 165534
1512 16th Street, Suite 2
Santa Monica, CA 90404
Phone: (310) 451-2222
Fax: (310) 728-1705

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOUNG<br><br>Plaintiff(s)<br>v.<br><br>ARON WOLFE, et al<br><br>Defendant(s) | CASE NUMBER:<br>CR<br>CV 07-3190 RSWL (RZx)<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable _Ronald S. W. Lew_ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: _Warden J. Soto, California State Prison, Los Angeles County (Lancaster)_

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Michael Howard Sutton** before the Honorable _Ronald S. W. Lew_ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __21__, located at 312 North Spring Street, 5th Floor, Los Angeles, CA 90012 on _February 26, 2012_ at _8:45 a.m._, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**RONALD S.W. LEW**

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 12/21/12

CLERK, U.S. DISTRICT COURT

By: _/s/ Powers_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)

Jeff Price
SBN 165534
1512 16th Street, Suite 2
Santa Monica, California 90404
Phone: (310) 451-2222
Fax: (310) 728-1705

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN YOUNG | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-07-03190-RSWL (RZx) |
| v. | |
| ARON WOLFE, et al. | APPLICATION FOR WRIT OF HABEAS CORPUS |
| Defendant(s). | ☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Michael Howard Sutton
        Alias:
BOP/Booking No: CDCR #P66855
    Detained by:   ☑ Warden J. Soto
                   ☐ Other
    Detained at: California State Prison Los Angeles County; 44750 60th Street West, Lancaster, CA 93536
                 *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on ____February 26, 2012____ at ____8:45 a.m.____ before the Honorable

Judge Ronald S. W. Lew _____ Judge/Magistrate Judge.

Location:    ☑ U.S. District Court 312 North Spring Street, Los Angeles, California 90012
                                    *(Court Address)*
             ☐ Other _____
                             *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: ____December 6, 2012____         _____
                                         *Signature of attorney*

***An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.***

G-09 (10/06)        APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM

Jeff Price, SBN 165534
1512 16th Street, Suite 2
Santa Monica, California 90404
Tel: (310) 451-2222
Fax: (310) 728-1705
jeff.price@mac.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN YOUNG | CASE NUMBER |
| | CV-07-03190-RSWL (RZx) |
| Plaintiff(s) | ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS |
| v. | ☐ AD PROSEQUENDUM ☒ AD TESTIFICANDUM |
| ARON WOLFE, et al., | |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: __Michael Howard Sutton; CDCR #P66855__

    Alias: _____

on __February 26, 2012__ at __8:45 a.m.__ before Judge __Ronald S. W. Lew__
    *(Date of Appearance)*     (Time)

Dated: 12/19/12

*/s/ Ronald S W Lew*
**Senior, U.S. District Court Judge**