1 | Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
2 | 38 Miller Avenue, #263
Mill Valley, CA 94941
3 | 415-325-5900
blgibbs@wefightpiracy.com
4

**DENIED**
Judge Otis D. Wright, II
12-21-12

5 | *Attorney for Plaintiff*

6 | IN THE UNITED STATES DISTRICT COURT FOR THE

7 | CENTRAL DISTRICT OF CALIFORNIA

8

9 | INGENUITY13 LLC, ) No. 2:12-cv-08333-DMG-PJW
10 | Plaintiff, )
11 | v. ) **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ATTORNEY MORGAN PIETZ**
12 | JOHN DOE )
  ) [22]
13 | Defendant. )
14 | _____)

15 | **ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ATTORNEY MORGAN PIETZ**

16

17 | THIS CAUSE is before the Court upon Plaintiff's Motion for Sanctions Against Attorney

18 | Morgan Pietz.

19 | THIS COURT has considered Plaintiff's Motion, the pertinent portions of the record, and is

20 | otherwise fully advised on the premise.

21 | THIS COURT finds that Mr. Pietz has acted in bad faith, has acted vexatiously and

22 | wantonly, has delayed and disrupted the litigation in bad faith, and has multiplied the proceedings

23 | unreasonably and vexatiously. Accordingly,

24

25 | IT IS ORDERED that Plaintiff's Motion for Sanctions against Attorney Morgan Pietz is

26 | GRANTED

27 | IT IS FURTHER ORDERED that Attorney Morgan Pietz is sanctioned by this Court in the

28 | amount of $3,250 , and is accordingly to tender that amount to Plaintiff's Counsel Brett L. Gibbs

1  IT IS SO ORDERED

2

3  DATED: _____       **DENIED**
                                  _____
4                                 United States District Judge