Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-DMG-PJW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number(s): 2:12-cv-08333-~~DMG~~-PJW  (ODW)<br><br>Assigned to: Judge Dolly M. Gee<br>Referred to: Magistrate Judge Patrick J. Walsh<br><br>[~~PROPOSED~~] ORDER GRANTING PUTATIVE JOHN DOE'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE EARLY DISCOVERY AND FOR A FURTHER STAY OF THE SUBPOENA RETURN DATE |

The Court, having duly considered Putative John Doe's *Ex Parte* Application for Leave to Take Early Discovery and For a Further Stay of the Subpoena Return Date, including the supporting declaration and appendices thereto, rules as follows:

IT IS ORDERED THAT:

[X]   1.   John Doe's ex parte application is GRANTED in full. John Doe may, within fifteen days from the date hereof, propound the limited written discovery set forth in the instant *ex parte* application. The subpoena return date for the subpoena issued by plaintiff to Comcast, seeking John Doe's identity, is stayed pending further order of this Court.

[ ]   2.   John Doe's ex parte application is GRANTED in part and DENIED in part. The request to propound early discovery is denied. However, the request for a stay of the subpoena return date for an additional 30-days is granted. The subpoena return date for the subpoena issued by plaintiff to Comcast, seeking John Doe's identity, is stayed until Monday January 28, 2012, in order to allow the putative John Doe to file a motion to quash. If the putative John Doe does file a motion to quash on or before January 28, 2012, the subpoena return date is hereby stayed until this Court decides that motion.

IT IS FURTHER ORDERED that plaintiff shall, by the next business day after the date of the entry of this order, give notice to Comcast, by appropriate means, and the notice shall include a copy of this order. SO ORDERED.

DATED: 12-26-12

Honorable Otis D. Wright, II
United States District Judge

-1-

[PROPOSED] ORDER GRANTING PUTATIVE JOHN DOE'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE EARLY DISCOVERY AND FOR A FURTHER STAY OF THE SUBPOENA RETURN DATE