# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
|---|---|
| Plaintiff, | **ORDER DENYING REQUEST [29]** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Based on the Court's grant of John Doe's ex parte application (ECF No. 32), his Request for Leave to file a reply is **DENIED AS MOOT**.  (ECF No. 29.)

**IT IS SO ORDERED.**

December 27, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**