Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, ) | No. 2:12-cv-08333-ODW-JC |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL OF ACTION WITHOUT** |
| ) | **PREJUDICE** |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. The Court before which the instant action presently sits has recently held that "[T]he Court is not convinced that that there is no way of identifying John Doe through an IP address other than obtaining ISP subscriber information—Plaintiff has presented nothing but argument suggesting that it is so."[1] Plaintiff maintains its contention that it is factually *impossible* to identify a John Doe through an IP address without obtaining ISP subscriber information; as such, Plaintiff now dismisses this action without prejudice in order to avoid the futility of attempting to litigate these cases under such circumstances.

---

[1] *AF Holdings v. Doe*, No. 2:12-cv-06637-ODW-JC (C.D. Cal. January 25, 2013), Order Dismissing Case (ECF No. 21.)

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

                                        Respectfully Submitted,

**DATED: January 28, 2013**

                              By:      /s/ Brett L. Gibbs, Esq.

                                  Brett L. Gibbs, Esq. (SBN 251000)
                                  Of Counsel for Prenda Law Inc.
                                  38 Miller Avenue, #263
                                  Mill Valley, CA 94941
                                  blgibbs@wefightpiracy.com
                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 28, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

                                                      /s/ Brett L. Gibbs_____
                                                        Brett L. Gibbs, Esq.