1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
| 11          Plaintiff, | **ORDER RE STATUS CONFERENCE** |
| 12     v. | |
| 13  JOHN DOE, | |
| 14          Defendant. | |

15  On December 26, 2012, the Court granted John Doe's ex parte application for
16  early discovery, allowing John Doe to propound—prior to a Rule 26(f) conference—
17  the 15 interrogatories and 5 document requests listed in its moving papers. (ECF Nos.
18  32, 23.)  This discovery was to be served within 15 days from the date of the Order,
19  and must be answered in the 30-day timeframe allotted under the Federal Rules of
20  Civil Procedure 33 and 34.[1]  The Court calculates the latest possible date for this
21  answer to be February 12, 2013.

22  Accordingly, the Court hereby **ORDERS** the parties to jointly prepare a status
23  report, briefly indicating whether this early discovery was propounded and whether an
24  answer was given in response.  This status report must be filed by February 19, 2013.
25  In addition, the parties are hereby **ORDERED** to appear for a status conference on
26  March 4, 2013, at 1:30 p.m., to discuss the status of this early discovery.

27

---

28  [1] The deadline may be extended by three days under Rule 6(d) if service was not performed under Rule 5(b)(2)(A) or (B).

If the parties indicate in their status report that the early discovery has been properly propounded and answered, the Court will vacate the March 4, 2013 status conference.

Failure to comply with this order or failure to appear for the scheduled status conference may result in sanctions, including monetary sanctions.

**IT IS SO ORDERED.**

Dated: January 28, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**