ANDREW J. WAXLER, SBN 113682
WON M. PARK, SBN 194333
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE, <br><br> Defendant. | Case No. 2:12-CV-8333-ODW (JCx) <br><br> [Assigned to Judge Otis D. Wright, II ] <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO FEBRUARY 7, 2013 OSC** <br><br> [Filed Concurrently with Response To The Court's February 7, 2013 OSC And Declaration of Brett Gibbs In Support of Response to February 7, 2013 OSC] <br><br> [Complaint Filed: August 1, 2012] <br><br> Date: March 11, 2013 <br> Time: 1:30 p.m. <br> Dept: 11 <br><br> Trial date: None set |

Brett L. Gibbs hereby requests that the Court take judicial notice of the following documents attached as Exhibits 1 through 5. This request is made pursuant to Federal Rule of Evidence 201. This request is made in connection with Mr. Gibbs' Response to the Court's February 7, 2013 Order to Show Cause (Dkt. No. 23).

1

1. Complaint in the case entitled *AF Holdings LLC v. Does 1-97*, United States District Court for the Northern District of California Case No. 4:11-cv-03067-CW, a true and correct copy of which is attached hereto as Exhibit 1.

2. Verified Petition to Perpetuate Testimony in the case entitled *In the Matter of Ingenuity 13 LLC*, United States District Court for the Eastern District of California, Case No. 2:11-mc-00084-JAM-DAD, a true and correct copy of which is attached hereto as Exhibit 2.

3. Petition for Discovery in the case entitled *Guava, LLC v. Comcast Cable Communications, LLC*, In the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois Case No. 12-MR-417, a true and correct copy of which is attached hereto as Exhibit 3.

4. Order granting Verified Petition to Perpetuate Testimony in the case entitled *In the Matter of Ingenuity 13 LLC*, United States District Court for the Eastern District of California, Case No. 2:11-mc-00084-JAM-DAD, a true and correct copy of which is attached hereto as Exhibit 4.

5. Order Re: Plaintiff's Renewed Request for Discovery Prior to Rule 26(f) Conference in the case entitled *AF Holdings v. Does* 1-96, United States District Court for the Eastern District of California Case No. 3:11-cv-03335-JSC, a true and correct copy of which is attached hereto as Exhibit 5.

Dated: February 19, 2013        WAXLER ♦ CARNER ♦ BRODSKY LLP

By: *[signature]*
ANDREW J. WAXLER
WON M. PARK
Specially Appearing for Respondent
BRETT L. GIBBS