Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>**SUPPLEMENTAL DECLARATION OF MORGAN E. PIETZ** |

I, Morgan E. Pietz, have personal knowledge of the facts alleged herein and hereby declare as follows:

1. I am a member in good standing of the State Bar of California, duly admitted to the practice of law in the state and federal courts of the State of California.

2. I represent ISP subscribers who have been targeted by Ingenuity 13, LLC, through its counsel Prenda Law, Inc. f/k/a Steele Hansemeier PLLC ("Prenda") in copyright infringement cases Ingenuity 13 filed in both the Central District of California, and the Northern District of California. I also represent other clients in other cases brought by Prenda on behalf of other entities, sometimes along with local counsel, in other courts.

3. I represent a putative John Doe defendant in the case indicated on the caption above.

4. My clients in the Prenda cases, including this case, each received letters from their ISPs informing them that Prenda was attempting to subpoena their identity as part of a lawsuit. Generally, my clients are the people who happen to pay the Internet bill for their household, not necessarily the people who actually committed the alleged infringement or other wrongful conduct. However, Prenda constructs its lawsuits so as to make it unclear what exactly is the status of my clients. The complaint does not exactly come out and say that the ISP subscriber equals the John Doe defendant. However, the requests for early discovery, seeking leave to issue ISP subpoenas, generally tend to conflate ISP subscriber with Doe defendant.

5. A comprehensive "Declaration of Morgan E. Pietz re: Prenda Law, Inc." was previously filed in this action at ECF No. 40-1. ***Exhibit letters herein are continued from that prior declaration***.

6. I did serve the Alan Cooper written discovery on Mr. Gibbs, via overnight mail, on January 4, 2013.

7. Attached as Exhibit P hereto is a true and correct copy of an email chain I received wherein Mr. Gibbs notified me that Mr. Duffy would be substituting into this case as counsel of record, and an email where Mr. Duffy attempted to meet and confer with on 12-cv-8333.

8. Attached as Exhibit Q hereto is a true and correct copy of Alan Cooper's complaint for identity theft, etc.

9. Attached as Exhibit R hereto is a true and correct copy of documents identifying "Salt Marsh" as the "owner" of AF Holdings.

10. Attached as Exhibit S hereto is a true and correct copy of a declaration attorney Nicholas Ranallo prepared regarding Anthony Saltmarsh.

11. Attached as Exhibit T hereto is a true and correct copy of a website registration document showing "Alan Cooper" at an address in Phoenix linked to, John Steele, his sister and Anthony Saltmarsh.

12. Attached as Exhibit U hereto is a true and correct copy of the petition in the St. Clair County Guava, LLC case, which appears to be verified by "Alan Moay" or "Alan Mony".

13. Attached as Exhibit V hereto is a true and correct copy of my reply in the St. Clair County Guava, LLC case.

14. Attached as Exhibit W hereto is a true and correct copy of the declaration about the collusion in a Minnesota Guava LLC case.

15. John Steele told me, in front of others, on February 13, 2013 in St. Clair County that he is currently of counsel to Prenda Law.

16. Attached as Exhibit X hereto is a true and correct copy of a demand letter, dated January 30, 2013, from the St. Clair County case listing Mr. Gibbs as in house counsel for Guava, LLC.

17. Attached as Exhibit Y hereto is a true and correct copy of a letter Mr. Duffy sent to Judge Scriven in Florida wherein he represents that he is the sole principal of Prenda Law.

-3-
**SUPPLEMENTAL DECLARATION OF MORGAN E. PIETZ**

18.   Attached as <u>Exhibit Z</u> hereto is a true and correct copy of Mr. Duffy's bio from the wefightpiracy.com website, accessed February 20, 2013.

19.   Attached as <u>Exhibit AA</u> hereto is a true and correct copy of John L. Steele's LinkedIn profile where he states that he "sold [his] client book to Prenda Law in 2011."

20.   Attached as <u>Exhibit BB</u> hereto is a true and correct copy of a complaint listing wherein Paul Hansemeier's firm Alpha Law Firm, LLC represents Guava, LLC in Minnesota.

21.   Attached as <u>Exhibit CC</u> hereto is a true and correct copy of the LinkedIn profile for Michael Dugas listing Prenda Law.

22.   Attached as <u>Exhibit DD</u> hereto is a true and correct copy of an unpublished Ninth Circuit sanctions opinion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: February 20, 2013
Executed this day at Manhattan Beach, California, by

                               */s/ Morgan E. Pietz*
                               Morgan E. Pietz, Declarant

**SUPPLEMENTAL DECLARATION OF MORGAN E. PIETZ**