IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**DECLARATION OF CAMILLE D. KERR** |

I, Camille D. Kerr, hereby declare as follows:

1. I am a paralegal with Locke Lord LLP, a law firm serving as outside counsel for SBC Internet Services, LLC d/b/a AT&T Internet Services ("AT&T") in connection with numerous subpoenas issued by attorneys with Prenda Law, Inc. in various state and federal courts across the nation. I regularly assist Bart Huffman in such matters.

2. On November 1, 2012, I received an e-mail message from Angela Van Den Hemel, whom I believe to be a paralegal with Prenda Law Inc., wherein Ms. Van Den Hemel requested an update with respect to a subpoena to AT&T issued in *AF Holdings LLC v. John Doe*, No. 12-cv-05725 (C.D. Cal.) (the "Subpoena to AT&T" issued in the "5725 Lawsuit"). Ms. Van Den Hemel's e-mail message to me attached a copy of the corresponding subpoena package, consisting of a cover letter, the July 11, 2012 Order Granting Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery, and the Subpoena to AT&T with proof of service. A true and correct copy of Ms. Van Den Hemel's e-mail message to me (including its attachments) is attached hereto as Exhibit 1.

3. On November 6, 2012, Angela Van Den Hemel sent another e-mail message to me asking about the 5725 Lawsuit and the Subpoena to AT&T. A true and correct copy of that e-mail message is attached hereto as Exhibit 2.

4. On November 8, 2012, I was copied on an e-mail message from Bart Huffman to Ms. Van Den Hemel concerning the 5725 Lawsuit, in which Mr. Huffman stated, "Upon review of the court files, it appears that any early discovery orders in this case (and a number of other AF Holdings cases) were vacated. Please let us know if you have information to the contrary." (Huffman Decl., ¶ 9 and Ex. 4.) I have not thereafter received any information or communication from Prenda Law, Inc. concerning the Subpoena to AT&T or the 5725 Lawsuit.

5. I declare under penalty of perjury that the above is true and correct.

Dated: February 19, 2013

_____
Camille D. Kerr

AUS:0054225/00001:496404v3