# EXHIBIT 2

## to the Declaration of Camille Kerr

Exhibit 2
Exhibits to the Declaration of Camille Kerr
Page 12

## Kerr, Camille

| | |
|---|---|
| **From:** | Angela Van Den Hemel <akvandenhemel@wefightpiracy.com> |
| **Sent:** | Tuesday, November 06, 2012 3:57 PM |
| **To:** | Kerr, Camille |
| **Subject:** | Re: Subpoena Response Question: AF Holdings LLC v. John Doe; 2:12-cv-05725-JFW-JEM |
| **Attachments:** | _At&t Subpoena Packet - 5725.pdf; Signed - POS.pdf |

Camille,

I received the two responses you issued today. Also, did you get a second to look into the above-referenced case?

Thanks, and Happy Election Day!

-Angela

On Thu, Nov 1, 2012 at 3:34 PM, Angela Van Den Hemel <akvandenhemel@wefightpiracy.com> wrote:
Good Afternoon, Camille:

When you have second, could you update me on the above-mentioned case? The subpoena was issued in early July.

Thank you,

Angela

--
Angela Van Den Hemel

Prenda Law Inc.
161 N Clark Street, Suite 3200
Chicago, IL  60601
P: 312-344-3207
www.wefightpiracy.com

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.

*This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.*

--

1

Exhibit 2
Exhibits to the Declaration of Camille Kerr
Page 13

Angela Van Den Hemel

Prenda Law Inc.
161 N Clark Street, Suite 3200
Chicago, IL 60601
P: 312-344-3207
www.wefightpiracy.com

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.

*This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.*