Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>**REPLY DECLARATION OF MORGAN E. PIETZ** |

-1-
**REPLY DECLARATION OF MORGAN E. PIETZ**

I, Morgan E. Pietz, have personal knowledge of the facts alleged herein and hereby declare as follows:

1.    I am a member in good standing of the State Bar of California, duly admitted to the practice of law in the state and federal courts of the State of California.

2.    I represent ISP subscribers who have been targeted by Ingenuity 13, LLC, through its counsel Prenda Law, Inc. f/k/a Steele Hansemeier PLLC ("Prenda") in copyright infringement cases Ingenuity 13 filed in both the Central District of California, and the Northern District of California. I also represent other clients in other cases brought by Prenda on behalf of other entities, sometimes along with local counsel, in other courts.

3.    I represent a putative John Doe defendant in the case indicated on the caption above.

4.    My clients in the Prenda cases, including this case, each received letters from their ISPs informing them that Prenda was attempting to subpoena their identity as part of a lawsuit. Generally, my clients are the people who happen to pay the Internet bill for their household, not necessarily the people who actually committed the alleged infringement or other wrongful conduct. However, Prenda constructs its lawsuits so as to make it unclear what exactly is the status of my clients. The complaint does not exactly come out and say that the ISP subscriber equals the John Doe defendant. However, the requests for early discovery, seeking leave to issue ISP subpoenas, generally tend to conflate ISP subscriber with Doe defendant.

5.    A comprehensive "Declaration of Morgan E. Pietz re: Prenda Law, Inc." was previously filed in this action at ECF No. 40-1. A "Supplemental Declaration of Morgan E. Pietz" was previously filed in this action at ECF No. 53. ***The lettering of the <u>Exhibits</u> to this "Reply Declaration of Morgan E. Pietz" is continued from theses two prior declaration***.

6. Attached as Exhibit EE hereto is a true and correct copy of the [Amended] "Motion for Withdrawal and Substitution of Counsel" filed by Mr. Gibbs in *AF Holdings, LLC v. Andrew Magsumbol*, N.D. Cal. No. 3:12-cv-4221-SC, ECF No. 22, 1/30/13. On page 2, Mr. Gibbs lists himself as "In-House Counsel, AF Holdings LLC". The prior day, January 29, 2013, Mr. Gibbs had filed a different version of the same motion (*id.* at ECF No. 21). The only apparent difference between the two substitution motions was the addition of the line where Mr. Gibbs signed for AF Holdings, as in house counsel, in the amended motion.

7. Attached as Exhibit FF hereto is a true and correct copy of the pleading that Prenda's local counsel in St. Clair County, Illinois, Kevin Hoerner, filed in on or around February 13, 2013, in *Guava, LLC v. Comcast Cable Communications, LLC*, Circuit Court of St. Clair County, Illinois, No. 12-MR-417. This pleading states on page 5 that the name of the person who supposedly verified the petition in that action is "Alan Mony." On February 14, 2013, among other questions, I asked Prenda's lawyers to confirm the spelling of the purported client who had signed the verification, and Mr. Hoerner responded that day (this was the entire response): "The issues have already been briefed. See you in court."

8. Attached as Exhibit GG hereto is a true and correct copy of the amended verification filed by Prenda on February 21, 2013 in the Guava St. Clair County action, purportedly executed by someone spelling their name "Alan Mooney."

9. Attached as Exhibit HH hereto is a true and correct copy of an explanatory organization diagram I prepared for Prenda, etc. I am prepared to explain this document at the hearing, and can provide documentary support for the connections.

10. Attached as Exhibit II hereto is a true and correct copy of two Google Earth maps that I prepared. The first map shows the Wagar residence located at 1411 Paseo Jacaranda, Santa Maria, California 93458. (ECF No. 50, ¶ 29). The

second map shows the Denton residence located 635 S. Vanderwell Avenue, West Covina, California 91790. In order to illustrate the range of a WiFi network, both maps show three circles around the residence, each with different radii: a 100 ft. circle (green), a 300 ft. circle (yellow), and a 500 ft. circle (red).

11. Attached as Exhibit JJ hereto is a true and correct copy of the manual, chapter 4, for a wireless router owned by a client of mine in a prior, unrelated case. The router at issue there was about ten years old, and specified a range of between 300–500 ft., per page 4-2. This is simply an example of the kind of signal range available on a not-state-of-the-art router.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: March 4, 2013,
Executed this day at Manhattan Beach, California, by

*/s/ Morgan E. Pietz*
Morgan E. Pietz, Declarant