ANDREW J. WAXLER, SBN 113682
WON M. PARK, SBN 194333
WAXLER ◆ CARNER ◆ BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II ]<br><br>**SUPPLEMENTAL DECLARATION OF BRETT L. GIBBS IN SUPPORT OF SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S FEBRUARY 7, 2013 OSC**<br><br>[Complaint Filed: September 27, 2012]<br><br>Date: March 11, 2013<br>Time: 1:30 p.m.<br>Dept: 11<br><br>[Filed Concurrently with Brett Gibbs' Supplemental Brief; Supplemental Request for Judicial Notice; Objections to Evidence and Proposed Order re Objections to Evidence]<br><br>Trial date: None set |

## SUPPLEMENTAL DECLARATION OF BRETT L. GIBBS

I, Brett L. Gibbs, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California and the United States District Court for the Central District of California. I was "Of Counsel" to Prenda Law, Inc., counsel of record for Plaintiffs AF Holdings, LLC ("AF Holdings") and Ingenuity 13, LLC ("Ingenuity") in the actions entitled *AF Holdings, Inc. v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6636-ODW(JCx) ("Case No. 6636"), *AF Holdings, Inc. v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6669-ODW(JCx) ("Case No. 6669"), *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6662-ODW(JCx) ("Case No. 6662"), *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6668-ODW(JCx) ("Case No. 6668") and *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-8333-ODW(JCx) ("Case No. 8333" and collectively the "Copyright Litigations"). I have personal knowledge of the facts set forth below and I could and would competently testify to them if called upon to do so.

2. I make this declaration in support of Brett L. Gibbs' Supplemental Brief in response to the Court's February 7, 2013 OSC.

3. I no longer have a relationship with Prenda Law, Inc. or Livewire Holdings, LLC. I am also no longer counsel of record for any cases involving Ingenuity and am only counsel of record in one case for AF Holdings pending AF Holdings retaining new counsel.

4. I first became aware of the allegation that counsel for SBC Internet Services, LLC dba AT&T Internet Services ("AT&T") claimed that a Prenda employee named Angela Van Den Hemel contacted counsel for AT&T regarding the status of a subpoena issued to AT&T in the case entitled *AF Holdings LLC v.*

1

1. *Doe*, United States District Court for the Central District of California Case No. 12-cv-005075 after the Court issued its October 19, 2012 order vacating the prior early discovery orders when I reviewed the declarations of Bart Huffman and Camille D. Kerr filed by Mr. Pietz on February 20, 2013. I did not instruct Ms. Van Den Hemel to follow-up with AT&T's counsel regarding the status of the subpoena after the Court issued its October 19, 2012 order. In addition, I was not aware of any attempt to follow-up regarding the status of the subpoena until I reviewed Mr. Huffman and Ms. Kerr's declarations. I specifically advised members of Prenda about the Court's October 19, 2012 orders vacating the prior early discovery orders and advised them not to attempt to enforce the subpoenas.

5. I have never met Salt Marsh or had any direct contact with Salt Marsh. I have never forged the signature of "Salt Marsh." I have also never met Alan Moody, Alan Moay, Alan Mony, or Allan Mooney. I have also never had any direct contact with Alan Moody, Alan Moay, Alan Mony, or Allan Mooney. I have never forged the signature of "Alan Moody", "Alan Moay", "Alan Mony", or "Allan Mooney."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on the 4th day of March 2013, in Mill Valley, California.

_____
BRETT L. GIBBS