1  ANDREW J. WAXLER, SBN 113682
   WON M. PARK, SBN 194333
2  WAXLER♦CARNER♦BRODSKY LLP
   1960 East Grand Avenue, Suite 1210
3  El Segundo, California 90245
   Telephone:  (310) 416-1300
4  Facsimile:   (310) 416-1310
   e-mail:     awaxler@wcb-law.com
5  e-mail:     wpark@wcb-law.com

6  Specially Appearing for Respondent
   BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No.  2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II ]<br><br>**SUPPLEMENTAL DECLARATION OF BRETT L. GIBBS IN SUPPORT OF SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S FEBRUARY 7, 2013 OSC**<br><br>[Complaint Filed: September 27, 2012]<br><br>Date:  March 11, 2013<br>Time:  1:30 p.m.<br>Dept:  11<br><br>[Filed Concurrently with Brett Gibbs' Supplemental Brief; Supplemental Request for Judicial Notice; Objections to Evidence and Proposed Order re Objections to Evidence]<br><br>Trial date: None set |

# SUPPLEMENTAL DECLARATION OF BRETT L. GIBBS

I, Brett L. Gibbs, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California and the United States District Court for the Central District of California. I was "Of Counsel" to Prenda Law, Inc., counsel of record for Plaintiffs AF Holdings, LLC ("AF Holdings") and Ingenuity 13, LLC ("Ingenuity") in the actions entitled *AF Holdings, Inc. v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6636-ODW(JCx) ("Case No. 6636"), *AF Holdings, Inc. v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6669-ODW(JCx) ("Case No. 6669"), *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6662-ODW(JCx) ("Case No. 6662"), *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-6668-ODW(JCx) ("Case No. 6668") and *Ingenuity 13 LLC v. Doe*, United States District Court for the Central District of California Case No. 2:12-cv-8333-ODW(JCx) ("Case No. 8333" and collectively the "Copyright Litigations"). I have personal knowledge of the facts set forth below and I could and would competently testify to them if called upon to do so.

2. I make this declaration in support of Brett L. Gibbs' Supplemental Brief in response to the Court's February 7, 2013 OSC.

3. I no longer have a relationship with Prenda Law, Inc. or Livewire Holdings, LLC. I am also no longer counsel of record for any cases involving Ingenuity and am only counsel of record in one case for AF Holdings pending AF Holdings retaining new counsel.

4. I first became aware of the allegation that counsel for SBC Internet Services, LLC dba AT&T Internet Services ("AT&T") claimed that a Prenda employee named Angela Van Den Hemel contacted counsel for AT&T regarding the status of a subpoena issued to AT&T in the case entitled *AF Holdings LLC v.*

1

1 | *Doe*, United States District Court for the Central District of California Case No. 12-
2 | cv-005075 after the Court issued its October 19, 2012 order vacating the prior early
3 | discovery orders when I reviewed the declarations of Bart Huffman and Camille D.
4 | Kerr filed by Mr. Pietz on February 20, 2013. I did not instruct Ms. Van Den Hemel
5 | to follow-up with AT&T's counsel regarding the status of the subpoena after the
6 | Court issued its October 19, 2012 order. In addition, I was not aware of any attempt
7 | to follow-up regarding the status of the subpoena until I reviewed Mr. Huffman and
8 | Ms. Kerr's declarations. I specifically advised members of Prenda about the Court's
9 | October 19, 2012 orders vacating the prior early discovery orders and advised them
10 | not to attempt to enforce the subpoenas.

11 |     5.    I have never met Salt Marsh or had any direct contact with Salt Marsh.
12 | I have never forged the signature of "Salt Marsh." I have also never met Alan
13 | Moody, Alan Moay, Alan Mony, or Allan Mooney. I have also never had any direct
14 | contact with Alan Moody, Alan Moay, Alan Mony, or Allan Mooney. I have never
15 | forged the signature of "Alan Moody", "Alan Moay", "Alan Mony", or "Allan
16 | Mooney."

18 |     I declare under the penalty of perjury under the laws of the United States of
19 | America that the foregoing is true and correct. This declaration is executed on the
20 | 4th day of March 2013, in Mill Valley, California.

                      BRETT L. GIBBS