ANDREW J. WAXLER, SBN 113682
WON M. PARK, SBN 194333
WAXLER ♦ CARNER ♦ BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ingenuity 13 LLC,<br><br>       Plaintiff,<br><br>  vs.<br><br>JOHN DOE,<br><br>       Defendant. | Case No. 2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II]<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL BRIEF TO FEBRUARY 7, 2013 OSC**<br><br>[Filed Concurrently with Brett Gibbs' Supplemental Brief; Supplemental Declaration of Brett L. Gibbs; Objections to Evidence; and Proposed Order re Objections to Evidence]<br><br>[Complaint Filed: August 1, 2012]<br><br>Date: March 11, 2013<br>Time: 1:30 p.m.<br>Dept: 11<br><br>Trial date: None set |

Brett L. Gibbs hereby requests that the Court take judicial notice of the following documents attached as Exhibits 6 and 7. This request is made pursuant to Federal Rule of Evidence 201. This request is made in connection with Mr. Gibbs' Response and Supplemental Brief in response to the Court's February 7, 2013 Order to Show Cause (Dkt. No. 23).

6. November 14, 2012 Minute Order in the case entitled *Lightspeed Media Corp. v. Nason*, Los Angeles County Superior Court Case No. NC057950, a true and correct copy of which is attached hereto as Exhibit 6.

7. Complaint in the case entitled *AF Holdings LLC v. Does 1-97*, United States District Court for the Northern District of California Case No. 4:11-CV-03067-CW, a true and correct copy of which is attached hereto as Exhibit 7.

Dated: March 4, 2013     WAXLER ♦ CARNER ♦ BRODSKY LLP

By: *(signature)*
ANDREW J. WAXLER
WON M. PARK
Specially Appearing for Respondent
BRETT L. GIBBS

1