ANDREW J. WAXLER, SBN 113682
WON M. PARK, SBN 194333
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No. 2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II]<br><br>**NOTICE OF LODGING BRETT L. GIBBS' [PROPOSED] ORDER RE OBJECTIONS TO THE DECLARATION OF MORGAN E. PIETZ, SUPPLEMENTAL DECLARATION OF MORGAN E. PIETZ AND DECLARATIONS OF BART HUFFMAN AND CAMILLE D. KERR AND EXHIBITS THERETO**<br><br>[Complaint Filed: September 27, 2012]<br><br>Date: March 11, 2013<br>Time: 1:30 p.m.<br>Dept: 11<br><br>Trial date: None set |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Respondent Brett L. Gibbs has lodged his

3  [Proposed] Order re Objections to the Declaration of Morgan E. Pietz, Supplemental

4  Declaration of Morgan E. Pietz and Declarations Of Bart Huffman and Camille D.

5  Kerr and Exhibits Thereto.

7  Dated: March 5, 2013            WAXLER ♦ CARNER ♦ BRODSKY LLP

                                   By: *[signature]*
                                   ANDREW J. WAXLER
                                   WON M. PARK
                                   Specially Appearing for Respondent
                                   BRETT L. GIBBS

1