# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ingenuity13 LLC

PLAINTIFF(S)

v.

John Doe

DEFENDANT(S).

CASE NUMBER:

2:12-cv-08333-ODW-JCx

### NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/4/13 | 62 | Notice (Other) by Brett Gibbs, Ingenuity 13 LLC |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

## ERRORS WITH DOCUMENT

☐ Document submitted in the wrong case

☐ Incorrect document is attached to the docket entry

☐ Document linked incorrectly to the wrong document/docket entry

☑ Incorrect event selected.  Correct event to be used is  Request: For Judicial  Notice

☐ Case number is incorrect or missing

☐ Hearing information is missing, incorrect, or not timely

☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies

☐ Case is closed

☐ Proposed Document was not submitted as separate attachment

☐ Title page is missing

☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking

☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking

☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking

☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages

☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents

☐ A Certificate of Good Standing is not attached to pro hac vice application

☑ Other:   Note:  To assist in a search for correct events, please use the  "SEARCH" option  for a "key word" to narrow the selection process.

**Note:** **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 3/5/13

By: L Chai          213-894-5730

Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**