# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br>　v.<br>JOHN DOE,<br>　　　　Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx)<br><br>**ORDER** |

In light of the parties' recent representations made in response to the Court's Order to Show Cause, the Court hereby orders the following:

1) The following persons are hereby **ORDERED** to appear on March 11, 2013, at 1:30 p.m.:

    a) John Steele, of Steele Hansmeier PLLC and/or Livewire Holdings LLC;

    b) Paul Hansmeier, of Steele Hansmeier PLLC and/or Livewire Holdings LLC;

    c) Paul Duffy, of Prenda Law, Inc.;

    d) Angela Van Den Hemel, of Prenda Law, Inc.;

    e) Mark Lutz, CEO of AF Holdings LLC and Ingenuity 13 LLC;

    f) Alan Cooper, of AF Holdings LLC;

    g) Peter Hansemeier of 6881 Forensics, LLC; and

    h) Alan Cooper, of 2170 Highway 47 North, Isle, MN 56342.

2) Brett L. Gibbs is hereby **ORDERED** to serve a copy of this order on the persons in subparagraphs a–g above by March 7, 2013.

3) Morgan E. Pietz is hereby **ORDERED** to serve a copy of this order on the person in subparagraph h above by March 7, 2013.

**IT IS SO ORDERED.**

March 5, 2013

_____
					**OTIS D. WRIGHT, II
					UNITED STATES DISTRICT JUDGE**