1  ANDREW J. WAXLER, SBN 113682
   BARRY Z. BRODKSY, SBN 93565
2  WON M. PARK, SBN 194333
   WAXLER♦CARNER♦BRODSKY LLP
3  1960 East Grand Avenue, Suite 1210
   El Segundo, California 90245
4  Telephone:  (310) 416-1300
   Facsimile:  (310) 416-1310
5  e-mail:     awaxler@wcb-law.com
   e-mail      bbrodsky@wcb-law.com
6  e-mail:     wpark@wcb-law.com

7  Specially Appearing for Respondent
   BRETT L. GIBBS

8
                UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA
10

11
   INGENUITY 13 LLC,                  )  Case No.  2:12-CV-8333-ODW (JCx)
12                                     )  [Consolidated with Case Nos.:
              Plaintiff,               )  2:12-cv-6636; 2:12-cv-6669; 2:12-cv-
13                                     )  6662; 2:12-cv-6668]
         vs.                           )
14                                     )  [Assigned to Judge Otis D. Wright, II ]
   JOHN DOE,                           )
15                                     )  **[PROPOSED] ORDER RE**
              Defendant.               )  **RESPONDENT BRETT L. GIBBS'**
16  _____ )  **REQUEST FOR SPECIAL**
                                          **APPEARANCE OF COUNSEL**
17                                        **ANDREW J. WAXLER, BARRY Z.**
                                          **BRODSKY AND WON M. PARK**
18                                        **THE MARCH 11, 2013 OSC**

19                                        [Complaint Filed: September 27, 2012]

20                                        Date: March 11, 2013
                                          Time: 1:30 p.m.
21                                        Dept.: 11

22                                        Trial date: None set

23        Whereas, Respondent Brett L. Gibbs respectfully requests the Court to allow

24  attorneys Andrew J. Waxler, Barry Z. Brodsky and/or Won M. Park of Waxler

25  Carner Brodsky, LLP to specially appear for Respondent Brett L. Gibbs at the

26  March 11, 2013 OSC at 1:30 p.m. in Courtroom 11 of the United States District

27  Court- Central District of California located at 312 Spring Street, Los Angeles,

28  California 90012 in the above-captioned matter;

                                      1

The Court grants Respondent Brett L. Gibbs' requests to allow attorneys Andrew J. Waxler, Barry Z. Brodsky and/or Won M. Park of Waxler Carner Brodsky, LLP to specially appear for Respondent Brett L. Gibbs at the March 11, 2013 OSC at 1:30 p.m. in Courtroom 11 of the United States District Court- Central District of California located at 312 Spring Street, Los Angeles, California 90012 in the above-captioned matter.

DATED: _____        By: _____

Honorable Otis D. Wright, II
Judge of the United States District Court