ANDREW J. WAXLER, SBN 113682
BARRY Z. BRODKSY, SBN 93565
WON M. PARK, SBN 194333
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail bbrodsky@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II ]<br><br>**ORDER RE RESPONDENT BRETT L. GIBBS' REQUEST FOR SPECIAL APPEARANCE OF COUNSEL ANDREW J. WAXLER, BARRY Z. BRODSKY AND WON M. PARK AT THE MARCH 11, 2013 OSC**<br><br>[Complaint Filed: September 27, 2012]<br><br>Date: March 11, 2013<br>Time: 1:30 p.m.<br>Dept.: 11<br><br>Trial date: None set |

Whereas, Respondent Brett L. Gibbs respectfully requests the Court to allow attorneys Andrew J. Waxler, Barry Z. Brodsky and/or Won M. Park of Waxler Carner Brodsky, LLP to specially appear for Respondent Brett L. Gibbs at the March 11, 2013 OSC at 1:30 p.m. in Courtroom 11 of the United States District Court- Central District of California located at 312 Spring Street, Los Angeles, California 90012 in the above-captioned matter;

1  The Court grants Respondent Brett L. Gibbs' requests to allow attorneys
2  Andrew J. Waxler, Barry Z. Brodsky and/or Won M. Park of Waxler Carner
3  Brodsky, LLP to specially appear for Respondent Brett L. Gibbs at the March 11,
4  2013 OSC at 1:30 p.m. in Courtroom 11 of the United States District Court- Central
5  District of California located at 312 Spring Street, Los Angeles, California 90012 in
6  the above-captioned matter.

8  DATED: March 06, 2013          By: _____
9                                      Honorable Otis D. Wright, II
                                        Judge of the United States District Court

2