Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPT FROM 30(b)(6) DEPOSITION OF AF HOLDINGS** |

**NOTICE OF LODGING DEPOSITION TRANSCRIPT FROM 30(b)(6) DEPOSITION OF AF HOLDINGS**

# NOTICE OF LODGING

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that the putative Putative John Doe in 2:12-cv-08333-DMG-PJW by and through counsel, hereby lodges with the Court the deposition transcript attached hereto as <u>Exhibit A</u>. The deposition is of AF Holdings' designated 30(b)(6) deponent, Paul Hansemeier, and was conducted by undersigned counsel (together with co-counsel Nicholas Ranallo) on February 19, 2013, in *AF Holdings v. Navasca*, N.D. Cal. No. 3:12-cv-2396-EMC.

The transcript being lodged is the recently-received electronic version of the "certified copy" provided by the court reporter, but it has not yet been signed by the deponent, Paul Hansemeier (the time for him to do so has not yet elapsed).

Pursuant to L.R. 16-2.7, the questions and answers on which the Putative John Doe may rely at the March 11, 2013 sanctions hearing in this action are marked in yellow (in both the e-filed exhibit, and in the courtesy copy being lodged with the Court).

Respectfully submitted,

DATED: March 6, 2013                                THE PIETZ LAW FIRM


*/s/ Morgan E. Pietz*

Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
Appearing on Caption

**NOTICE OF LODGING DEPOSITION TRANSCRIPT FROM 30(b)(6) DEPOSITION OF AF HOLDINGS**