Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>       Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**APPLICATION TO SEAL DEPOSITION TRANSCRIPT** |

-1-
**APPLICATION TO SEAL DEPOSITION TRANSCRIPT**

## APPLICATION

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

     **PLEASE TAKE NOTICE** that the putative Putative John Doe in 2:12-cv-08333-DMG-PJW by and through counsel, hereby applies for an order to seal the deposition transcript electronically filed in this action at ECF No. 69-1, as <u>Exhibit A</u> to the Notice of Lodging Deposition Transcript from 30(b)(6) Deposition of AF Holdings (ECF No. 69).  Inadvertently, a home address for the deponent was left un-redacted (*see* L.R. 5.2-1).  An amended (redacted) version of the transcript is being re-filed concurrently herewith.

Respectfully submitted,

DATED: March 7, 2013          THE PIETZ LAW FIRM


                              */s/ Morgan E. Pietz*

                              Morgan E. Pietz
                              THE PIETZ LAW FIRM
                              Attorney for Putative John Doe(s)
                              Appearing on Caption

**APPLICATION TO SEAL DEPOSITION TRANSCRIPT**