Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL DEPOSITION TRANSCRIPT** |

-1-

1  The Court, having duly considered the application of the Putative John Doe in
2  *Ingenuity 13, LLC v. John Doe*, C.D. Cal. No. *2*:12-cv-08333-DMG-PJW for an
3  order to seal the deposition transcript electronically filed in this action at ECF No.
4  69-1, as <u>Exhibit A</u> to the Notice of Lodging Deposition Transcript from 30(b)(6)
5  Deposition of AF Holdings (ECF No. 69), hereby ORDERS as follows:
6  The application is GRANTED. The Clerk of Court is directed to seal docket
7  item number 69-1.

9  DATED:_____          _____
10                                 Honorable Otis D. Wright, II
11                                 United States District Judge