Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**ORDER GRANTING APPLICATION TO SEAL DEPOSITION TRANSCRIPT** |

-1-
**ORDER GRANTING
APPLICATION TO SEAL DEPOSITION TRANSCRIPT**

The Court, having duly considered the application of the Putative John Doe in *Ingenuity 13, LLC v. John Doe*, C.D. Cal. No. *2*:12-cv-08333-DMG-PJW for an order to seal the deposition transcript electronically filed in this action at ECF No. 69-1, as <u>Exhibit A</u> to the Notice of Lodging Deposition Transcript from 30(b)(6) Deposition of AF Holdings (ECF No. 69), hereby ORDERS as follows:

The application is GRANTED. The Clerk of Court is directed to seal docket item number 69-1.

DATED: March 07, 2013  _____

Honorable Otis D. Wright, II
United States District Judge

**ORDER GRANTING
APPLICATION TO SEAL DEPOSITION TRANSCRIPT**