Nicholas Ranallo, Attorney at Law
SBN 275016
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Co-Counsel for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

# **NOTICE OF APPEARANCE OF CO-COUNSEL**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

     **PLEASE TAKE NOTICE** that Nicholas Ranallo, Attorney at Law, 371 Dogwood Way, Boulder Creek, CA 95006, hereby enters his appearance as co-counsel, along with Morgan E. Pietz, in the above-captioned matter on behalf of the Putative John Doe.

Respectfully submitted,

DATED: March 8, 2013

                                                         */s/ Nicholas Ranallo*

                                                         Nicholas Ranallo, Attorney at Law
                                                         Co-Counsel for Putative John Doe

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on March 8, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/         Nicholas Ranallo

Nicholas Ranallo, Attorney at Law

**NOTICE OF APPEARANCE OF CO-COUNSEL**