Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**OPPOSITION TO EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSEMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR** |

**OPPOSITION TO EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSEMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**

# OPPOSITION

This opposition is being filed to the "Ex Parte Application for Order Withdrawing Order for John Steele, Paul Hansemeier, Paul Duffy, and Angela Van Den Hemel to Appear" (the "**Application**") which is in the process of being manually filed[1] by specially appearing counsel.

**(a)     Personal Jurisdiction**

John Steele has frequently sent demand letters into the State of California, seeking to pressure Internet users into settling copyright infringement claims.  An example of only one such letter (undersigned counsel knows there are many more) accompanies this opposition as Exhibit 1 to the Declaration of Nicholas Ranallo.  Further, Mr. Steele has not been shy about conducting media interviews, with California publications, about his California cases.  *See* http://www.sfgate.com/business/article/Lawsuit-says-grandma-illegally-downloaded-porn-2354720.php.  Accordingly, both general and specific jurisdiction exists over John Steele.

Paul Hansemeier travelled to San Francisco California to appear as the 30(b)(6) deponent of AF Holdings, LLC in a case pending in the Northern District of California.  *See* ECF No. 69.  Accordingly, both general and specific jurisdiction exists over Paul Hansemeier.

Paul Duffy is a member of the State Bar of California.[2]  Further, he substituted in as counsel of record in various AF Holdings and Ingenuity 13 cases pending in the Northern District of California (*see e.g.,* Exhibit EE[3]) and has

---

[1] At 2:55 PM, after being served by fax and email, rather than CM/ECF, undersigned counsel requested clarification as to which part of L.R. 5-4.2 was being invoked as the basis for exempting the Application from mandatory e-filing.  As of this filing, no response has yet been received.

[2] *See* http://members.calbar.ca.gov/fal/Member/Detail/224159

[3] The Exhibit lettering used herein refers to the Exhibits to prior declarations previously filed in this case *see* ECF Nos. 40-1; 40-2; 53-1; 53-2; 59-1; 59-2.

-2-

attempted, at his own initiative, to meet and confer regarding this case, C.D. Cal. 12-cv-8333 (*see* Exhibit P). *See also* ECF No. 52, p. 10. Accordingly, both general and specific personal jurisdiction exists over California courts for Paul Duffy.

Angela Van Den Hemel was identified by Mr. Gibbs as being the person who violated this Court's discovery order. Accordingly, specific jurisdiction exists over Angela Van Den Hemel.

**(b)   Any Argument About Unreasonable Time Is Negated by the Manner in Which The Application Was Filed**

It appears that the Application may have been *manually* filed in order to create a purposeful lag time (of the motion getting from the filing window to chambers) on what is supposed to otherwise be an emergency motion. It is unclear why undersigned counsel found himself in possession of a copy of the moving papers prior to the Court. Further, the original amount of time was reasonable.

\* \* \*

For the foregoing reasons, the emergency application to withdraw the order ordering the specially appearing moving parties to appear on Monday should be withdrawn.

Respectfully submitted,
DATED: March 8, 2013                              THE PIETZ LAW FIRM


                                                  */s/ Morgan E. Pietz*

                                                  Morgan E. Pietz
                                                  THE PIETZ LAW FIRM
                                                  Attorney for Putative John Doe(s)
                                                  Appearing on Caption

**OPPOSITION TO EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSEMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**