Nicholas Ranallo, Attorney at Law
SBN 275016
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Co-Counsel for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**DECLARATION OF NICHOLAS RANALLO** |

-1-
**DECLARATION**

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California. On March 8, 2013, I filed a notice of appearance on behalf of the Putative Doe in the above-noted action.
2. Exhibit 1 represents a redacted, but otherwise true and correct copy of a settlement/demand letter received by a California client in connection with AF Holdings lawsuit in the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 8th day of March, 2013, in Boulder Creek, California.

/s/ Nicholas R. Ranallo_____
Nicholas Ranallo