Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Specially Appearing for
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
|---|---|
| Plaintiff, | **NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR** |
| v. | |
| JOHN DOE, | |
| Defendant. | Judge: Hon. Otis D. Wright, II |
| | Magistrate Judge: Hon. Jacqueline Chooljian |
| | Courtroom: 11 |
| | Complaint Filed: September 27, 2012 |
| | Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel specially appear to apply ex parte to this court for an order withdrawing the order for them to appear on Monday, March 11, 2013. This application is being made on an emergency basis because notice of the order to appear was not served until yesterday, March 7, 2013 and John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel all reside outside California.

The application is based upon this notice, the memorandum of points and authorities, the declarations of John Steele and David M. Majchrzak, and the proposed order filed concurrently herewith.

- 1 -
NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR

**Local Rule 7-19 contact information for other counsel**

Counsel specially appearing for these ex parte applicants is aware of the following contact information for counsel of the parties in this action:

Brett Langdon Gibbs; 38 Miller Avenue, Suite 263, Mill Valley, California 94941; (415) 325-5900; blgibbs@wefightpiracy.com; for Plaintiff Ingenuity13 LLC.

Andrew J. Waxler and Won M. Park; 1960 East Grand Avenue, Suite 1210, El Segundo, California 90245; (310) 416-1300; awaxler@wcb-law.com and wpark@wcb-law.com; specially appearing for Brett Langdon Gibbs.

Morgan E. Pietz; 3770 Highland Avenue, Suite 206, Manhattan Beach, California 90266; (310) 546-5301; mpietz@pietzlawfirm.com; for Defendant John Doe.

Klinedinst PC

DATED: March 8, 2013               By: _____
                                   Heather L. Rosing
                                   David M. Majchrzak
                                   Specially Appearing for
                                   JOHN STEELE; PAUL
                                   HANSMEIER; PAUL DUFFY; and
                                   ANGELA VAN DEN HEMEL

14643333v1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Specially Appearing for
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | Case No.   2:12-cv-8333-ODW(JCx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**<br><br>Judge:　　　　　　Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom:　　　11<br><br>Complaint Filed: September 27, 2012<br>Trial Date:　　　None set |

## I.

## **INTRODUCTION**

On March 5, 2013, this court issued an order that eight individuals would have to appear before this court on March 11, 2013. But this court lacks jurisdiction to order those individuals to appear in that they reside outside California, are not parties to this litigation, have not appeared in this action, and do not represent parties to this action.

- 1 -

Moreover, although some of these individuals may have received notice as the court ordered, others did not because those charged with providing notice simply lacked the information necessary to do so. And, even those that were served have not received reasonable notice of the nature of the proceedings they are being ordered to appear in or what is expected of them besides their physical presence.

Further, they have not received a reasonable amount of notice to accommodate cross-country travel or information regarding who will pay for such travel. Based on these factors, the court should withdraw its order for John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel to appear on Monday, March 11, 2013 at 1:30 P.M.

## II.

## THE COURT LACKS PERSONAL JURISDICTION OVER THOSE IT HAS ORDERED TO APPEAR

Even where the court seeks to adjudicate issues between parties, it must have personal jurisdiction over them. Here, Steele, Hansmeier, Duffy, and Van Den Hemel are not parties and have not otherwise participated in this litigation. As such, the public policy behind the need to determine personal jurisdiction is arguably at an elevated level because, as individuals, they effectively have "no dog in this fight."

Ordinarily, federal courts do not have nationwide personal jurisdiction. With few exceptions, they have no broader power over persons outside the state in which they sit than do the local state courts. Omni Capital Int'l, Ltd. v. Rudolph Wolff & Co., Ltd. (1987) 484 U.S. 97, 104-105.

/ / /

/ / /

/ / /

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR

Here, because they are not parties in this action, Steele, Hansmeier, Duffy, and Van Den Hemel can be nothing more than witnesses. California Code of Civil Procedure section 1989 provides that "a witness . . . is not obliged to attend as a witness before any court, judge, justice or any other officer, unless the witness is a resident within the state at the time of service." None of these individuals named in the court's March 5, 2013 reside in California. Decl. of Steel, ¶¶ 3-6. Thus, the court lacks jurisdiction to order them to appear.

### III.
### STEELE, HANSMEIER, DUFFY, AND VAN DEN HEMEL DID NOT RECEIVE REASONABLE NOTICE OF THIS PROCEEDING

Due process mandates that a respondent to a Rule 11 sanctions motion receive reasonable notice of the sanctions being sought and the opportunity to submit an opposition. Fed. R. Civ. P. 11(c)(1); Miranda v. Southern Pac. Transp. Co., 710 F.2d 516, 522 (9th Cir. 1983). This applies equally to sanctions imposed sua sponte by the court. So, before imposing sanctions, the court must issue an order to show cause why the respondent has not violated Rule 11 and allow the party to be heard. Fed. R. Civ. P. 11(c)(3); Simmerman v. Corino, 27 F.3d 58, 64 (3rd Cir. 1994); Marlin v. Moody Nat'l Bank, N.A., 533 F.3d 374, 379 (5th Cir. 2008).

Although counsel submitting this application has been unable to identify any authority addressing the notice requirements to witnesses ordered to appear at such hearings, logic dictates that such individuals should at least be similarly accommodated with reasonable notice. Here, the court's March 5, 2013 order that notice be provided by March 7, 2013 to attend a March 11, 2013 hearing with no further information is fundamentally unreasonable.

As set forth above, all of the witnesses that the court has ordered to appear reside out-of-state. And all of them are employed within the legal services industry. As such, providing two to three days' business notice that they need to

- 3 -

travel across the country for a hearing in a case they have not been part of is inherently unreasonable in that it could adversely impact their clients.

Further, the notice that they appear was absent any information regarding the reason for their appearance. Presumptively, it would be to provide testimony, but the court has issued no order identifying what the scope of that testimony might be. Without such notice, the witnesses may not properly prepare and are, therefore, deprived of due process.

Finally, witnesses are entitled not only to receive payment for their attendance, but also for travel expenses. 28 U.S.C. § 1821 (2013). But, the court's order not only fails to provide who will compensate Steele, Hansmeier, Duffy, and Van Den Hemel for their time and these expenses, but that they will be compensated at all. Given the considerable expense of traveling such distances (including consideration of the fact that one of the witnesses likely has limited means given her employment as a paralegal), especially on such short notice when many common carriers may not have seats available, this is a significant issue.

For these reasons, even if the court had jurisdiction over the parties, the notice would be unreasonable to them and the court would, at a minimum, have to withdraw the order and issue a new one for a future date that would afford Steele, Hansmeier, Duffy, and Van Den Hemel reasonable notice of the hearing, their rights, and the purpose for their appearance.

///
///
///

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR

## IV.

## **CONCLUSION**

The court does not have jurisdiction to order out-of-state residents Steele, Hansmeier, Duffy, and Van Den Hemel to appear as witnesses at a hearing. And, even if it did, the notice that court provided for parties to travel across the country was incomplete and inadequate. For these reasons, the court should withdraw its March 5, 2013 ordering these individuals to appear in California on March 11, 2013.

Klinedinst PC

DATED: March 8. 2013          By: _____
                              Heather L. Rosing
                              David M. Majchrzak
                              Specially Appearing for
                              JOHN STEELE; PAUL
                              HANSMEIER; PAUL DUFFY; and
                              ANGELA VAN DEN HEMEL

14621918v1

David M. Majchrzak (SBN 220860)
Klinedinst PC
501 W. Broadway, Suite 600
San Diego, CA 92101
(619) 239-8131

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ingenuity 13 LLC <br><br> PLAINTIFF(S) <br> v. <br><br> John Doe <br><br> DEFENDANT(S). | CASE NUMBER: <br> 2:12-cv-8333-ODW(JCx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**): NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION; DECLARATION OF DAVID M. MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION; DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION; [PROPOSED] ORDER TO WITHDRAW ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR; PROOF OF SERVICE

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☒ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required ( *reason* ):
Specially Appearing Parties. Not listed as parties on Court Docket.

| | |
|---|---|
| March 8, 2013 <br> Date | /s/ David M. Majchrzak <br> Attorney Name <br> David M. Majchrzak <br> Party Represented <br> Specially Appearing, JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)    NOTICE OF MANUAL FILING    

Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Attorneys for Defendants
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
|---|---|
| Plaintiff, | DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR |
| v. | |
| JOHN DOE, | |
| Defendant. | |
| | Judge: Hon. Otis D. Wright, II |
| | Magistrate Judge: Hon. Jacqueline Chooljian |
| | Courtroom: 11 |
| | Complaint Filed: September 27, 2012 |
| | Trial Date: None set |

I, John Steele, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of Illinois. I am of counsel with the law firm, Prenda Law, Inc.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3. I reside in the State of Florida. I both live in the State of Florida and intend to remain living in Florida. Although I make infrequent appearances in Illinois to perform legal services, I do not provide any legal services in either California or Florida.

- 1 -

4. I know Paul Hansmeier through my work with Prenda Law, Inc. He is also of counsel to the firm. Hansmeier resides in the State of Minnesota in that he lives and works in Minnesota and, on information and belief, intends to remain living and working in Minnesota.

5. I know Paul Duffy through my work with Prenda Law, Inc. He is the firm's principal. Duffy resides in the State of Illinois in that he lives and works in Illinois and, on information and belief, intends to remain living and working in Illinois.

6. I know Angela Van Den Hemel through my work with Prenda Law, Inc. She is a paralegal with the firm. Van Den Hemel resides in the State of Minnesota in that she lives and works in Minnesota and, on information and belief, intends to remain living and working in Minnesota.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 8th day of March 2013 at Chicago, Illinois.

_____
John Steele

14630746v1

Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Attorneys for Defendants
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**DECLARATION OF DAVID M. MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom: 11<br><br>Complaint Filed: September 27, 2012<br>Trial Date: None set |

I, David M. Majchrzak, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of California and have been admitted to the United States District Court, Central District of California. I am counsel with the law firm, Klinedinst PC, which is specially appearing on behalf of John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

///

- 1 -
DECLARATION OF DAVID MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR

3. I understand that, on March 8, 2013, my office contacted the United States District Court, Central District of California, and was told that the court considers ex parte applications on the papers and does not usually set these matters for hearing. If a hearing is necessary, the parties will be notified.

4. On March 8, 2013, I contacted Andrew J. Waxler via telephone. I understand that Waxler will be specially appearing for Brett Gibbs regarding the order to show cause hearing scheduled for March 11, 2013. I advised Waxler of the nature and reasoning of this ex parte application. Waxler told me that he was taking no position on the application.

5. On March 8, 2013, I contacted Morgan E. Petz via telephone. I understand that Petze represents Defendant John Doe in this action. I advised Petze of the nature and reasoning of this ex parte application. Petze told me that he anticipated opposing the application, but did not state the grounds upon which he intended to do so.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 8th day of March 2013 at San Diego, California.

David M. Majchrzak

14641505v1

- 2 -

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No.  2:12-cv-8333-ODW(JCx)<br><br>**[PROPOSED] ORDER TO WITHDRAW ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**<br><br>Judge:  Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom:  11<br><br>Complaint Filed: September 27, 2012<br>Trial Date:  None set |

The following is the final order of the court following consideration of the ex parte application of John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel:

Counsel for John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel specially appeared to apply ex parte for an order withdrawing this court's order that Steele, Hansmeier, Duffy, and Van Den Hemel appear on March 11, 2013 at 1:30 P.M. After full consideration of the application and argument by the parties, and consideration of all the papers and evidence before the court, the court rules as follows:

///

1  John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel's ex
2  parte application is GRANTED.
3  The order for John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den
4  Hemel to appear before this court on March 11, 2013 at 1:30 P.M. is hereby
5  withdrawn.

6  _____
7  _____
8  _____
9  _____

10  IT IS SO ORDERED.

12  DATED: _____    _____
13                           Judge of the United States District
                             Court, Central District of California
14  14644670v1

Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Specially Appearing for JOHN STEELE; PAUL HANSMEIER; PAUL DUFFY; and ANGELA VAN DEN HEMEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date<br>Time:<br>Courtroom:<br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Complaint Filed: September 27, 2012<br>Trial Date: None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On **March 8, 2013**, I caused to be served the following documents:

**NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

1

**DECLARATION OF DAVID M. MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

**DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

**[PROPOSED] ORDER TO WITHDRAW ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**

**NOTICE OF MANUAL FILING**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☒ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

  ☐ By personally delivering the copies;

  ☐ By leaving the copies at the attorney's office;

    ☐ With a receptionist, or with a person having charge thereof; or

☐    In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐    By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

     I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| Brett Langdon Gibbs, Esq.<br>PRENDA LAW INC.<br>38 Miller Avenue Suite 263<br>Mill Valley, CA 94941<br>(SERVED VIA EMAIL ONLY) | 415-325-5900<br>blgibbs@wefightpiracy.com<br>Attorney for PLAINTIFF |
| Morgan E. Pietz, Esq.<br>THE PIETZ LAW FIRM<br>3770 Highland Avenue, Suite 206<br>Manhattan Beach, CA 90266 | 310-424-5557/Fax 310-546-5301<br>mpietz@pietzlawfirm.com<br>Attorney for Defendant<br>JOHN DOE |
| Andrew J. Waxler, Esq.<br>Won M. Park, Esq.<br>WAXLER CARNER BRODSKY LLP<br>1960 East Grand Ave., Suite 1210<br>El Segundo, CA 90245 | 310-416-1300/Fax 310-416-1310<br>awaxler@wcb-law.com<br>wpark@wcb-law.com<br>Attorneys for Specially Appearing Respondent,<br>BRETT L. GIBBS |

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on March 8, 2013, at San Diego, California.

*/s/ Maria C. Vizcaino*

14618459v1