Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**[PROPOSED] ORDER DENYING EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSEMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR** |

-1-
**ORDER**

# ORDER

The Court, having duly considered the "Ex Parte Application for Order Withdrawing Order for John Steele, Paul Hansemeier, Paul Duffy, and Angela Van Den Hemel to Appear" (the "**Application**") filed by specially appearing counsel, and the opposition thereto, hereby rules as follows:

**(a) Personal Jurisdiction**

John Steele has sent at least one demand letters into the State of California, seeking to pressure Internet users into settling copyright infringement claims. Dec'l of Nicholas Ranallo, Exh. 1. Further, Mr. Steele has conducted media interviews, with California publications, about his California cases. *See* http://www.sfgate.com/business/article/Lawsuit-says-grandma-illegally-downloaded-porn-2354720.php. Accordingly, both general and specific jurisdiction exists over John Steele.

Paul Hansemeier travelled to San Francisco California to appear as the 30(b)(6) deponent of AF Holdings, LLC in a case pending in the Northern District of California. *See* ECF No. 69. Accordingly, both general and specific jurisdiction exists over Paul Hansemeier.

Paul Duffy is a member of the State Bar of California.[1] Further, he substituted in as counsel of record in various AF Holdings and Ingenuity 13 cases pending in the Northern District of California (*see e.g.,* Exhibit EE[2]) and has attempted, at his own initiative, to meet and confer regarding this case, C.D. Cal. 12-cv-8333 (*see* Exhibit P). *See also* ECF No. 52, p. 10. Accordingly, both general and specific personal jurisdiction exists over California courts for Paul Duffy.

---

[1] *See* http://members.calbar.ca.gov/fal/Member/Detail/224159

[2] The Exhibit lettering used herein refers to the Exhibits to prior declarations previously filed in this case *see* ECF Nos. 40-1; 40-2; 53-1; 53-2; 59-1; 59-2.

Angela Van Den Hemel was identified by Mr. Gibbs as being the person who violated this Court's discovery order. Accordingly, specific jurisdiction exists over Angela Van Den Hemel.

**(b)     Time**

The Court finds the argument that the amount of time for the moving parties to respond unpersuasive.

Accordingly, the Court DENIES the Application. The moving parties are ordered to appear at the Monday March 11, 2013 hearing in this matter.

DATED: March 8, 2013                    _____

Honorable Otis D. Wright, II
United States District Judge