Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**NOTICE OF LODGING NEWS REPORT ON "ALLAN MOONEY"** |

**NOTICE OF LODGING NEWS REPORT ON "ALLAN MOONEY"**

# NOTICE OF LODGING

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

      **PLEASE TAKE NOTICE** that the putative Putative John Doe in 2:12-cv-08333-DMG-PJW by and through counsel, hereby lodges with the Court a true and correct copy of a Minneapolis StarTribune Article published Sunday March 10, 2013[1], a copy of which is also attached hereto as Exhibit 1.  As relevant here, the headline for this article would be that Allan Mooney of Minnesota is *quoted* denying knowing that his name is being used in connection with federal court filings made by Prenda Law, Inc. (including in the St. Clair County Guava, LLC action).  Further, Mr. Mooney also denies knowing that he was listed as the organizer for MCGIP, LLC, a plaintiff Prenda Law, Inc. has represented in numerous copyright infringement actions.  The yellow highlighting to the relevant section of the article dealing with Allan Mooney's denial of his alleged role in Prenda lawsuits was applied by undersigned counsel.

Respectfully submitted,

DATED: March 10, 2013                            THE PIETZ LAW FIRM

                                                    */s/ Morgan E. Pietz*

                                                    Morgan E. Pietz
                                                    THE PIETZ LAW FIRM
                                                    Attorney for Putative John Doe(s)
                                                    Appearing on Caption

---

[1] A copy is available online here: http://www.startribune.com/local/196795991.html

**NOTICE OF LODGING NEWS REPORT ON "ALLAN MOONEY"**