1  BENJAMIN J. FOX (CA SBN 193374)
   GIANCARLO UREY (CA SBN 267069)
2  MORRISON & FOERSTER LLP
   555 West Fifth Street
3  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454
   BFox@mofo.com
5  GUrey@mofo.com

6  Attorneys for Non-Party
   VERIZON ONLINE LLC
7

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

11 INGENUITY LLC,                    No. 2:12-cv-8333-ODW (JCx)

12              Plaintiff,            And Related Case Nos.:
                                      2:12-cv-6636-ODW (JCx)
13       v.                           2:12-cv-6669-ODW (JCx)
                                      2:12-cv-6662-ODW (JCx)
14 JOHN DOE,                          2:12-cv-6668-ODW (JCx)

15              Defendant.
                                      **DECLARATION OF
16                                    SEAN MORIARTY FROM
                                      VERIZON ONLINE, LLC
17                                    RE: SUBPOENAS IN
                                      *AF HOLDINGS* LITIGATION**
18

19                                    Date: March 11, 2013
                                      Time: 1:30 p.m.
20                                    Court: Hon. Otis D. Wright

21
22
23
24
25
26
27
28

1203320

I, Sean Moriarity, state and declare:

1. I am a Manager of IP Legal Compliance for Verizon Online LLC and have served in that capacity since 2008. I have personal knowledge of the facts stated herein, and if called upon to do so, I could testify competently to them.

2. My job responsibilities include assisting Verizon in responding to third-party subpoenas issued in civil litigation. During the last two years, a significant portion of my time has been devoted to responding to subpoenas issued by plaintiffs who allege to be owners of sexually explicit films and are seeking the personal identifying information for Verizon's Internet subscribers based on a list of IP Addresses. Other Verizon employees (including in-house counsel and other staff) also have been required to expend significant time and effort in responding to these types of subpoenas and the legal and privacy issues that they raise.

3. On or about September 6, 2012, Verizon received subpoenas from plaintiff AF Holdings in *AF Holdings v. John Doe*, C.D. Cal. Case No. 12-cv-6669 and *AF Holdings v. John Doe*, C.D. Cal. Case No. 12-cv-6636. True and correct copies of these subpoenas are attached hereto as Exhibit A and Exhibit B. Verizon processed these subpoenas in the ordinary course.

4. Based on Verizon's records, it does not appear that Verizon received from AF Holdings or its counsel a copy of the Court's Order Vacating Prior Early Discovery Order and Order to Show Cause dated October 19, 2012, nor does it appear that Verizon received other form of notice that the subpoenas attached as Exhibits A and B had been withdrawn or were invalid. If Verizon had received such notice, we would not have processed these subpoenas for AF Holdings.

5. I have reviewed a declaration filed by Brett Gibbs in this litigation, dated February 19, 2013, in which Mr. Gibbs states:

> Following receipt of the October 19, 2012 Orders, I caused the Court's October 19, 2012 Orders to be served on the registered agents for service of process of Verizon Online

1203320

1  LLC to ensure that Verizon Online LLC had notice not to respond to the subpoenas that had already been served.
2
3  (Gibbs Decl. dated Feb. 19, 2013, at ¶ 21 [Dkt. 50].) Again, based on Verizon's
4  records, this statement appears to be wrong.
5      6.   Verizon released the information responsive to AF Holdings'
6  subpoenas in the cases identified above (case nos. 12-cv-6669 and 12-cv-6636) by
7  fax to the Prenda law firm on November 7, 2012. If Verizon had received notice of
8  the Court's Order dated October 19, 2012, we would not have released these
9  records to Plaintiff.
10
11     I declare under penalty of perjury of the laws of the United States that the
12  foregoing is true and correct. Executed on March 11, 2013 in Arlington, Virginia.

By: _____
    Sean Moriarty

1203320