# EXHIBIT 1

## AUDIO TRANSCRIPTION

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5
     INGENUITY 13, LLC, A          )
 6   LIMITED LIABILITY             )
     COMPANY ORGANIZED UNDER       )
 7   THE LAWS OF THE               )
     FEDERATION OF SAINT           )
 8   KITTS AND NEVIS,              )
                                   )
 9            PLAINTIFF,           )
                                   )  CASE NO.
10      VS.                        )  2:12-CV-08333-ODW-JC
                                   )
11   JOHN DOE,                     )
                                   )
12            DEFENDANT.           )
     _____)
13
14
15
16
17              AUDIO TRANSCRIPTION
18
19
20
21
22
23
24
25   TRANSCRIBED BY KELLI C. NORDEN, CSR NUMBER 7200
                                                              2
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com   www.kellinorden.com

## AUDIO TRANSCRIPTION

```
 1              MECHANICAL VOICE:  FIRST SAVED
 2   MESSAGE.
 3              JOHN STEELE:  ALAN, THIS IS JOHN.
 4   I JUST SPOKE WITH YOUR ATTORNEY THAT YOU HAVE FOR
 5   MATTERS RELATING TO PRENDA LAW.
 6              I -- I SPOKE TO HIM AND HE'S
 7   CONFIRMED THAT HE IS NOT REPRESENTING YOU FOR THE
 8   VARIOUS CLAIMS AND MATTERS THAT I'M PREPARING
 9   AGAINST YOU REGARDING STAYIN' AT MY CABIN AND THE
10   VARIOUS DAMAGES AND OTHER THINGS ASSOCIATED WITH
11   THAT.
12              SO PLEASE CONFIRM IF YOU HAVE A
13   DIFFERENT ATTORNEY THAT'S REPRESENTING YOU IN
14   THOSE -- IN THOSE ISSUES OR IF YOU'LL BE
15   REPRESENTING YOURSELF.  I NEED TO REACH OUT AND
16   PREPARE CERTAIN PAPERWORK AND GET YOU THE
17   PAPERWORK.
18              I WOULD APPRECIATE IF YOU WOULD
19   GIVE ME A CALL BACK.  OBVIOUSLY, IF YOU DON'T,
20   I'LL JUST PROCEED WITH, YOU KNOW, FIRST PRIVATE
21   INVESTIGATOR AND PROCESS SERVER.
22              ALL RIGHT.  WELL, YOU KNOW THE
23   NUMBER.  (708) 669-8131.
24              HAVE A GOOD DAY.
25              MECHANICAL VOICE:  END OF MESSAGE.
```

3


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com  www.kellinorden.com

## AUDIO TRANSCRIPTION

```
 1   TO DELETE THIS MESSAGE, PRESS 7.  TO SAVE IT IN
 2   THE -- RESAVED.
 3                          -O0O-
 4
 5               MECHANICAL VOICE:  NEXT MESSAGE.
 6               JOHN STEELE:  ALAN, THIS IS JOHN
 7   STEELE.  I'VE BEEN NOTIFIED BY ATTORNEY PAUL
 8   GODFREAD THAT HE IS NOT REPRESENTING YOU IN THE
 9   TWO ILLINOIS CASES THAT YOU'VE RECENTLY SERVED.
10               I'M CALLING BECAUSE PART OF OUR
11   MEET AND CONFER, WHICH BOTH PARTIES ARE OBLIGATED
12   TO COMPLY WITH AND ENGAGE WITH -- ENGAGE IN, WE
13   NEED TO GO OVER WHEN WE'RE GOING TO BE DEPOSING
14   YOU IN THE CASE FILED IN SAINT CLAIR.
15               WE'RE TENTATIVELY SCHEDULING THIS
16   FOR TWO WEEKS FROM TOMORROW.  I WOULD LIKE TO TRY
17   TO WORK THIS OUT, WHAT'S A CONVENIENT TIME FOR
18   EVERYONE.  IF I HEAR FROM YOU, WE'LL MOVE FORWARD.
19               AND OBVIOUSLY, YOU -- YOU PROBABLY
20   UNDERSTAND YOU HAVE AN OBLIGATION TO, YOU KNOW,
21   WORK WITH ME ON DOING THIS.
22               IT'S LIKE IF YOU REFUSE TO, YOU
23   KNOW, RETURN MY CALLS OR -- OR ENGAGE IN MANDATORY
24   CONFERENCE, THEN I'M GOING TO HAVE TO BE FORCED TO
25   ASK THE JUDGE TO, YOU KNOW, FORCE YOU TO DO THINGS
```


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com   www.kellinorden.com

## AUDIO TRANSCRIPTION

```
 1   AND IT JUST GETS UGLY FROM THERE.
 2              SO IF YOU DO DECIDE TO GET AN
 3   ATTORNEY IN EITHER OF THOSE MATTERS OR IN THE
 4   OTHER CASES WHICH WE'RE FILING AGAINST YOU IN THE
 5   UPCOMING WEEKS, PLEASE LET THEM -- HAVE THEM GIVE
 6   ME A CALL.  THIS NUMBER'S FINE.  OTHERWISE, I
 7   EXPECT TO HEAR FROM YOU SHORTLY.
 8              ALL RIGHT.  BYE.
 9              MECHANICAL VOICE:  END OF MESSAGE.
10   TO DELETE THIS MESSAGE, PRESS 7.  RESAVED.
11
12                      -o0o-
13
14              MECHANICAL VOICE:  NEXT MESSAGE.
15              JOHN STEELE:  ALAN, THIS IS JOHN
16   STEELE AGAIN.
17              YOU HAVE NOT RESPONDED OR CONTACTED
18   ME REGARDING LITIGATION YOU'RE INVOLVED IN.  I
19   KNOW YOU'VE BEEN SERVED WITH A THIRD LAWSUIT.  AND
20   THERE ARE MORE COMING.  DON'T WORRY ABOUT THAT.
21              WELL, OBVIOUSLY, IF I DON'T HEAR
22   FROM YOU, I'M GOING TO START FILING FOR CERTAIN
23   DEFAULT MOTIONS AND START GETTING RELIEF THAT WAY.
24              I CAN ASSURE YOU THAT JUST IGNORING
25   LEGAL MATTERS, IT'S NOT GOING TO GO AWAY.  I CAN
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com   www.kellinorden.com

## AUDIO TRANSCRIPTION

```
 1   GUARANTEE YOU, I'M NOT GOING AWAY.
 2              SO I HIGHLY RECOMMEND YOU, AT
 3   LEAST, YOU KNOW, FOLLOW THE RULES OF MINNESOTA,
 4   ILLINOIS, FLORIDA AND SOME OTHER STATES' SOON
 5   CIVIL PROCEDURE BECAUSE, OTHERWISE, YOUR LIFE IS
 6   GOING TO GET REALLY COMPLICATED.
 7              AND I'M SAYING THIS AS A FRIEND, AS
 8   WELL AS OPPOSING COUNSEL.  SO YOU CAN REACH ME IF
 9   YOU'D LIKE TO DISCUSS SETTING UP A DEPOSITION AND
10   VARIOUS OTHER DISCOVERIES, AND, OF COURSE, ANY
11   SETTLEMENT DISCUSSIONS YOU'D LIKE TO DO.
12              ALL RIGHT.  YOU HAVE THE NUMBER.
13   BYE.
14              MECHANICAL VOICE:  END OF MESSAGE.
15   TO DELETE THIS MESSAGE, PRESS 7.  TO SAVE IT IN
16   THE ARCHIVES, PRESS 9.  RESAVED.
17
18          (CONCLUSION OF AUDIO TRANSCRIPTION.)
19                       -oOo-
20
21
22
23
24
25
                                                    6
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com  www.kellinorden.com

## AUDIO TRANSCRIPTION

```
 1   STATE OF CALIFORNIA  )
                          )SS
 2   COUNTY OF LOS ANGELES)
 3
 4           I, KELLI C. NORDEN, CERTIFIED SHORTHAND
 5   REPORTER, CERTIFICATE NUMBER 7200, FOR THE STATE
 6   OF CALIFORNIA, HEREBY CERTIFY:
 7           THE FOREGOING PROCEEDINGS WERE TAKEN
 8   BEFORE ME FROM AUDIO PROVIDED TO ME;
 9           THE PROCEEDINGS WERE RECORDED
10   STENOGRAPHICALLY BY ME AND WERE THEREAFTER
11   TRANSCRIBED;
12           THE FOREGOING TRANSCRIPT IS A TRUE AND
13   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
14           I FURTHER CERTIFY THAT I AM NEITHER
15   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID
16   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME
17   THEREOF.
18           IN WITNESS WHEREOF, I HAVE HEREUNTO
19   SUBSCRIBED MY NAME THIS 13TH DAY OF MARCH, 2013.
20
21
22                         _____
23
24
25
                                                         7
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com  www.kellinorden.com

AUDIO TRANSCRIPTION

```
1    STATE OF CALIFORNIA   )
                           )SS
2    COUNTY OF LOS ANGELES)

3

4         I, KELLI C. NORDEN, CERTIFIED SHORTHAND
5    REPORTER, CERTIFICATE NUMBER 7200, FOR THE STATE
6    OF CALIFORNIA, HEREBY CERTIFY:
7         THE FOREGOING PROCEEDINGS WERE TAKEN
8    BEFORE ME FROM AUDIO PROVIDED TO ME;
9         THE PROCEEDINGS WERE RECORDED
10   STENOGRAPHICALLY BY ME AND WERE THEREAFTER
11   TRANSCRIBED;
12        THE FOREGOING TRANSCRIPT IS A TRUE AND
13   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
14        I FURTHER CERTIFY THAT I AM NEITHER
15   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID
16   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME
17   THEREOF.
18        IN WITNESS WHEREOF, I HAVE HEREUNTO
19   SUBSCRIBED MY NAME THIS 13TH DAY OF MARCH, 2013.
20
21
22        _____Kelli C. Norden_____
23
24
25
                                                    7
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com  www.kellinorden.com