Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**NOTICE OF LODGING SUPPLEMENTAL AUTHORITY** |

-1-
**NOTICE OF LODGING SUPPLEMENTAL AUTHORITY**

# NOTICE OF LODGING

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that the putative John Doe in 2:12-cv-08333-DMG-PJW by and through counsel, hereby lodges with the Court the following:

Attached hereto as Exhibit 1 is a true and correct copy of the District Court's original sanctions order in *Mick Haig Prod's. v. Does 1-670*, N.D. Tex. No. 3:10-cv-1900-N, ECF No. 17, 9/9/11 (ordering, *inter alia*, that "1) [plaintiff's counsel] Stone shall serve a copy of this Order on each ISP implicated and to every person or entity with whom he communicated for any purpose in these proceedings. 2) Stone shall file a copy of this Order in every currently-ongoing proceeding in which he represents a party, pending in any court in the United States, federal or state. . . . ").

Attached hereto as Exhibit 2 is a true and correct copy of the District Court's order clarifying the imposition of a similar sanction in *Righthaven LLC v. Democratic Underground, LLC*, D. Nev. No. 2:10-cv-1356-RLH-GWF, ECF No. 148, 8/2/11 (clarifying that "Righthaven must produce the required documents to all parties in all pending matters" and that merely filing the required documents via CM/ECF in each pending case would not be sufficient).

Respectfully submitted,

DATED: March 13, 2013        THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
Appearing on Caption

**NOTICE OF LODGING SUPPLEMENTAL AUTHORITY**