Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Specially Appearing for
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom: 11<br><br>Complaint Filed: September 27, 2012<br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel specially appear to apply ex parte to this court for an order withdrawing the order for them to appear on Monday, March 11, 2013. This application is being made on an emergency basis because notice of the order to appear was not served until yesterday, March 7, 2013 and John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel all reside outside California.

The application is based upon this notice, the memorandum of points and authorities, the declarations of John Steele and David M. Majchrzak, and the proposed order filed concurrently herewith.

- 1 -

**Local Rule 7-19 contact information for other counsel**

Counsel specially appearing for these ex parte applicants is aware of the following contact information for counsel of the parties in this action:

Brett Langdon Gibbs; 38 Miller Avenue, Suite 263, Mill Valley, California 94941; (415) 325-5900; blgibbs@wefightpiracy.com; for Plaintiff Ingenuity13 LLC.

Andrew J. Waxler and Won M. Park; 1960 East Grand Avenue, Suite 1210, El Segundo, California 90245; (310) 416-1300; awaxler@wcb-law.com and wpark@wcb-law.com; specially appearing for Brett Langdon Gibbs.

Morgan E. Pietz; 3770 Highland Avenue, Suite 206, Manhattan Beach, California 90266; (310) 546-5301; mpietz@pietzlawfirm.com; for Defendant John Doe.

Klinedinst PC

DATED: March 8, 2013

By: _____
Heather L. Rosing
David M. Majchrzak
Specially Appearing for
JOHN STEELE; PAUL
HANSMEIER; PAUL DUFFY; and
ANGELA VAN DEN HEMEL

14643333v1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR