Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California  92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Attorneys for Defendants
JOHN STEELE; PAUL HANSMEIER;
PAUL DUFFY; and ANGELA VAN
DEN HEMEL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No.  2:12-cv-8333-ODW(JCx)<br><br>**DECLARATION OF DAVID M. MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**<br><br>Judge:           Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom:       11<br><br>Complaint Filed: September 27, 2012<br>Trial Date:      None set |

I, David M. Majchrzak, declare as follows:

1.  I am an attorney at law duly licensed to practice before the courts of the State of California and have been admitted to the United States District Court, Central District of California. I am counsel with the law firm, Klinedinst PC, which is specially appearing on behalf of John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel.

2.  I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

///

- 1 -

3. I understand that, on March 8, 2013, my office contacted the United States District Court, Central District of California, and was told that the court considers ex parte applications on the papers and does not usually set these matters for hearing. If a hearing is necessary, the parties will be notified.

4. On March 8, 2013, I contacted Andrew J. Waxler via telephone. I understand that Waxler will be specially appearing for Brett Gibbs regarding the order to show cause hearing scheduled for March 11, 2013. I advised Waxler of the nature and reasoning of this ex parte application. Waxler told me that he was taking no position on the application.

5. On March 8, 2013, I contacted Morgan E. Petz via telephone. I understand that Petze represents Defendant John Doe in this action. I advised Petze of the nature and reasoning of this ex parte application. Petze told me that he anticipated opposing the application, but did not state the grounds upon which he intended to do so.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 8th day of March 2013 at San Diego, California.

David M. Majchrzak

14641505v1