ORIGINAL

1  Heather L. Rosing, Bar No. 183986
2  David M. Majchrzak, Bar No. 220860
   KLINEDINST PC
3  501 West Broadway, Suite 600
   San Diego, California 92101
4  (619) 239-8131/FAX (619) 238-8707
   hrosing@klinedinstlaw.com
5  dmajchrzak@klinedinstlaw.com

6  Specially Appearing for JOHN
   STEELE; PAUL HANSMEIER; PAUL
7  DUFFY; and ANGELA VAN DEN
   HEMEL

FILED 2013 MAR -8 PM 3:55

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date: |
| JOHN DOE, | Time: |
| | Courtroom: |
| Defendant. | Judge: Hon. Otis D. Wright, II |
| | Magistrate Judge: Hon. Jacqueline Chooljian |
| | Complaint Filed: September 27, 2012 |
| | Trial Date: None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On **March 8, 2013**, I caused to be served the following documents:

**NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

1

CERTIFICATE OF SERVICE

**DECLARATION OF DAVID M. MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

**DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR;**

**[PROPOSED] ORDER TO WITHDRAW ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☒ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

2

CERTIFICATE OF SERVICE

1  ☐  By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| Brett Langdon Gibbs, Esq.<br>PRENDA LAW INC.<br>38 Miller Avenue Suite 263<br>Mill Valley, CA 94941 | 415-325-5900<br>blgibbs@wefightpiracy.com<br>Attorney for PLAINTIFF |
|---|---|
| Morgan E. Pietz, Esq.<br>THE PIETZ LAW FIRM<br>3770 Highland Avenue, Suite 206<br>Manhattan Beach, CA 90266 | 310-424-5557/Fax 310-546-5301<br>mpietz@pietzlawfirm.com<br>Attorney for Defendant<br>JOHN DOE |
| Andrew J. Waxler, Esq.<br>Won M. Park, Esq.<br>WAXLER CARNER BRODSKY LLP<br>1960 East Grand Ave., Suite 1210<br>El Segundo, CA 90245 | 310-416-1300/Fax 310-416-1310<br>awaxler@wcb-law.com<br>wpark@wcb-law.com<br>Attorneys for Specially Appearing Respondent,<br>BRETT L. GIBBS |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2013, at San Diego, California.

_Maria C. Vizcaino_

14618459v1