UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>        Plaintiff,<br>   v.<br>JOHN DOE,<br><br>        Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx)<br><br>**ORDER** |

    The Court hereby continues the March 29, 2013 hearing to April 2, 2013, at 10:00 a.m. Brett Gibbs must provide notice of this time change, no later than March 18, 2013, to the individuals and entities the Court previously required him to serve.

    **IT IS SO ORDERED.**

    March 14, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**