UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-8333-ODW (Jcx)<br>LEAD CASE BY ORDER 02/27/13 **[57]** | Date | March 11, 2013 |
|---|---|---|---|
| Title | Ingenuity 13 LLC. V. John Doe | | |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Christine Chung | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Brett Landon Gibbs<br>Andrew J. Waxler (Special Appearance)<br>Barry Z. Brodsky (Special Appearance) | Morgan Pietz<br>Nicholas Ranallo |

**Proceedings:**       **ORDER TO SHOW CAUSE RE SANCTIONS (EVIDENTIARY)**

    Lead Case called along with the cases consolidated for the purposes of this hearing. Cases consolidated for this hearing are Ingenuity 13 LLC v. Doe, CV 12-6662-ODW(JCx) and CV 12-6668-ODW(JCx); and, AF Holdings LLC v. Doe, CV 12-6636-ODW(JCx) and CV 12-6669-ODW(JCx).  Appearances made.  Special Appearances are made for Mr. Gibbs as indicated above.  Heather Rosing, David M. Majchrzak, Philip W. Vineyard III are present for John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel.

    Court and counsel confer as placed on the record.

    Witnesses called, sworn and testified. Exhibits identified and admitted.

    This hearing is continued to March 29, 2013 at 10:30 a.m.

|  | 2 | : | 58 |
|---|---|---|---|
| Initials of Preparer | | CCH | |