| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Won M. Park | 2. PHONE NUMBER<br>310-416-1300 | 3. DATE<br>March 18, 2013 |
|---|---|---|

| 4. FIRM NAME:   Waxler Carner Brodsky, LLP | 5. E-MAIL ADDRESS:   wpark@wcb-law.com |
|---|---|

| 6. MAILING ADDRESS<br>1960 E. Grand Ave., Suite 1210 | 7. CITY<br>El Segundo | 8. STATE<br>CA | 9. ZIP CODE<br>90245 |
|---|---|---|---|

| 10. CASE NUMBER<br>2:12-CV-8333-ODW(JCx) | 11. CASE NAME<br>Ingenuity 13, LLC v. John Doe | 12. JUDGE<br>Otis D. Wright |
|---|---|---|

| 13. APPEAL CASE NUMBER | 14. ORDER FOR   ☐ APPEAL   ☑ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER _____ |
|---|---|

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| March 11, 2013 | Katie Thibodeaux | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☑ OTHER (PLEASE SPECIFY):   OSC re Rule 11 Sanctions |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |

16. ORDER:   IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE:   March 15, 2013

18. SIGNATURE:   /s/Won M. Park

20. Month:        Day:        Year:

Transcript payment arrangements were made with:

NAME OF OFFICIAL:   Katie Thibodeaux

Payment of estimated transcript fees were sent on the following date:
Month:   March        Day: 18        Year:   2013

G-120 (09/12)