David M. Majchrzak (SBN 220860)
Klinedinst PC
501 W. Broadway, Suite 600
San Diego, CA 92101
(619) 239-8131

FILED
CLERK, U.S. DISTRICT COURT
MAR – 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ingenuity 13 LLC

PLAINTIFF(S)

v.

John Doe

DEFENDANT(S).

CASE NUMBER:
2:12-cv-8333-ODW(JCx)

NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS): NOTICE OF EX PARTE APPLICATION FOR ORDER WITHDRAWING ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION; DECLARATION OF DAVID M. MAJCHRZAK IN SUPPORT OF EX PARTE APPLICATION; DECLARATION OF JOHN STEELE IN SUPPORT OF EX PARTE APPLICATION; [PROPOSED] ORDER TO WITHDRAW ORDER FOR JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL TO APPEAR; PROOF OF SERVICE

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☒ Other

**Reason:**

☐ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☒ Manual Filing required ( *reason* ):
Specially Appearing Parties. Not listed as parties on Court Docket.

March 8, 2013
Date

Attorney Name
David M. Majchrzak
Party Represented
Specially Appearing, JOHN STEELE, PAUL HANSMEIER, PAUL DUFFY, AND ANGELA VAN DEN HEMEL

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)     NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkFlow.com