ANDREW J. WAXLER, SBN 113682
BARRY Z. BRODSKY, SBN 93565
WON M. PARK, SBN 194333
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310
e-mail: awaxler@wcb-law.com
e-mail: bbrodsky@wcb-law.com
e-mail: wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>      Defendant. | Case No. 2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II ]<br><br>**DECLARATION OF ANDREW J. WAXLER RE SERVICE OF COURT'S ORDERS OF MARCH 14, 2013 AND MARCH 15, 2013**<br><br>[Complaint Filed: September 27, 2012]<br><br>Trial date: None set |

## DECLARATION OF ANDREW J. WAXLER

I, ANDREW J. WAXLER, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the Courts of the State of California and am a partner of the law firm of Waxler Carner Brodsky LLP, counsel for Respondent Brett L. Gibbs ("Gibbs") herein. I have personal knowledge of the following facts and if called and sworn as a witness, I could and would competently testify thereto under oath.

///

///

1

2. Pursuant to the Court's Order of March 14, 2013, my office was ordered to serve the Court's March 14, 2013 Order on the individuals and entities listed on that Order by March 15, 2013. In addition, on March 15, 2013, the Court modified the hearing date set forth in its Order of March 14th and further ordered that my office serve the new hearing date on all the individuals and entities listed in its Order of March 14, 2013. I have attached to my declaration as Exhibit "A" a copy of the Amended Proof of Service that was sent to all recipients on March 15, 2013. In this packet sent to all recipients as detailed below, we served a copy of the Court's Order of March 14, 2013 and the Court's Order of March 15, 2013. We have deleted the personal home addresses which were served from the copy we are attaching for filing with the Court. This declaration details my office's attempted service on all individuals and entities as follows:

    a) Service on "John Steele, of Steele Hansmeier PLLC, Prenda Law, Inc. and/or Livewire Holdings LLC." We served Mr. Steele on March 15th via Federal Express at a last known address for Mr. Steele in Florida which we have deleted in Exhibit A.[1] We have confirmed that this packet was delivered to this address on March 18th. We also served Mr. Steele on March 15th via the following e-mail addresses which we believed he has used in the past: jsteele@livewireholdings.com; jsteele@wefightpiracy.com. The service at the Live Wire Holding address was returned but not at the We Fight Piracy email address. On March 18th, we learned of a personal email address that was used by Mr. Steele at one time. We served a copy of the Orders on Mr. Steele at this personal email address on March 18th. We received an error message directing us to send further emails to service@livewireholdings.com. We then sent another copy of our packet to Mr. Steele at service@livewireholdings.com.

---

[1] Rather than attempt to personally serve John Steele, Paul Hansmeier, Paul Duffy, and Angela Van Den Hemel at addresses that may or may not have been valid, we asked their lawyer if she would accept formal service of the Orders. Because we were advised by Ms. Rosing that she was unable to accept service, we have undertaken to serve these four individuals as set forth herein.

b) Service on Paul Hansmeier, of Steele Hansmeier PLLC and/or Livewire Holdings LLC." We served Mr. Paul Hansmeier on March 15th via Federal Express at a last known address for him in Minnesota which we have deleted in Exhibit A. We also served Mr. Paul Hansmeier via the following e-mail addresses which we believed he has used in the past: prhansmeier@wefightpiracy.com; prhansmeier@6881forensics.com; prhansmeier@livewireholdings.com. After we received rejections concerning these email addresses, we contacted the following email address which we were directed to contact in several of the email rejections: clerk@livewireholdings.com. This morning at 8:37 am my office received a response from "Paul" stating that the clerk@livewireholdings.com email address was "Paul's email address." Additional, on March 18th, we learned of a personal email address used by Mr. Paul Hansmeier. We served a copy of the Orders on Mr. Paul Hansmeier at his personal email address on March 18th.

c) Service on Paul Duffy, of Prenda Law, Inc. We served Mr. Duffy on March 15th via Federal Express at the last known address for Prenda Law, Inc. We have confirmed that this packet was delivered to this address on March 18th. We also served Mr. Duffy on March 15th via the following e-mail addresses which we believed he has used in the past: paduffy@wefightpiracy.com. We did not receive a rejection as a result of the sending of this email.

d) Service on Angela Van Den Hemel, of Prenda Law, Inc. We served Ms. Van Den Hemel on March 15th via Federal Express at the last known address for Prenda Law, Inc. We have confirmed that this packet was delivered to this address on March 18th. We also served Ms. Van Den Hemel on March 15th via the following e-mail addresses which we believed she has used in the past: akvandenhemel@wefightpiracy.com. We did receive a notice from Ms. Van Den Hemel that this address is no longer active.

///

e) Service on Mark Lutz, of Prenda Law, Inc., AF Holdings LLC and/or Ingenuity 13 LLC. Knowing that Mr. Lutz now works for Livewire Holdings, as confirmed by its web site, we served Mr. Lutz on March 15th via Federal Express at the address listed on the Livewire Holdings website. We have confirmed that this packet was delivered to this address on March 18th. I also left Mr. Lutz two voicemail messages to confirm his address. Mr. Lutz did not return my phone calls to him. We also served Mr. Lutz on March 15th via the following e-mail addresses which we believed he has used in the past: mclutz@wefightpiracy.com; mclutz@livewireholdings.com. The livewireholdings address came back undeliverable but we received no error message in connection with the email sent to the We Fight Piracy address.

f) Service on "Alan Cooper, of AF Holdings LLC." The only "Alan Cooper" that we are aware of appeared in Court on March 11th. I understand that he claims that he is not affiliated with AF Holdings. We further understand that Mr. Steele may contend otherwise. In any event, since we know of no other Alan Cooper than the person that appeared in Court, I reached an agreement with his attorney, Paul Godfread, that I can serve "Alan Cooper" via email only care of Mr. Godfread's email address, paul@godfreadlaw.com. Pursuant to that agreement, we served Mr. Cooper c/o Mr. Godfread on March 15th. Mr. Godfread did acknowledge receipt of the email when he wrote back with the following remarks: "Please note that I do not represent Alan Cooper of AF Holdings. I only represent Alan Cooper of Isle, MN. I do not accept service on behalf of Alan Cooper of AF Holdings. I not agree to accept service on behalf of Alan Cooper of AF Holdings. Please also note that the most recent order specifically does not order my client, Alan Cooper of Isle, MN to appear."

g) Service on Peter Hansmeier. We served Mr. Peter Hansmeier on March 15th via Federal Express at the last known address for Mr. Peter Hansmeier. We have confirmed that this packet was delivered to this address on March 18th. I also

left Mr. Peter Hansmeier two voicemail messages on his cell phone to confirm his address. Mr. Peter Hansmeier did not return my phone calls to him. We also served Mr. Peter Hansmeier on March 15th via the following e-mail addresses which we believed he has used in the past: pfhansmeier@wefightpiracy.com; pfhansmeier@6881forensics.com. The email sent to the 6881forensics address came back as undeliverable but we received no error message in connection with the email sent to the We Fight Piracy address.

h) Service on Prenda Law, Inc. We served Prenda Law, Inc. on March 15th via Federal Express at the last known address for Prenda Law, Inc. We have confirmed that this packet was delivered to this address on March 18th. We also served Mr. Duffy care of Prenda Law, Inc. on March 15th via the following e-mail addresses which we believed he has used in the past: paduffy@wefightpiracy.com. No error message was received in connection with this email.

i) Service on Livewire Holdings LLC. Knowing that Mr. Lutz now works for Livewire Holdings, as confirmed by its web site, we served Livewire Holdings LLC care of Mr. Lutz on March 15th via Federal Express at the address listed on the Livewire Holdings website. We have confirmed that this packet was delivered to this address on March 18th. I also left Mr. Lutz two voicemail messages to confirm his address. Mr. Lutz did not return my phone calls to him. We also served Livewire Holdings LLC care of Mr. Lutz on March 15th via the following e-mail addresses which we believed he has used in the past: mclutz@wefightpiracy.com; mclutz@livewireholdings.com. The livewireholdings address came back undeliverable but we received no error message in connection with the email sent to the We Fight Piracy address.

j) Service on Steele Hansmeier PLLC. We understand that Steele Hansmeier PLLC may no longer be in business. Therefore, we served its successor, Prenda Law, Inc., on March 15th via Federal Express at the last known address for

Prenda Law, Inc. We have confirmed that this packet was delivered to this address on March 18th. We also served Mr. Duffy care of Prenda Law, Inc. on March 15th via the following e-mail addresses which we believed he has used in the past: paduffy@wefightpiracy.com. No error message was received in connection with this email.

k) Service on AF Holdings LLC. We understand that AF Holdings, LLC may be a subsidiary of Livewire Holdings, LLC. We served Livewire Holdings LLC care of Mr. Lutz on March 15th via Federal Express at the address listed on the Livewire Holdings website. We have confirmed that this packet was delivered to this address on March 18th. We also served Livewire Holdings LLC care of Mr. Lutz on March 15th via the following e-mail addresses which we believed Mr. Lutz has used in the past: mclutz@wefightpiracy.com; mclutz@livewireholdings.com. The livewireholdings address came back undeliverable but we received no error message in connection with the email sent to the We Fight Piracy address.

l) Service on Ingenuity 13 LLC. We understand that Ingenuity 13, LLC may be a subsidiary of Livewire Holdings, LLC. We served Livewire Holdings LLC care of Mr. Lutz on March 15th via Federal Express at the address listed on the Livewire Holdings website. We have confirmed that this packet was delivered to this address on March 18th. We also served Livewire Holdings LLC care of Mr. Lutz on March 15th via the following e-mail addresses which we believed Mr. Lutz has used in the past: mclutz@wefightpiracy.com; mclutz@livewireholdings.com. The livewireholdings address came back undeliverable but we received no error message in connection with the email sent to the We Fight Piracy address.

m) Service on 6881 Forensics, LLC. We served 6881 Forensics, LLC on March 15th via Federal Express at the last known address for that Company. We have confirmed that this packet was delivered to this address on March 18th. We also

served the Company on March 15th via the following e-mail addresses which we believed it has used in the past: pfhansmeier@wefightpiracy.com; pfhansmeier@6881forensics.com. The email sent to the 6881forensics address came back as undeliverable but we received no error message in connection with the email sent to the We Fight Piracy address.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on this 18th day of March 2013, in El Segundo, California.

_____
ANDREW J. WAXLER

# EXHIBIT "A"

1  ANDREW J. WAXLER, SBN 113682
   BARRY Z. BRODSKY, SBN 93565
2  WON M. PARK, SBN 194333
   WAXLER ♦ CARNER ♦ BRODSKY LLP
3  1960 East Grand Avenue, Suite 1210
   El Segundo, California 90245
4  Telephone: (310) 416-1300
   Facsimile: (310) 416-1310
5  e-mail:    awaxler@wcb-law.com
   e-mail:    bbrodsky@wcb-law.com
6  e-mail:    wpark@wcb-law.com

7  Specially Appearing for Respondent
   BRETT L. GIBBS

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   INGENUITY 13 LLC,                ) Case No. 2:12-CV-8333-ODW (JCx)
12                                  ) [Consolidated with Case Nos.:
              Plaintiff,            ) 2:12-cv-6636; 2:12-cv-6669; 2:12-cv-
13                                  ) 6662; 2:12-cv-6668]
       vs.                          )
14                                  ) [Assigned to Judge Otis D. Wright, II]
   JOHN DOE,                        )
15                                  ) **AMENDED PROOF OF SERVICE
              Defendant.            ) REGARDING COURT'S MARCH
16                                  ) 14, 2013 ORDER TO SHOW
   _____) CAUSE; MARCH 15, 2013 ORDER**
17
                                      [Complaint Filed: September 27, 2012]
18
19                                    Trial date: None set
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                   1



**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF LOS ANGELES )

    I am employed in Los Angeles County. My business address is 1960 E. Grand Avenue, Suite 1210, El Segundo, California 90245, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of WAXLER♦CARNER♦BRODSKY LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

    On March 15, 2013, I served the foregoing documents on the interested parties in this action entitled as follows:

**COURT'S MARCH 14, 2013 ORDER TO SHOW CAUSE; MARCH 15, 2013 ORDER**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED AMENDED PROOF OF SERVICE LIST**

[ ] **(BY PERSONAL SERVICE)** I caused to be hand delivered such envelope to the addressee so indicated.

[XX] **(BY ELECTRONIC MAIL):** I caused to be served, via electronic mail (e-mail), the above-entitled document(s) to the e-mail address of the addressee(s) so indicated.

[ ] **(BY THE COURT'S ECF SYSTEM):** I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[XX] **(BY FEDERAL EXPRESS)** I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to C.C.P. § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business.

[ ] **(BY FACSIMILE)** I caused to be served, via facsimile, the above-entitled document(s) to the office of the addressee so indicated.

[ ] **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

    Executed on March 15, 2013, at El Segundo, California.

                                              Heather Dodd

REDACTED

# AMENDED SERVICE LIST

*Ingenuity 13, LLC v. John Doe*
United States District Court Case No. 2:12-CV-8333-ODW (JCx)

| | |
|---|---|
| John Steele, Esq.<br><br>jlsteele@livewireholdings.com<br>jlsteele@wefightpiracy.com<br><br>**Via E-mail and Federal Express** | Steele Hansmeier PLLC<br>c/o Prenda Law, Inc.<br>161 N. Clark Street, Suite 3200<br>Chicago, IL 60601<br>paduffy@wefightpiracy.com<br><br>**Via E-mail and Federal Express** |
| AF Holdings, LLC<br>c/o Mark Lutz<br>Livewire Holdings LLC<br>2100 M St. NW, Suite 170-417<br>Washington DC, 20037-1233<br>mclutz@wefightpiracy.com<br>mclutz@livewireholdings.com<br><br>**Via E-mail and Federal Express** | Ingenuity 13, LLC<br>c/o Mark Lutz<br>Livewire Holdings LLC<br>2100 M St. NW, Suite 170-417<br>Washington DC, 20037-1233<br>mclutz@wefightpiracy.com<br>mclutz@livewireholdings.com<br><br>**Via E-mail and Federal Express** |
| Mark Lutz of Prenda Law, Inc.<br>c/o Livewire Holdings LLC<br>2100 M St. NW, Suite 170-417<br>Washington DC, 20037-1233<br>mclutz@wefightpiracy.com<br>mclutz@livewireholdings.com<br><br>**Via E-mail and Federal Express** | Livewire Holdings LLC<br>2100 M St. NW, Suite 170-417<br>Washington DC, 20037-1233<br>mclutz@wefightpiracy.com<br>mclutz@livewireholdings.com<br><br>**Via E-mail and Federal Express** |
| Alan Cooper<br>C/O Paul Godfread<br>GODFREAD LAW FIRM, P.C.<br>100 South Fifth Street, Suite 1900<br>Minneapolis, MN 55402<br><br>paul@godfreadlaw.com<br><br>**Via Email Only as per agreement** | Peter Hansmeier<br>161 N. Clark Street, Suite 3200<br>Chicago, IL 60601<br>pfhansmeier@wefightpiracy.com<br>pfhansmeier@6881forensics.com<br><br>**Via E-mail and Federal Express** |
| 6881 Forensics, LLC<br>C/O Peter Hansmeier<br>161 N. Clark Street, Suite 3200<br>Chicago, IL 60601<br>pfhansmeier@wefightpiracy.com<br>pfhansmeier@6881forensics.com<br>**Via E-mail and Federal Express** | Prenda Law, Inc.<br>161 N. Clark Street, Suite 3200<br>Chicago, IL. 60601<br>paduffy@wefightpiracy.com<br><br>**Via E-mail and Federal Express** |

3

EXHIBIT A
Page 10

REDACTED

| Paul Hansmeier, Esq.<br><br>prhansmeier@wefightpiracy.com<br>prhansmeier@6881forensics.com<br>prhansmeier@livewireholdings.com<br><br>**Via E-mail and Federal Express** | Paul Duffy, Esq.<br>161 N. Clark Street, Suite 3200<br>Chicago, IL 60601<br>paduffy@wefightpiracy.com<br><br>**Via E-mail and Federal Express** |
|---|---|
| Angela Van Den Hemel<br>161 N. Clark Street, Suite 3200<br>Chicago, IL 60601<br>akvandenhemel@wefightpiracy.com<br><br>**Via E-mail and Federal Express** | |