1   Peter Hansmeier
    *Pro Se*
2   Livewire Holdings, LLC
    2100 M St. NW
3   Suite 170-417
    Washington DC 20037-1233
4   (888)-588-9473/FAX (888)-964-9473

FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5              **UNITED STATES DISTRICT COURT**

6              **CENTRAL DISTRICT OF CALIFORNIA**

7

8   INGENUITY 13 LLC,                    Case No.   2:12-cv-8333-ODW(JCx)

9              Plaintiff,                 **DECLARATION OF PETER
                                          HANSMEIER IN SUPPORT OF EX
10        v.                              PARTE APPLICATION FOR ORDER
                                          WITHDRAWING ORDER FOR PETER
11  JOHN DOE,                             HANSMEIER TO APPEAR**

12             Defendant.                 Judge:            Hon. Otis D. Wright, II
                                          Magistrate Judge: Hon. Jacqueline Chooljian
                                          Courtroom:        11

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

                                          Complaint Filed:  September 27, 2012
14                                        Trial Date:       None set
15
16

17  I, Peter Hansmeier, declare as follows:

18        1.      I have personal knowledge of the following facts and, if called upon

19  as a witness, could competently testify thereto.

20        2.      I reside in the State of Minnesota and intend to remain living and

21  working in Minnesota.

22        I declare under penalty of perjury under the laws of the United States of

23  America that the foregoing is true and correct.

24        Executed the 8th day of March 2013 at Minneapolis, Minnesota.

25

26

27                                        _____
                                          Peter Hansmeier
28

                                    - 1 -
**DECLARATION OF PETER HANSMEIER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER
WITHDRAWING ORDER FOR PETER HANSMEIER TO APPEAR**
2:12-cv-8333-ODW(JCx)