1  ANDREW J. WAXLER, SBN 113682
   BARRY Z. BRODSKY, SBN 93565
2  WON M. PARK, SBN 194333
   WAXLER♦CARNER♦BRODSKY LLP
3  1960 East Grand Avenue, Suite 1210
   El Segundo, California 90245
4  Telephone:  (310) 416-1300
   Facsimile:   (310) 416-1310
5  e-mail:      awaxler@wcb-law.com
   e-mail:      bbrodsky@wcb-law.com
6  e-mail:      wpark@wcb-law.com

7  Specially Appearing for Respondent
   BRETT L. GIBBS

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   INGENUITY 13 LLC,                ) Case No.  2:12-CV-8333-ODW (JCx)
12                                   ) [Consolidated with Case Nos.:
            Plaintiff,               ) 2:12-cv-6636; 2:12-cv-6669; 2:12-cv-
13                                   ) 6662; 2:12-cv-6668]
                                     )
14      vs.                          ) [Assigned to Judge Otis D. Wright, II ]
                                     )
   JOHN DOE,                         )
15                                   ) **SUPPLEMENTAL DECLARATION**
            Defendant.               ) **OF ANDREW J. WAXLER RE**
16  _____) **SERVICE OF COURT'S ORDERS**
                                       **OF MARCH 14, 2013 AND MARCH**
17                                     **15, 2013**

18                                   [Complaint Filed: September 27, 2012]

19
                                     Trial date: None set
20

21          **DECLARATION OF ANDREW J. WAXLER**

22  I, ANDREW J. WAXLER, declare and state as follows:

23          1.      I am an attorney at law duly licensed to practice before all of the Courts of

24  the State of California and am a partner of the law firm of Waxler Carner Brodsky LLP,

25  counsel for Respondent Brett L. Gibbs ("Gibbs") herein.  I have personal knowledge of the

26  following facts and if called and sworn as a witness, I could and would competently testify

27  thereto under oath.

    ///
28
    ///

                                            1

2.      Pursuant to the Court's Order of March 14, 2013, my office was ordered to serve the Court's March 14, 2013 Order on the individuals and entities listed on that Order by March 15, 2013.  In addition, on March 15, 2013, the Court modified the hearing date set forth in its Order of March 14th and further ordered that my office serve the new hearing date on all the individuals and entities listed in its Order of March 14, 2013. On March 15th we complied with the Court's two Orders, as confirmed by my Declaration which we filed on March 18, 2013 [Dkt. 92]

3.      Since serving those Orders on March 15th, we have continued in our efforts to locate additional addresses for the individuals and entities that we were ordered to serve.  We were able to locate a few additional addresses for Mark Lutz, John Steele and Peter Hansmeier.  On March 25, 2013 and March 28, 2013, I asked my assistant, Heather Dodd, to serve both Orders on these individuals at the newly found addresses.  I have attached as Exhibit "A" a copy of Ms. Dodd's declaration detailing her efforts to serve these parties at the newly found addresses.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration is executed on this 28th day of March 2013, in El Segundo, California.

_____
ANDREW J. WAXLER

# EXHIBIT "A"

## DECLARATION OF HEATHER DODD

I, HEATHER DODD, declare and state as follows:

1.     I am employed by Waxler Carner Brodsky LLP as the legal assistant to attorney Andrew J. Waxler.   I have personal knowledge of the facts set forth below, and I could and would competently testify to them if called upon to do so.

2.     On March 25, 2013, at the request of Mr. Waxler, I re-sent the March 14, 2013 and March 15, 2013 Orders to new addresses given to me by Mr. Waxler as follows:

   a. Service on "John Steele, of Steele Hansmeier PLLC, Prenda Law, Inc. and/or Livewire Holdings LLC." I served Mr. Steele via the following e-mail address: john@steele-law.com.

   b. Service on "Mark Lutz, of Prenda Law, Inc., AF Holdings LLC and/or Ingenuity 13 LLC." I served Mr. Lutz via Federal Express at the following two (2) addresses; the first location was 48 Wall Street, Suite 1100, New York, NY 10005. The Federal Express package was confirmed as delivered on March 26th but I received a call from the mailroom at that location stating that Mark Lutz did not have an office or mailbox at that location. The second location was an address for Livewire Holdings LLC at 6575 W. Tropicana Avenue, Unit 1109, Las Vegas, NV 89103. I have confirmed with Federal Express that the recipient has moved and is no longer at that address.

3.     On March 28, 2013, at the request of Mr. Waxler, I re-sent the March 14, 2013 and March 15, 2013 Orders to a new address given to me by Mr. Waxler as follows:

   c. Service on "Peter Hansmeier, of 6881 Forensics LLC." I served Mr. Peter Hansmeier via Federal Express at the following address: Livewire Holdings LLC. 2100 M St NW, Suite 170-417, Washington DC 20037-1233.

///
///
///
///

1    I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.  This declaration is executed on this 28th

3  day of March 2013, in El Segundo, California.

4

5                                      _____
                                       HEATHER DODD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28