UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8333-ODW (Jcx) | Date | March 29, 2013 |
|---|---|---|---|
| Title | Ingenuity13 LLC v. John Doe | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|

| Sheila English | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**        **MINUTE ORDER  (IN CHAMBERS)**

The Ex Parte Application **[95]** for Order Withdrawing Order filed by Movant Paul Hansmeier on March 8, 2013 is hereby DENIED.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | | CCH |