Timothy J. Halloran - 104498
Thomas P. Mazzucco - 139758
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087
Email: thalloran@mpbf.com
tmazzucco@mpbf.com

Attorneys for
JOHN STEELE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INGENUITY 13 LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendants.

Case No.: CV-12-8333-ODW (JCx)

NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Timothy J. Halloran and Thomas P. Mazzucco of Murphy, Pearson, Bradley & Feeney enter a special appearance on behalf of John Steele.

Dated: April 4, 2013

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Timothy J. Halloran
Thomas P. Mazzucco
Attorneys for
JOHN STEELE

TLH.20565615.doc

- 1 -
NOTICE OF SPECIAL APPEARANCE
CASE NO. CV-12-8333 ODW