CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On April 4, 2013, I served the following document(s) on the parties in the within action:

NOTICE OF SPECIAL APPEARANCE

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Brett L. Gibbs  
Prenda Law Inc.  
205 Camino Alto Ave, Suite 150  
Mill Valley, CA 94941  

Attorney For Plaintiff  
INGENUITY 13, LLC

Morgan E. Pietz  
The Pietz Law Firm  
3770 Highland Avenue, Suite 206  
Manhattan Beach, CA 90266  

Attorney For Defendant  
JOHN DOE

Nicholas R. Ranallo  
Nicholas Ranallo Law Offices  
371 Dogwood Way  
Boulder Creek, CA 95006  

Attorney For Defendant  
JOHN DOE

Heather Rosing  
Klinedinst Law Offices  
Koll Center  
501 West Broadway, Suite 600  
San Diego, CA 92101-3391  

Attorney For Movant  
PAUL HANSMEIER

Andrew J. Waxler
Waxler Carner Brodsky LLP
1960 East Grand Avenue, Suite 1210
El Segundo, CA 90245

Attorney For
BRETT L. GIBBS

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 4, 2013.

By _____
Tanya L. Hill

San Francisco

- 3 -
NOTICE OF SPECIAL APPEARANCE
CASE NO. CV-12-8333 ODW