UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8333 ODW (JCx) LEAD CASE BY ORDER 02/27/13 [57] | Date | April 2, 2013 |
|---|---|---|---|
| Title | Ingenuity 13 LLC. V. John Doe | | |

Present: The Honorable    Otis D. Wright II, United States District Judge

| Christine Chung | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Andrew J. Waxler<br>Barry Z. Brodsky (Special Appearance)<br>Andrew J. Waxler (Special Appearance) | Morgan E. Pietz<br>Nicholas R. Ranallo |

**Proceedings:**    **ORDER TO SHOW CAUSE RE SANCTIONS (EVIDENTIARY)**

Case called. For the purposes of this hearing, the lead case for the following cases: Ingenuity 13 LLC v. Doe, CV 12-6662-ODW(JCx) and CV 12-6668-ODW(JCx); and, AF Holdings LLC v. Doe, CV 12-6636-ODW(JCx) and CV 12-6669-ODW(JCx). Appearances made. Timothy Halloran and Thomas P. Mazzucco are present and appearing for John Steele, who is present in court. Philip A. Baker and Daniel Patrick Leonard are present and appearing for Paul Hansmeier, who is present in court. Heather L. Rosing, David M. Majchrzak, Philip W. Vineyard III are present in court for Prenda Law, Paul Duffy, and Angela Van Den Hemel, who are present in court. Also present in Court are Mark Lutz, Peter Hansmeier, and Mr. Duffy who is present on behalf of Prenda Law.

Court and counsel confer. Court and counsel argue.

An order will issue on this matter.

Filed Exhibit and Witness List, and Exhibit Release Form.

0 : 11

Initials of Preparer    CCH