## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 12-8333 ODW(JCx) | | Title | Ingenuity13 LLC v. John Doe | |
|---|---|---|---|---|---|

| | | FILED |
|---|---|---|
| Judge | Otis D. Wright, II | |
| Dates of Trial or Hearing | March 11, 2013, April 2, 2013 | CLERK, U.S. DISTRICT COURT |
| | | APR 2 2013 |
| Court Reporters or Tape No. | Katie Thibodeaux | CENTRAL DISTRICT OF CALIFORNIA |
| Deputy Clerks | Christine Chung | BY: _____CC_____ DEPUTY |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Brett Langdon Gibbs | Morgan Pietz |
| Andrew J. Waxler | Nicholas Ranallo |
| Barry Z. Brodsky | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Alan Cooper - 3/11/13 | Defendant |
| | | | | | | Bart Huffman - 3/11/13 | Defendant |
| | | | | | | Benjamin Fox - 3/11/13 | Defendant |
| | | | | | | Jesse Nason - 3/11/13 | Defendant |
| | | | | | | Brett Gibbs - 3/11/13 | Plaintiff |
| | | | 1 | 3/11/13 | 3/11/13 | Complaint CV 12-6636-ODW-(JCx) filed August 1, 2012 | |
| | | | 2 | 3/11/13 | 3/11/13 | "Sexual Obsession " Copyright Assignment Agreement | |
| | | | 3 | 3/11/13 | NOT | Ingenuity 13 Petition | |
| | | | 4 | 3/11/13 | NOT | Declaration of Ranallo | |
| | | | 5 | 3/11/13 | NOT | No Tissues can Registration | |
| | | | 6 | 3/11/13 | 3/11/13 | Declaration of Huffman | |
| | | | 7 | 3/11/13 | 3/11/13 | Declaration of Camille Kerr | |
| | | | 8 | 3/11/13 | 3/11/13 | Declaration of Sean Moriarty | |
| | | | 9 | 3/11/13 | 3/11/13 | Transcript of Jesse Nason | |
| | | | 10 | 3/11/13 | 3/11/13 | Declaration of Stone | |
| | | | 11 | 3/11/13 | 3/11/13 | Complaint CV 12-5628 filed in Northern District of CA | |
| | | | 12 | 3/11/13 | 3/11/13 | Affidavit of John Steele | |
| | | | 13 | 3/11/13 | 3/11/13 | Declaration of Matt Catlett | |
| | | | 14 | 3/11/13 | | Complaint 8:12-CV-01685-MSS-MAP filed in Middle | |
| | | | | | | District of Florida Tampa Divison - U.S. District Court | |
| | | | 15 | 3/11/13 | | Complaint 8:12-CV-01686-MSS-AEP filed in Middle | |
| | | | | | | District of Florida Tampa Divison - U.S. District Court | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No.                                                    Title:

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | 16 | 3/11/13 | | Complaint 8:12-CV-01685-MSS-MAP filed in U.S. District Court, Middle District of Florida, Tampa Division | |
| | | | 17 | 3/11/13 | | Guava Complaint | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |