### Affidavit of Raymond Rogers

RAYMOND ROGERS, under penalty of perjury, says as follows:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and, if called, would be prepared to testify at trial as follows.

2. I am the principal of various related entities, including Heartbreaker Films, Heartbreaker Productions, Inc., XSC Digital Corp and Heartbreaker Digital LLC.

3. On June 12, 2011, I executed a Copyright Assignment Agreement, a true and correct copy of which is attached hereto as Exhibit A.

4. On December 20, 2011, I executed a Copyright Assignment Agreement, a true and correct copy of which is attached to as Exhibit B.

5. It is my understanding that all of the rights associated with the works titled "Sexual Obsession" (PA 1-725-120) and "Popular Demand" (PA 1-754-383) have been transferred to AF Holdings LLC.

6. I will be pleased to execute any and all documents to confirm that all of the rights referenced in this document have been fully and effectively transferred.

I declare under the penalty of perjury and upon personal knowledge that the foregoing is true and correct.

Ray Rogers
Dated: December 5, 2012
Las Vegas, Nevada

STATE OF NEVADA
COUNTY OF _Clark_
This instrument was acknowledged before me on _January 8, 2013_ (date) by
_Raymond Rogers._ (name(s) of person(s)).
_Chelsee Jensen_
Notary Public Printed Name: _Chelsee Jensen_
My Commission Expires: _July 30, 2016_

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHELSEE JENSEN
My Appointment Expires July 30, 2016

**1**