Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Specially appearing for
PAUL DUFFY, ANGELA VAN DEN
HEMEL, and PRENDA LAW, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN DOE,<br><br>            Defendant. | Case No.   2:12-cv-8333-ODW(JCx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE LEVIED**<br><br>Judge:           Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom:    11<br>Date:            April 2, 2013<br>Time:           10:00 A.M.<br><br>Complaint Filed:  September 27, 2012<br>Trial Date:    None set |
|---|---|

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Paul Duffy, Angela Van Den Hemel, and Prenda Law, Inc. hereby request that the court take judicial notice of the following documents in support of their response to the court's order to show cause why sanctions should not be levied. All exhibit references correspond to the exhibits attached hereto.

Exhibit 1:   Transcript from March 11, 2013 order to show cause hearing in this action.

/ / /

| | | |
|---|---|---|
| 1 | Exhibit 2: | Notices of allegations filed in United States District Court, |
| 2 | | Northern District of California, case no. 3:12-cv-02396; United |
| 3 | | States District Court, Central District of Illinois, case no. 1:12- |
| 4 | | cv-01258; United States District Court, Central District of |
| 5 | | Illinois, case no. 1:12-cv-01398; United States District Court, |
| 6 | | Northern District of Illinois, case no. 1:12-cv-03567; United |
| 7 | | States District Court, Northern District of Illinois, case no. |
| 8 | | 1:12-cv-03568; United States District Court, Northern District |
| 9 | | of Illinois, case no. 1:12-cv-03570; United States District Court, |
| 10 | | Northern District of Illinois, case no. 1:12-cv-04232; United |
| 11 | | States District Court, Northern District of Illinois, case no. |
| 12 | | 1:12-cv-04234; United States District Court, Northern District |
| 13 | | of Illinois, case no. 1:12-cv-04235; United States District Court, |
| 14 | | Northern District of Illinois, case no. 1:12-cv-04237; United |
| 15 | | States District Court, Northern District of Illinois, case no. |
| 16 | | 1:12-cv-04239; United States District Court, Northern District |
| 17 | | of Illinois, case no. 1:12-cv-04244; United States District Court, |
| 18 | | Northern District of Illinois, case no. 1:12-cv-05075; United |
| 19 | | States District Court, Northern District of Illinois, case no. |
| 20 | | 1:12-cv-05077; United States District Court, Northern District |
| 21 | | of Illinois, case no. 1:12-cv-08030; and United States Court of |
| 22 | | Appeal for the District Court of Columbia Circuit, case no. 12- |
| 23 | | 7135. |
| 24 | Exhibit 3: | Dismissals and/or motions for dismissals filed in United States |
| 25 | | District Court, Northern District of California, case no. 3:12-cv- |
| 26 | | 02396; United States District Court, Central District of Illinois, |
| 27 | | case no. 1:12-cv-01258; United States District Court, Central |
| 28 | | District of Illinois, case no. 1:12-cv-01398; United States |

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

|   |   |   |
|---|---|---|
| 1 |   | District Court, Northern District of Illinois, case no. 1:12-cv- |
| 2 |   | 03567; United States District Court, Northern District of |
| 3 |   | Illinois, case no. 1:12-cv-03568; United States District Court, |
| 4 |   | Northern District of Illinois, case no. 1:12-cv-03570; United |
| 5 |   | States District Court, Northern District of Illinois, case no. |
| 6 |   | 1:12-cv-04232; United States District Court, Northern District |
| 7 |   | of Illinois, case no. 1:12-cv-04234; United States District Court, |
| 8 |   | Northern District of Illinois, case no. 1:12-cv-04235; United |
| 9 |   | States District Court, Northern District of Illinois, case no. |
| 10 |   | 1:12-cv-04237; United States District Court, Northern District |
| 11 |   | of Illinois, case no. 1:12-cv-04239; United States District Court, |
| 12 |   | Northern District of Illinois, case no. 1:12-cv-04244; United |
| 13 |   | States District Court, Northern District of Illinois, case no. |
| 14 |   | 1:12-cv-05075; United States District Court, Northern District |
| 15 |   | of Illinois, case no. 1:12-cv-05077; and United States District |
| 16 |   | Court, Northern District of Illinois, case no. 1:12-cv-08030. |
| 17 | Exhibit 4: | Related Case Order filed in United States District Court, |
| 18 |   | Northern District of California, case no. 3:12-cv-04976-JSW, |
| 19 |   | entitled Ingenuity 13 LLC v. Doe. |
| 20 | Exhibit 5: | Form CV-30.[1] |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

---

[1] http://court.cacd.uscourts.gov/CACD/forms.nsf/0/0512227aaf19765e88256c1a005e6748?OpenDocument

1     Duffy, Van Den Hemel, and Prenda also request that the court take judicial notice that Prenda Law, Inc. was incorporated on November 7, 2011. http://www.ilsos.gov/corporatellc/CorporateLlcController (enter "Prenda Law Inc." in corporate search and select "submit").

Klinedinst PC

DATED: April 8, 2013      By:  /s/ Heather L. Rosing
                                                      Heather L. Rosing
                                                     David M. Majchrzak
                                                     Philip W. Vineyard
                                                     Specially appearing for
                                                   Paul Duffy, Angela Van Den Hemel,
                                                   and Prenda Law, Inc.

15508701v1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE LEVIED

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101