1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel for Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4

5  *Attorney for Plaintiff*

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 AF HOLDINGS LLC,                    )    No. 3:12-CV-02396-EMC
                                       )
11                                     )    **PLAINTIFF AF HOLDINGS LLC'S**
                                       )    **MOTION TO VOLUNTARILY**
12              Plaintiff,             )    **DISMISS PURSUANT TO FEDERAL**
                                       )    **RULE OF CIVIL PROCEDURE 41(a)(2)**
13        v.                           )
                                       )
14 JOE NAVASCA,                        )
                                       )
15                                     )
                                       )
16              Defendant.             )
                                       )

17
       Plaintiff AF Holdings LLC, by and through its undersigned counsel, respectfully files this
18
   Motion to Voluntarily Dismiss the instant action *without prejudice* pursuant to Federal Rule of Civil
19
   Procedure 41(a)(2). Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only
20
   by court order, on terms that the court considers proper." Fed. R. Civ. Proc. 41(a)(2). Plaintiff
21
   attempted to stipulate to the dismissal of this action with opposing counsel, as contemplated by
22
   Federal Rule of Civil Procedure 41(a)(1)(A)(ii), but this stipulation was not achieved. Rule 41(a)(2)
23
   also provides that "unless the order states otherwise, a dismissal under this paragraph (2) is without
24
   prejudice." *Id.*
25
       Plaintiff moves the Court to grant a voluntary dismissal in light of the Court's recent order
26
27 requiring Plaintiff to post an undertaking of nearly $50,000. As previously explained, neither
28

**Exhibit 3 - Page 1 of 35**

Plaintiff nor any copyright holder can afford to tie up nearly $50,000 in capital simply in order to proceed with its claims against a single infringer. Plaintiff's works are being infringed on a massive scale by California-based infringers and Plaintiff has no realistic chance of ending this infringement if its *de facto* filing fee is $50,000. If federal courts possess the discretion to impose a $50,000 undertaking in a routine digital infringement case, then Plaintiff believes that the rights afforded to it under the Copyright Act, U.S. treaties, and the U.S. Constitution will cease to have any practical significance. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 US 913, 928-29 (2006) (citing the concern that digital distribution of copyrighted material threatens copyright holders as never before."). As the Court was informed during the briefing on the undertaking issue, another of the Court's esteemed colleagues imposed an undertaking in a comparable case. *AF Holdings v. Trinh*, No. 3:12-cv-02393-CRB (N.D. Cal. 2012). Plaintiff finds itself at the crossroads of seeking appellate review of these decisions or simply accepting the notion that copyrights are unenforceable in California.

While Plaintiff notes that the Court granted Plaintiff leave to file a Motion for Reconsideration, Plaintiff recognizes that motions for reconsideration are rarely granted. Plaintiff's resources are better directed at seeking clarification from the U.S. Court of Appeals for the Ninth Circuit on the undertaking issue. Plaintiff acknowledges that the case law in the area is sparse and that district courts have not been granted significant guidance by appellate courts. Plaintiff believes that appellate review of a bellwether undertaking decision will provide copyright holders, alleged infringers, and district courts in California with more clarity on the practical significance of the Copyright Act, the U.S. Constitution and U.S. treaties.

Further, Plaintiff has complied with each of the Court's directives, expending arguably unnecessary time and money to submit to a 30(b)(6) deposition despite the fact that the case is, for all practical purposes, ended by the Court's undertaking decision. Plaintiff hopes that the absurd

*Exhibit 3 - Page 2 of 35*

1    arguments regarding its very existence, as well as regarding the assignment agreement in the instant

2    action, can finally be appropriately categorized in the Court's institutional memory.

3         As such, Plaintiff respectfully requests that the Court dismiss the instant action, without

4
5    prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) so that Plaintiff may seek to establish

6    circuit-wide case law regarding whether undertakings under § 1030 are appropriate in routine digital

7    infringement cases.

8

9                                    Respectfully Submitted,

10

11                        By:    /s/  Brett L. Gibbs, Esq.

12
                                 Brett L. Gibbs, Esq. (SBN 251000)
13                               Of Counsel to Prenda Law Inc.
                                 38 Miller Avenue, #263
14                               Mill Valley, CA 94941
                                 415-325-5900
15                               blgibbs@wefightpiracy.com
                                 *Attorney for Plaintiff*
16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO VOLUNTARILY DISMISS                    No. 3:12-CV-02396-EMC

*Exhibit 3 - Page 3 of 35*

1

## CERTIFICATE OF SERVICE

2

3

The undersigned hereby certifies that on February 21, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

4

5

6                                                               /s/  Brett L. Gibbs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO VOLUNTARILY DISMISS                    No. 3:12-CV-02396-EMC

**Exhibit 3 - Page 4 of 35**

Case3:12-cv-02396-EMC   Document62-1   Filed02/21/13   Page1 of 1

1   Brett L. Gibbs, Esq. (SBN 251000)
    Of Counsel for Prenda Law Inc.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10  AF HOLDINGS LLC,                    )      No. 3:12-cv-02396-EMC
                                        )
11                  Plaintiff,          )      **[PROPOSED] ORDER GRANTING**
                                        )      **PLAINTIFF AF HOLDINGS LLC'S**
12          v.                          )      **MOTION TO VOLUNTARILY**
                                        )      **DISMISS PURSUANT TO FEDERAL**
13                                      )      **RULE OF CIVIL PROCEDURE 41(a)(2)**
                                        )
14  JOE NAVASCA,                        )
                                        )
15                  Defendant.          )
                                        )
16

17          THIS CAUSE is before the Court upon Plaintiff's Motion to Voluntarily Dismiss the instant

18  action pursuant to Federal Rule of Civil Procedure 41(a)(2).

19          THIS COURT has reviewed Plaintiff's Motion, relevant case law, the pertinent portions of

20  the record, and is otherwise fully advised on the premise. Accordingly,

21          IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss the instant action

22  is GRANTED.

23          IT IS SO ORDERED.

24

25

26  Dated: _____        _____

27                                              Hon. Edward M. Chen
                                                United States District Judge
28

**Exhibit 3 - Page 5 of 35**

1   Brett L. Gibbs, Esq. (SBN 251000)
    Of Counsel for Prenda Law Inc.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10  AF HOLDINGS LLC,                    )        No. 3:12-cv-02396-EMC
                                        )
11                                      )        **[PROPOSED] ORDER GRANTING**
               Plaintiff,               )        **PLAINTIFF AF HOLDINGS LLC'S**
12                                      )        **MOTION TO VOLUNTARILY**
          v.                            )        **DISMISS PURSUANT TO FEDERAL**
13                                      )        **RULE OF CIVIL PROCEDURE 41(a)(2)**
                                        )
14  JOE NAVASCA,                        )
                                        )
15                                      )
               Defendant.               )
16

17        THIS CAUSE is before the Court upon Plaintiff's Motion to Voluntarily Dismiss the instant

18  action pursuant to Federal Rule of Civil Procedure 41(a)(2).

19        THIS COURT has reviewed Plaintiff's Motion, relevant case law, the pertinent portions of

20  the record, and is otherwise fully advised on the premise. Accordingly,

21        IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss the instant action

22  is GRANTED.

23        IT IS SO ORDERED.

24

25

26  Dated: _____          _____
                                                   Hon. Edward M. Chen
27                                                 United States District Judge

28

**Exhibit 3 - Page 6 of 35**

Case 2:12-cv-08333-ODW-JC   Document 108-7   Filed 04/08/13   Page 7 of 35   Page
ID #:2577
1:12-cv-01258-JES-JAG   # 12   Page 1 of 2

**E-FILED**
Thursday, 14 March, 2013  11:27:03 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS (PEORIA)

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 1:12-cv-01258 |
| Plaintiff, | |
| | Judge: Hon. James E. Shadid |
| v. | |
| | Magistrate Judge:  Hon. John A. Gorman |
| JOHN DOE, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure

41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action.

Defendant has filed neither an answer to the complaint nor a motion for summary judgment with

respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:    /s/ Paul Duffy
       Paul Duffy (Bar No. 6210496)
       Prenda Law Inc.
       161 N. Clark Street, Suite 3200
       Chicago, IL 60601
       Phone: 312-880-9160
       Fax: 312-893-5677
       E-mail:paduffy@wefightpiracy.com
       *Attorney for Plaintiff*

1

***Exhibit 3 - Page 7 of 35***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


/s/ Paul Duffy
Paul Duffy

2

*Exhibit 3 - Page 8 of 35*

**E-FILED**
Thursday, 14 March, 2013  11:36:21 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS (PEORIA)

AF HOLDINGS LLC,

      Plaintiff,

v.

JOHN DOE,

      Defendant.

CASE NO. 1:12-cv-01398

Judge: Hon. James E. Shadid

Magistrate Judge:  Hon. John A. Gorman

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:    /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark Street, Suite 3200
        Chicago, IL 60601
        Phone: 312-880-9160
        Fax: 312-893-5677
        E-mail:paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

**Exhibit 3 - Page 9 of 35**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy
Paul Duffy

2

**Exhibit 3 - Page 10 of 35**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| AF HOLDINGS LLC, | |
| Plaintiff, | CASE NO. 1:12-cv-03567 |
| v. | Judge: Hon. Robert W. Gettleman |
| CARLOS MARTINEZ, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:    /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail:paduffy@wefightpiracy.com
*Attorney for Plaintiff*

1

**Exhibit 3 - Page 11 of 35**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


/s/ Paul Duffy
Paul Duffy

2

*Exhibit 3 - Page 12 of 35*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AF HOLDINGS LLC,

      Plaintiff,

v.

RICHARD TURNER,

      Defendant.

CASE NO. 1:12-cv-03568

Judge: Hon. Thomas M. Durkin

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:    /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark Street, Suite 3200
        Chicago, IL 60601
        Phone: 312-880-9160
        Fax: 312-893-5677
        E-mail:paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

1

**Exhibit 3 - Page 13 of 35**

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


                     /s/ Paul Duffy

                     Paul Duffy

**Exhibit 3 - Page 14 of 35**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AF HOLDINGS LLC,

      Plaintiff,

v.

MICHAEL FOOTE,

      Defendant.

CASE NO. 1:12-cv-03570

Judge: Hon. Joan B. Gottschall

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted,

    AF HOLDINGS, LLC

**DATED:** March 14, 2013

    By:   /s/ Paul Duffy
           Paul Duffy (Bar No. 6210496)
           Prenda Law Inc.
           161 N. Clark Street, Suite 3200
           Chicago, IL 60601
           Phone: 312-880-9160
           Fax: 312-893-5677
           E-mail:paduffy@wefightpiracy.com
           *Attorney for Plaintiff*

1

**Exhibit 3 - Page 15 of 35**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy
Paul Duffy

2

*Exhibit 3 - Page 16 of 35*

Case: 1:12-cv-04232 Document #: 22 Filed: 03/14/13 Page 1 of 2 PageID #:108

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

---

AF HOLDINGS LLC,

      Plaintiff,

v.

BOBBY RAMOS,

      Defendant.

CASE NO.12- cv-4232

Judge: Hon. Robert W. Gettleman

---

### AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AF HOLDINGS, LLC and Defendant Bobby Ramos, by and through their undersigned attorneys, respectfully request that the Court dismiss all claims in this action with prejudice, and for all parties to pay their own court costs and attorney fees, pursuant to the parties' amicable resolution of the case.

**DATED:** March 14, 2013

PLAINTIFF AF HOLDINGS LLC

By:   s/ Paul A. Duffy
Paul A. Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

DEFENDANT BOBBY RAMOS

By:   s/ James M. Chesloe
James Michael Chesloe
Attorney at Law
1030 South LaGrange Road, Suite 11
LaGrange, IL 60525
Phone 708/579-5353
E-mail jcheslaw@gmail.com
*Attorney for Defendant*

---

1

*Exhibit 3 - Page 17 of 35*

2

*Exhibit 3 - Page 18 of 35*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

---

AF HOLDINGS LLC,

      Plaintiff,

v.

KENNETH PAYNE,

      Defendant.

CASE NO. 1:12-cv-04234

Judge: Hon. Gary Feinerman

Magistrate Judge: Hon. Jeffrey T. Gilbert

---

### MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Plaintiff AF Holdings LLC ("Plaintiff"), through its undersigned counsel, hereby files this Motion for Voluntary Dismissal of Action Without Prejudice, states as follows:

1.     Plaintiff filed this action on May 31, 2012 (ECF No. 1), the Court granted it leave to subpoena the internet service provider referenced in the Complaint before the Rule 26(f) conference (ECF No. 8), and Plaintiff amended its complaint to name the Defendant in August 2012 (ECF No. 12).

2.     The Defendant answered the Complaint on October 17, 2012 (EC F NO. 16) and the Court entered a scheduling order on November 8, 2012. (ECF No. 18.)

3.     Plaintiff wishes to dismiss this case, without prejudice. Although Defendant has filed an answer, Plaintiff has not heard from Defendant in any fashion since October 2012. Plaintiff respectfully requests that this Court allow Plaintiff to voluntarily dismiss all claims in this action, without prejudice. Defendant has not filed a counterclaim, and granting this Motion will not cause any prejudice to Defendant.

1

**Exhibit 3 - Page 19 of 35**

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion, enter an order dismissing this case without prejudice, and granting any and all further relief that this Court deems to be reasonable and appropriate under the circumstances.

Respectfully submitted,

AF Holdings LLC,

DATED: March 19, 2013

By:      /s/ Paul Duffy
         Paul Duffy (Bar No. 6210496)
         Prenda Law Inc.
         161 N. Clark St., Suite 3200
         Chicago, IL 60601
         Phone: 312-880-9160
         Fax: 312-893-5677
         E-mail: paduffy@wefightpiracy.com
         *Attorney for Plaintiff*

2

**Exhibit 3 - Page 20 of 35**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.


By:    /s/ Paul Duffy

3

**Exhibit 3 - Page 21 of 35**

Case: 1:12-cv-04235 Document #: 27 Filed: 03/14/13 Page 1 of 2 PageID #:176

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AF HOLDINGS LLC,

      Plaintiff,

v.

DANIEL LEVINE,

      Defendant.

CASE NO. 1:12-cv-04235

Judge: Hon. Matthew F. Kennelly

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:    /s/ Paul Duffy
       Paul Duffy (Bar No. 6210496)
       Prenda Law Inc.
       161 N. Clark Street, Suite 3200
       Chicago, IL 60601
       Phone: 312-880-9160
       Fax: 312-893-5677
       E-mail:paduffy@wefightpiracy.com
       *Attorney for Plaintiff*

1

**Exhibit 3 - Page 22 of 35**

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                    /s/ Paul Duffy
                                    Paul Duffy

**Exhibit 3 - Page 23 of 35**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AF HOLDINGS LLC,

      Plaintiff,

v.

JOHN DOE,

      Defendant.

CASE NO. 1:12-cv-04237

Judge: Hon. James B. Zagel

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:    /s/ Paul Duffy
       Paul Duffy (Bar No. 6210496)
       Prenda Law Inc.
       161 N. Clark Street, Suite 3200
       Chicago, IL 60601
       Phone: 312-880-9160
       Fax: 312-893-5677
       E-mail:paduffy@wefightpiracy.com
       *Attorney for Plaintiff*

1

**Exhibit 3 - Page 24 of 35**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy_____
Paul Duffy

2

**Exhibit 3 - Page 25 of 35**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AF HOLDINGS LLC,

     Plaintiff,

v.

JOHN DOE,

     Defendant.

CASE NO. 1:12-cv-04239

Judge: Hon. Matthew Kennelly

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:   <u>/s/ Paul Duffy</u>
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail:paduffy@wefightpiracy.com
*Attorney for Plaintiff*

1

**Exhibit 3 - Page 26 of 35**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


/s/ Paul Duffy _____
Paul Duffy

2

**Exhibit 3 - Page 27 of 35**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AF HOLDINGS LLC,

      Plaintiff,

v.

JOHN DOE,

      Defendant.

CASE NO. 1:12-cv-04244

Judge: Hon. Milton I. Shadur

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                Respectfully submitted,

                AF HOLDINGS, LLC

**DATED:** March 14, 2013

                By:    /s/ Paul Duffy
                        Paul Duffy (Bar No. 6210496)
                        Prenda Law Inc.
                        161 N. Clark Street, Suite 3200
                        Chicago, IL 60601
                        Phone: 312-880-9160
                        Fax: 312-893-5677
                        E-mail:paduffy@wefightpiracy.com
                        *Attorney for Plaintiff*

1

**Exhibit 3 - Page 28 of 35**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy
Paul Duffy

2

*Exhibit 3 - Page 29 of 35*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AF HOLDINGS LLC,

     Plaintiff,

v.

JOHN MAHER,

     Defendant.

CASE NO. 1:12-cv-05075

Judge: Hon. Edmond E. Chang

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

DATED: March 14, 2013

By:    /s/ Paul Duffy
       Paul Duffy (Bar No. 6210496)
       Prenda Law Inc.
       161 N. Clark Street, Suite 3200
       Chicago, IL 60601
       Phone: 312-880-9160
       Fax: 312-893-5677
       E-mail:paduffy@wefightpiracy.com
       *Attorney for Plaintiff*

1

**Exhibit 3 - Page 30 of 35**

<u>**CERTIFICATE OF SERVICE**</u>

     The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


          /s/ Paul Duffy               
          Paul Duffy

**Exhibit 3 - Page 31 of 35**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 1:12-cv-05077 |
| Plaintiff, | |
| | Judge: Hon. Judge Joan Humphrey Lefkow |
| v. | |
| | Magistrate Judge: Hon. Arlander Keys |
| PERRY MILOGLOU, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against Defendant Perry Miloglou. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC,

DATED: March 28, 2013

By:     /s/ Paul Duffy_____
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark St., Suite 3200
        Chicago, IL 60601
        Phone: 312-880-9160
        Fax: 312-893-5677
        E-mail: paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

1

**Exhibit 3 - Page 32 of 35**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy
Paul A. Duffy, Esq.

2

*Exhibit 3 - Page 33 of 35*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | |
|       Plaintiff, | CASE NO. 1:12-cv-08030 |
| v. | Judge: Hon. John J. Tharp, Jr. |
| JOHN DOE, | |
|       Defendant. | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF HOLDINGS, LLC

**DATED:** March 14, 2013

By:     /s/ Paul Duffy
          Paul Duffy (Bar No. 6210496)
          Prenda Law Inc.
          161 N. Clark Street, Suite 3200
          Chicago, IL 60601
          Phone: 312-880-9160
          Fax: 312-893-5677
          E-mail:paduffy@wefightpiracy.com
          *Attorney for Plaintiff*

1

**Exhibit 3 - Page 34 of 35**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on March 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


/s/ Paul Duffy
Paul Duffy

2

**Exhibit 3 - Page 35 of 35**