NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Date                           Sign

                               Attorney of record for or party appearing in pro per

CV-30 (04/10)                  NOTICE OF INTERESTED PARTIES

*Exhibit 5 - Page 1 of 1*