1  PHILLIP A. BAKER, BAR ID #169571
   pbaker@bknlawyers.com
2  DANIEL P. LEONARD, BAR ID #194268
   dleonard@bknlawyers.com.
3  DERRICK S. LOWE, BAR ID #267998
   dlowe@bknlawyers.com
4  BAKER, KEENER & NAHRA, LLP
   633 West 5th Street
5  Suite 5400
   Los Angeles, California 90071
6  Telephone: (213) 241-0900
   Facsimile:  (213) 241-0990
7

8  Specially Appearing for
   PAUL HANSMEIER
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>              Defendant. | Case No.: 2:12-CV-8333-ODW (JCx)<br><br>Judge:   Hon. Otis D. Wright, II<br>Magistrate Judge:<br>          Hon. Jacqueline Chooljian<br>Courtroom:         11<br>Complaint Filed:   09-27-2012<br>Trial Date:        None Set<br><br>**DECLARATION OF PHILLIP A. BAKER IN SUPPORT OF SPECIALLY APPEARING, PAUL HANSMEIER'S, RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE LEVIED**<br><br>DATE:  April 2, 2013<br>TIME:  10:00 a.m.<br>CTRM:  11 |

1250-5146-0001

- 1 -

**DECLARATION OF PHILLIP A. BAKER IN SUPPORT OF SPECIALLY APPEARING, PAUL HANSMEIER'S, RESPONSE TO OSC RE: WHY SANCTIONS SHOULD NOT BE LEVIED**

## DECLARATION OF PHILLIP A. BAKER, ESQ.

I, PHILLIP A. BAKER, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before the Central District of California and am a partner in the law firm of Baker, Keener & Nahra, counsel Specially Appearing for Paul Hansmeier in the above-referenced matter. I have personal knowledge of the following matters and I could and would competently testify thereto if called as a witness.

2. Attached as Exhibit "A" are true and correct copies of the pages referenced in this Brief from the Transcript of Proceedings before this Court on March 11, 2013.

3. Upon information and belief, attached as Exhibit "B" is a true and correct copy of a Declaration filed by Brett L. Gibbs in the USDC, Middle District of Florida Tampa Division, in Case No. 8:12-cv-01685-MSS-MAP.

I declare under penalty of perjury under the laws of the State of California and these United States, that the foregoing is true and correct.

This declaration was executed on this 9th day of April, 2013, in Los Angeles, California.

                                                        */s/ PHILLIP A. BAKER*
                                                        PHILLIP A. BAKER, ESQ.

1250-5146-0001

- 2 -

**DECLARATION OF PHILLIP A. BAKER IN SUPPORT OF SPECIALLY APPEARING,
PAUL HANSMEIER'S,RESPONSE TO
OSC RE: WHY SANCTIONS SHOULD NOT BE LEVIED**