Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Nicholas Ranallo
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**PROOF OF SERVICE** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3770 Highland Avenue, Suite 206, Manhattan Beach, CA 90266.

On April 9, 2013, I served the foregoing documents described as the Declaration of Morgan E. Pietz Re: Fees and Costs and Exhibits A through E in support of the Declaration of Morgan E. Pietz. I transmitted a PDF version of these documents by electronic mail to the parties listed on the attached service list, as well as depositing the documents in the mail in Manhattan Beach, California.

I deposited such envelopes in the mail at Manhattan Beach, California. The envelopes were marked with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Manhattan Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposition for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of the State of California who has applied to be admitted to this Court *Pro Hac Vice,* at whose direction the service was made.

Executed on April 10, 2013 at Manhattan Beach, California.

*Leslie M. Rudolph*
Leslie M. Rudolph
Legal Assistant to Morgan E. Pietz
The Pietz Law Firm
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
Tel. (310) 424-5557
Fax (310) 546-5301

-2-
**PROOF OF SERVICE**

# SERVICE LIST

KLINEDINST LAW OFFICES
Heather Rosing
Philip W. Vineyard III
David M. Majchrzak
501 W. Broadway
Suite 600
San Diego, CA 92101
hrosing@klinedinstlaw.com
pvineyard@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

BAKER KEENER & NAHRA LLP
Phillip A. Baker
Daniel Patrick Leonard
633 West Fifth Street
Fifty-fourth Floor
Los Angeles, CA 90071
pbaker@bknlawyers.com
dleonard@bknlawyers.com

-3-

**PROOF OF SERVICE**