Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com

Attorneys Specially Appearing for
PAUL DUFFY, ANGELA VAN DEN
HEMEL, and PRENDA LAW, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
| Plaintiff, | Related Cases: 2:12-cv-05709-ODW-JC |
| v. | 2:12-cv-08322-ODW-JC |
| JOHN DOE, | **DECLARATION OF PHILIP W. VINEYARD IN SUPPORT OF PRENDA LAW'S, PAUL DUFFY'S, AND ANGELA VAN DEN HEMEL'S OBJECTION TO REQUEST OF PUTATIVE JOHN DOE TO FILE A REPLY BRIEF** |
| Defendant. | |

Judge: Hon. Otis D. Wright, II
Magistrate Judge: Hon. Jacqueline Chooljian
Courtroom: 11

Complaint Filed: September 27, 2012
Trial Date: None set

I, Philip W. Vineyard, declare as follows:

1. I am over the age of 18 years and an associate with the law firm Klinedinst P.C., counsel of record for Prenda Law, Inc., Paul Duffy, and Angela Van Den Hemel. I am a member in good standing with the California State Bar and admitted to practice in all of the State's courts, as well as in the federal courts for the Central and Northern Districts of the State of California.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are

- 1 -

explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. Attached hereto as Exhibit A are true and correct copies of print-outs that I made of the website "pietzlawfirm.com" on April 10, 2013.

4. I have contacted Brent Berry twice to discuss his declaration and accompanying exhibits that were filed in support of my clients' Response to Order to Show Cause Why Sanctions Should Not Be Levied. The purposes of my calls were to confirm the authenticity of the declaration and exhibits prior to filing the documents, to instruct Mr. Berry not to delete the texts that were attached as exhibits to his declaration, and to arrange for a computer forensics engineer to preserve the texts and maintain a chain of custody for same. I have further contacted the aforementioned forensics engineer to schedule a date on which he may obtain Mr. Berry's phone to perform the preservation and chain of evidence functions and anticipate those functions will be completed in the next week.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 11th day of April 2013 at Los Angeles, California.

_____
Philip W. Vineyard

15511878v1

- 2 -
DECLARATION OF PHILIP W. VINEYARD IN SUPPORT OF OBJECTION TO REQUEST OF PUTATIVE JOHN DOE TO FILE A REPLY BRIEF

# EXHIBIT A

**COPIES OF PRINT-OUTS FROM WEBSITE "PIETZLAWFIRM.COM ON APRIL 10, 2013 TO DECLARATION OF PHILIP W. VINEYARD IN SUPPORT OF OBJECTION TO REQUEST OF PUTATIVE JOHN DOE TO FILE A REPLY BRIEF**



# THE PIETZ LAW FIRM
LEADING Advocacy ™

- Home
- About
- Attorneys
- Offices
- Blawg
- Malibu Media Lawsuit

## Welcome to PietzLawFirm.com

The Pietz Law Firm is dedicated to providing **LEADING** Advocacy™,
a concept that defines not just *what* we do, but also *how* we do it:

Litigation – copyright, trademark, entertainment and business litigation.

Entertainment & Sports – representation of talent, athletes, and related talent-side media and management companies.

Antitrust & Unfair Competition – under both California and federal law.

Domain Names – including Uniform Domain-Name Dispute-Resolution Policy ("UDRP") proceedings, as well as cybersquatting issues.

Intellectual Property – special focus on copyright, trademark, trade secrets, including licensing, software and technology, business and product name issues, co-existence agreements, litigation and advice, subpoena defense and copyright troll lawsuits.

New Media – counsel to a wide variety of cutting-edge new media companies that operate at the intersection of entertainment and technology.

General Business – assistance in all manner of standard corporate transactions, including the formation of business entities such as corporations and LLC's, licensing issues, and acting as an outside general counsel to smaller businesses.



- **Copyright Lawsuit Cases**
    - Copyright "Troll" Infringement Cases
        - AF Holdings, LLC + Prenda Law Subpoenas
        - Guava, LLC + Prenda Law
        - Ingenuity 13, LLC + Prenda Law
        - Lightspeed Media Corporation + Prenda Law
        - LW Systems Copyright Lawsuit + Prenda Law
        - Malibu Media Lawsuit
        - Patrick Collins, Inc.
        - Third Degree Films
    - Warner Bros. Subpoena | Warner Brothers Copyright Infringement

- **Recent Blawg Posts**

    - LW Systems v. Christopher Hubbard – St. Clair County Illinois 13-L-0015
    - Malibu Media Southern District of California (S.D. Cal.) – Exculpatory Evidence Letters and Single Defendant Cases
    - Excellent New Decision for Single Does and John Doe No. 1
    - Update on Ingenuity 13 in Central District of California
    - Third Degree Films v. Does 1-178 – N.D. Cal. No. 3:2012-cv-03858

- **Archives**

    - April 2013
    - March 2013
    - January 2013
    - December 2012
    - November 2012
    - October 2012
    - September 2012
    - August 2012
    - July 2012
    - May 2012
    - June 2011
    - May 2011
    - April 2011

- To search, type and hit er

- **Useful Resources**

    - A Primer on Slaying the Copyright Troll: Help, I Got a Letter from my ISP Seeking to Subpoena My Identity Because a Copyright Troll Wants to Sue me for Copyright Infringement — What do I do?
    - A Second Primer: Subpoena Defense 201
    - California Business Entity Search
    - Copyright Registration – ECO
    - Trademark Search – USPTO
    - U.S. Supreme Court Decisions

- **Legal Sites of Interest**

    - Deadline Hollywood Daily
    - dietrolldie.com
    - FightCopyrightTrolls.com
    - SCOTUSBlog – Supreme Court Blog
    - TTABlog – Trademark Blog



Manhattan Beach

The Pietz Law Firm

3770 Highland Avenue, Suite 206

Manhattan Beach, CA 90266

Contact

Telephone: (310) 424-5557

Facsimile: (310) 546-5301

info@pietzlawfirm.com



Beverly Hills

The Pietz Law Firm

9454 Wilshire Boulevard, Suite 500

Beverly Hills, CA 90212

Legal Notices | Privacy Policy | © 2011 The Pietz Law Firm. All Rights Reserved. This website is an attorney communication.



- Home
- About
- Attorneys
- Offices
- Blawg
- Malibu Media Lawsuit

# Ingenuity 13, LLC + Prenda Law

This summer, Prenda Law, Inc. and its attorneys John Steele and Brett Gibbs have been busy filing lawsuits in California on behalf of Ingenuity 13, LLC.

Ingenuity 13 is the latest plaintiff Prenda is using to orchestrate its national campaign to coerce copyright "settlements" from ISP subscribers who may or may not have actually downloaded any of plaintiff's movies.

In a departure from prior practice, Prenda has been filing these lawsuits against single John Does. That means these cases will likely be harder to resolve because plaintiff will likely be seeking a higher settlement value (passing the cost on to the defendant) and there is one less procedural problem with the case. However, clients in these cases still have options.

If you have received a letter from your ISP regarding an Ingenuity 13 subpoena, or if you have been contacted by an Ingenuity 13 representative directly, please contact The Pietz Law Firm.

Here is a list of Ingenuity 13, LLC cases as of October 19, 2012:

| case_title | case_no | court_id |
|---|---|---|
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-06635 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-06660 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-06662 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-06668 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-06664 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-06666 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-07404 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-07408 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-07410 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-07385 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-07386 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08326 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08332 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08327 | cacdce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04976 | candce |
| Ingenuity 13 LLC v. Doe | 5:2012-cv-04979 | candce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04981 | candce |

| | | |
|---|---|---|
| Ingenuity 13 LLC v. Doe | 5:2012-cv-04980 | candce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04977 | candce |
| Ingenuity 13 LLC v. Doe | 4:2012-cv-04978 | candce |
| Ingenuity 13 LLC v. Doe | 8:2012-cv-01690 | flmdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08334 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08330 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08336 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08328 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08324 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08322 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08331 | cacdce |
| Ingenuity 13 LLC v. John Doe | 1:2012-cv-04225 | ilndce |
| Ingenuity 13 LLC v. John Doe | 1:2012-cv-06129 | ilndce |
| Ingenuity 13 LLC v. John Doe | 1:2012-cv-06131 | ilndce |
| Ingenuity13 LLC v. John Doe | 1:2012-cv-07943 | ilndce |
| Ingenuity 13, LLC v. Doe | 1:2012-cv-22756 | flsdce |
| INGENUITY 13, LLC v. DOE | 1:2012-cv-22757 | flsdce |
| Ingenuity 13, LLC v. Doe | 2:2012-cv-00520 | vaedce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08329 | cacdce |
| Ingenuity 13 LLC v. John Doe | 2:2012-cv-08323 | cacdce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04217 | candce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04216 | candce |
| Ingenuity 13 LLC v. Doe | 5:2012-cv-04445 | candce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04449 | candce |
| Ingenuity 13 LLC v. Doe | 3:2012-cv-04450 | candce |



- **Copyright Lawsuit Cases**
    - Copyright "Troll" Infringement Cases

- AF Holdings, LLC + Prenda Law Subpoenas
- Guava, LLC + Prenda Law
- Ingenuity 13, LLC + Prenda Law
- Lightspeed Media Corporation + Prenda Law
- LW Systems Copyright Lawsuit + Prenda Law
- Malibu Media Lawsuit
- Patrick Collins, Inc.
- Third Degree Films
  - Warner Bros. Subpoena | Warner Brothers Copyright Infringement

### Recent Blawg Posts

- LW Systems v. Christopher Hubbard – St. Clair County Illinois 13-L-0015
- Malibu Media Southern District of California (S.D. Cal.) – Exculpatory Evidence Letters and Single Defendant Cases
- Excellent New Decision for Single Does and John Doe No. 1
- Update on Ingenuity 13 in Central District of California
- Third Degree Films v. Does 1-178 – N.D. Cal. No. 3:2012-cv-03858

### Archives

- April 2013
- March 2013
- January 2013
- December 2012
- November 2012
- October 2012
- September 2012
- August 2012
- July 2012
- May 2012
- June 2011
- May 2011
- April 2011

- To search, type and hit er

### Useful Resources

- A Primer on Slaying the Copyright Troll: Help, I Got a Letter from my ISP Seeking to Subpoena My Identity Because a Copyright Troll Wants to Sue me for Copyright Infringement — What do I do?
- A Second Primer: Subpoena Defense 201
- California Business Entity Search
- Copyright Registration – ECO
- Trademark Search – USPTO
- U.S. Supreme Court Decisions

### Legal Sites of Interest

- Deadline Hollywood Daily
- dietrolldie.com
- FightCopyrightTrolls.com
- SCOTUSBlog – Supreme Court Blog
- TTABlog – Trademark Blog



Manhattan Beach

The Pietz Law Firm

3770 Highland Avenue, Suite 206

Manhattan Beach, CA 90266

Contact

Telephone: (310) 424-5557

Facsimile: (310) 546-5301

info@pietzlawfirm.com



Beverly Hills

The Pietz Law Firm

9454 Wilshire Boulevard, Suite 500

Beverly Hills, CA 90212

Legal Notices | Privacy Policy | © 2011 The Pietz Law Firm. All Rights Reserved. This website is an attorney communication.