PHILLIP A. BAKER, BAR ID #169571
pbaker@bknlawyers.com
DANIEL P. LEONARD, BAR ID #194268
dleonard@bknlawyers.com.
DERRICK S. LOWE, BAR ID #267998
dlowe@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Specially Appearing for
PAUL HANSMEIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE, <br><br> Defendant. | Case No.: 2:12-CV-8333-ODW (JCx) <br><br> Judge: Hon. Otis D. Wright, II <br> Magistrate Judge: <br> Hon. Jacqueline Chooljian <br> Courtroom: 11 <br> Complaint Filed: 09-27-2012 <br> Trial Date: None Set <br><br> **JOINDER TO OBJECTION TO THE REQUEST OF PUTATIVE JOHN DOE TO FILE A REPLY BRIEF** |

COMES NOW, Specially Appearing Paul Hansmeier, who hereby joins the Objection to the Request of Putative John Doe to file a Reply Brief submitted by Prenda Law Group, Paul Duffy and Angela Van Den Hemel.

DATED: April 11, 2013           BAKER, KEENER & NAHRA, LLP

                                By    /S/ *PHILLIP A. BAKER*
                                      PHILLIP A. BAKER
                                      DANIEL P. LEONARD
                                      DERRICK S. LOWE
                                Specially Appearing for
                                PAUL HANSMEIER