1  Timothy J. Halloran - 104498
   Thomas P. Mazzucco - 139758
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Specially Appearing for
   JOHN STEELE

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | INGENUITY 13 LLC, | Case No.: CV-12-8333- ODW(JCx) |
| 12 | Plaintiff, | **NOTICE OF JOINDER TO OBJECTION TO THE REQUEST OF PUTATIVE JOHN DOE TO FILE A REPLY BRIEF** |
| 13 | v. | |
| 14 | JOHN DOE, | |
| 15 | Defendants. | Judge:          Hon. Otis D. Wright, II<br>Courtroom:   11<br>Date:           April 2, 2013<br>Time:          10:00 A.M. |
| 16 | | |
| 17 | | Complaint Filed:   September 27, 2012<br>Trial Date:          None |
| 18 | | |

19       Please take notice that John Steele hereby joins in the Objection To The Request Of Putative

20  John Doe To File A Reply Brief, filed on behalf of Paul Duffy, Angela Van Den Hemel, and Prenda

21  Law, Inc (Docket #113).

22

23  Dated: April 11, 2013

24                              MURPHY, PEARSON, BRADLEY & FEENEY

25

26                              By /s/ Timothy J. Halloran
                                   _____
27                                 Timothy J. Halloran
                                   Attorneys for
                                   JOHN STEELE
28

                                   - 1 -