Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Nicholas Ranallo (SBN 275016)
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax:  (831) 533-5073

Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case Number: 2:12-cv-08333-ODW(JCx)<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**ORDER GRANTING REQUEST FOR LEAVE**<br>**TO FILE A REPLY** |

-1-
**[PROPOSED] ORDER GRANTING**
**REQUEST FOR LEAVE TO FILE A REPLY**

## ORDER

On April 10, 2013, the putative John Doe in 2:12-cv-08333-DMG-PJW by and through counsel, requested leave to file a brief reply, of no more than 10 pages, by Tuesday April 16, 2013, in response to the new information contained in the three Responses to the Order to Show Cause filed by counsel for Paul Duffy, Prenda Law, Inc., and Angela Van Den Hemel (ECF No. 108); for Paul Hansemeier (ECF No. 109); and for John Steele (ECF No. 110).

For good cause shown, it is hereby **ORDERED** that the putative defendant's request for leave to file a reply of no more than ten pages by Tuesday April 16, 2013 is **GRANTED**.

**SO ORDERED**.

Dated: April 11, 2013            By: _____

Hon. Otis D. Wright, II
United States District Judge

**[PROPOSED] ORDER GRANTING
REQUEST FOR LEAVE TO FILE A REPLY**