Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Nicholas Ranallo (SBN 275016)
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669;<br>2:12-cv-6662; 2:12-cv-6668<br><br>**NOTICE OF ERRATA RE: DECLARATION OF SETH SCHOEN (ECF NO. 117-3)** |

**NOTICE OF ERRATA RE: DECLARATION OF SETH SCHOEN (ECF NO. 117-3)**

## NOTICE OF ERRATA

The Declaration of Seth Schoen (ECF No. 117-3) was inadvertently filed with a legend in the footer on all pages other than the caption page that erroneously said "PRIVILEGED AND CONFIDENTIAL DRAFT." The document filed was not a draft, it was a final document, and the legend appeared in error. No waiver of privilege was intended.

A corrected Declaration of Seth Schoen, which is identical to the original in all respects except that the incorrect legend has been deleted, is being concurrently filed herewith.

Respectfully submitted,

DATED: April 17, 2013                     THE PIETZ LAW FIRM


                                          */s/ Morgan E. Pietz*

                                          Morgan E. Pietz
                                          THE PIETZ LAW FIRM
                                          Attorney for Putative John Doe(s)
                                          Appearing on Caption