PHILLIP A. BAKER, BAR ID #169571
pbaker@bknlawyers.com
DANIEL P. LEONARD, BAR ID #194268
dleonard@bknlawyers.com.
DERRICK S. LOWE, BAR ID #267998
dlowe@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Specially Appearing for
PAUL HANSMEIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No.: 2:12-CV-8333-ODW (JCx)<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge:<br>　　Hon. Jacqueline Chooljian<br>Courtroom: 11<br>Complaint Filed: 09-27-2012<br>Trial Date: None Set<br><br>**JOINDER TO PAUL DUFFY, ANGELA VAN DEN HEMEL, AND PRENDA LAW, INC'S RESPONSE TO PUTATIVE JOHN DOE'S REPLY BRIEF** |

COMES NOW, Specially Appearing Paul Hansmeier ("Hansmeier"), who hereby joins the Response to Putative John Doe Reply Brief ("Reply Brief") submitted by Prenda Law Group, Paul Duffy and Angela Van Den Hemel.

In addition, Hansmeier points out to the Court that the only "evidence" presented in the Reply Brief that purports to implicate Hansmeier is, in fact, pure speculation. The Putative John Doe makes much of the fact that "metadata" contained in certain documents submitted in the case indicates that the documents

- 1 -
**JOINDER TO PAUL DUFFY, ANGELA VAN DEN HEMEL, AND PRENDA LAW, INC'S RESPONSE TO PUTATIVE JOHN DOE'S REPLY BRIEF**

were accessed at some point by a person using the identifier: "Paul". Reply at 6. There is no information as to the length of time that "Paul" spent on the document or, indeed, whether "Paul" drafted or modified the document. The Putative John Doe is inviting this Court to speculate that the "Paul" in the metadata is Paul Hansmeier. On the other hand, there is solid evidence before this Court showing that Mr. Gibbs was responsible for the filings in this case, as in all California cases, as he asserted in the declaration he filed in Florida which is attached to Hansmeier's Response to Order to Show Cause.

DATED: April 18, 2013  BAKER, KEENER & NAHRA, LLP

By     /S/ *PHILLIP A. BAKER*
PHILLIP A. BAKER
DANIEL P. LEONARD
DERRICK S. LOWE
Specially Appearing for
PAUL HANSMEIER

**JOINDER TO PAUL DUFFY, ANGELA VAN DEN HEMEL, AND PRENDA LAW, INC'S RESPONSE TO PUTATIVE JOHN DOE'S REPLY BRIEF**