1  Timothy J. Halloran - 104498
   Thomas P. Mazzucco - 139758
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Specially Appearing for
   JOHN STEELE

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  INGENUITY 13 LLC,                    Case No.: CV-12-8333- ODW(JCx)

12       Plaintiff,                      **NOTICE OF JOINDER TO RESPONSE TO PUTATIVE JOHN DOE REPLY BRIEF AND ADDITIONAL OBJECTIONS**

13  v.

14  JOHN DOE,                            Judge:         Hon. Otis D. Wright, II
                                         Courtroom:     11
15       Defendants.                     Date:          April 2, 2013
                                         Time:          10:00 A.M.
16

17                                       Complaint Filed:   September 27, 2012
                                         Trial Date:        None
18

19       Please take notice that John Steele ("Steele"), specially appearing, hereby joins in

20  the Response to Putative John Doe Reply Brief, filed on behalf of Paul Duffy, Angela

21  Van Den Hemel, and Prenda Law, Inc (Docket #120).

22       In addition, regarding putative John Doe's purported documentation from the

23  Florida Bar (Dkt 117-2, Ex. LL), Steele objects on the grounds that it lacks foundation,

24  has not been authenticated or certified. FRE 901; FRE 1005; *Cambridge Electronics*

25  *Corp. v. MGA Electronics, Inc.*, 227 F.R.D. 313, 327 (C.D. Cal. 2004)(documentary

26  evidence from related proceeding rejected for lack of authentication when proffered by

27  person lacking personal knowledge regarding contents of documents or related

28  proceeding); *U.S. v. Dibble*, 429 F.2d 598, 602 (9th Cir. 1970)("A writing is not

                                   - 1 -

1    authenticated simply by attaching it to an affidavit, even if the writing appears on its
2    face to have originated from some governmental agency and the affiant is a government
3    official. The foundation is laid for receiving a document in evidence by the testimony of
4    a witness with personal knowledge of the facts who attests to the identity and due
5    execution of the document and, where appropriate, its delivery."). Steele further objects
6    that no exception has been established to the Florida State Bar's prohibition against use
7    of confidential materials submitted to them. See Florida State Bar Rule 10-8.1. More
8    importantly, even were the Court to consider the purported Florida Bar letter over
9    Steele's objections, it does not prove Steele has or had an interest in Plaintiffs AF
10   Holdings LLC or Ingenuity 13 LLC, as the letter only states that "Steele maintains an
11   ownership interest in several of Prenda's larger clients," but not specifying which
12   clients. Dkt 117-2, pg. 12.

13          Regarding the email from Prenda attorney Jacques Nazaire, Steele objects on the
14   basis of hearsay, as no proof exists that Steele authorized Nazaire to make the statement,
15   and even an otherwise "non hearsay" statement made by an agent of Prenda may not be
16   used against Steele.   See FRE 801(d)(2)(C)("An out-of-court statement by a person
17   authorized by the party to make a statement concerning the subject may be offered
18   against the party.")(emphasis added); *Cambridge Electronics*, supra, 227 F.R.D. at 335.
19   Regardless, the hearsay statement of Nazaire is of no evidentiary value, as it has been
20   disclaimed by Nazaire in a notarized declaration submitted herewith as inconsistent with
21   Nazaire's understanding, and not based on his personal knowledge.   See attached
22   Declaration of Timothy Halloran, Ex. A.

23          The remainder of Pietz' proffered exhibits KK through QQ are also
24   objectionable, just as nearly all of the exhibits submitted by Pietz to date are. Specific
25   objections to  all previous exhibits submitted by putative John Doe (A-QQ and 1-12)
26   will be addressed in a separate pleading filed concurrently herewith.

27

28

- 2 -

Dated: April 18, 2013

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Timothy J. Halloran
    Timothy J. Halloran
    Attorneys for
    JOHN STEELE

- 3 -