1 | Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
2 | 3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
3 | mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
4 | Facsimile : (310) 546-5301

Attorney for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>  Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668<br><br>**DECLARATION OF GRAHAM W. SYFERT** |

-1-
**DECLARATION OF GRAHAM W. SYFERT**

## DECLARATION OF GRAHAM W. SYFERT

I, Graham W. Syfert, have personal knowledge of the facts alleged herein and hereby aver as follows:

1. I am a member in good standing of the State Bar of Florida, duly admitted to the practice of law in the state and federal courts of the State of Florida.

2. I have represented various clients in cases brought by the law firm Prenda Law, Inc. Notably, I was counsel of record for a defendant in *Sunlust Pictures v. Nguyen*, M.D. Fl. No. 8:12-CV-1685 ("*Sunlust*") and conducted the hearing wherein Mark Lutz was rebuked by Judge Scriven for attempting to defraud the Court. (*See* Dec'l. of Morgan E. Pietz re: Prenda Law, Inc., Exhibit N, ECF No. 40-2).

3. I have reviewed Exhibit LL (ECF No. 117-2 at pp. 6-20) in the above entitled action and hereby affirm that it is a true and correct copy of John Steele's answer to the Florida bar complaint I filed against him for impersonating a Florida Attorney, Florida Bar File 2012-403511(B), and that document that I received from the Florida Bar in that matter.

4. Red pen mark asterisks were added next to the section captioned "Affidavit of Mark Lutz" and these asterisk were added by a party other than myself or the Florida Bar. The ECF filing stamps were added to the top of the document upon Mr. Pietz's filing, and footer stamps were added to the bottom of the document (presumably by Mr. Peitz), but no other alterations to the substance of the document has been made

I declare under penalty of perjury under the laws of Florida and the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: April 18th, 2013, executed this day at Duval County, Florida, by

_____
Graham W. Syfert, Declarant

**DECLARATION OF GRAHAM W. SYFERT**