Timothy J. Halloran - 104498
Thomas P. Mazzucco - 139758
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Specially Appearing for
JOHN STEELE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>　　　Defendants. | Case No.: CV-12-8333- ODW(JCx)<br><br>**OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE**<br><br>Judge:　　　Hon. Otis D. Wright, II<br>Courtroom:　11<br>Date:　　　April 2, 2013<br>Time:　　　10:00 A.M.<br><br>Complaint Filed:　September 27, 2012<br>Trial Date:　　　None |

John Steele ("Steele"), specially appearing, hereby objects to the following purported evidence submitted by putative John Doe:

| Evidence/Exhibit | Objection | Sustained | Overruled |
|---|---|---|---|
| **Dkt 40-1 (Pietz Decl.), ¶ 5** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Double Hearsay. FRE 805. | | |
| **Dkt 40-1 (Pietz Decl.), ¶ 6** | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| **Dkt 40-1 (Pietz Decl.), ¶8** | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |

- 1 -

| | | | |
|---|---|---|---|
| Dkt 40-1 (Pietz Decl.), ¶9 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-1 (Pietz Decl.), ¶10 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 40-1 (Pietz Decl.), ¶11 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 40-1 (Pietz Decl.), ¶12 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Relevance; the document speaks for itself. FRE 403 | | |
| Dkt 40-1 (Pietz Decl.), ¶13 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Relevance; the document speaks for itself. FRE 403. | | |
| Dkt 40-1 (Pietz Decl.), ¶14 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 40-1 (Pietz Decl.), ¶15 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Relevance; the document speaks for itself. FRE 403. | | |
| Dkt 40-1 (Pietz Decl.), ¶16 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-1 (Pietz Decl.), ¶17 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Double hearsay. FRE 805. | | |
| Dkt 40-1 (Pietz Decl.), ¶18 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 40-1 (Pietz Decl.), ¶19 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Relevance; the document speaks for itself. FRE 403. | | |
| Dkt 40-1 (Pietz Decl.), ¶20 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-1 (Pietz Decl.), ¶21 | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333-ODW(JCx)

| | | | |
|---|---|---|---|
| **Dkt 40-1 (Pietz Decl.), ¶22** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Relevance; the document speaks for itself. FRE 403. | | |
| **Dkt 40-1 (Pietz Decl.), ¶23** | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| **Dkt 40-1 (Pietz Decl.), ¶24** | Relevance. FRE 401. | | |
| **Dkt 40-1 (Pietz Decl.), ¶25 – 27** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶28** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶29** | Lacks foundation. FRE 602. | | |
| **Dkt 40-1 (Pietz Decl.), ¶30-34** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶35** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶36** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶37** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation (re: reference to Cooper's attorney). FRE 602. | | |
| **Dkt 40-1 (Pietz Decl.), ¶38** | Relevance. FRE 401.<br>Lacks foundation (re: reference to Cooper's attorney). FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶39** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |

- 3 -

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333- ODW(JCx)

| | | | | |
|---|---|---|---|---|
| **Dkt 40-1 (Pietz Decl.), ¶40** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶41** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602. | | |
| **Dkt 40-1 (Pietz Decl.), ¶43** | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| **Dkt 40-1 (Pietz Decl.), ¶44** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶45** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶46** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶47** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 40-1 (Pietz Decl.), ¶48** | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| **Dkt 53 (Pietz Decl.), ¶7** | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403. | | |
| **Dkt 53 (Pietz Decl.), ¶8** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403. | | |
| **Dkt 53 (Pietz Decl.), ¶9** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602. | | |
| **Dkt 53 (Pietz Decl.), ¶11** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602. | | |

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333- ODW(JCx)

| | | | |
|---|---|---|---|
| Dkt 53 (Pietz Decl.), ¶12 | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶14 | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶16 | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶17 | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶18 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶19 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶20 | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶21 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 53 (Pietz Decl.), ¶22 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |
| Dkt 59-1 (Pietz Decl.), ¶6 | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 59-1 (Pietz Decl.), ¶7 | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 59-1 (Pietz Decl.), ¶8 | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602. | | |
| Dkt 59-1 (Pietz Decl.), ¶9 | Relevance. FRE 401.<br>Lacks foundation. FRE 602. | | |

- 5 -

| | | | |
|---|---|---|---|
| Dkt 59-1 (Pietz Decl.), ¶10 | Relevance. FRE 401. Lacks foundation. FRE 602. Impermissible Non-expert opinion testimony. FRE 701. | | |
| Dkt 59-1 (Pietz Decl.), ¶11 | Relevance. FRE 401. Lacks foundation. FRE 602. Impermissible Non-expert opinion testimony. FRE 701. | | |
| Dkt 117-1 (Pietz Decl.), ¶3 | Relevance. FRE 401. The documents speak for themselves. FRE 403. Lacks foundation. FRE 602. | | |
| Dkt 117-1 (Pietz Decl.), ¶4 | Relevance. FRE 401. The documents speak for themselves. FRE 403. Lacks foundation. FRE 602. | | |
| Dkt 117-1 (Pietz Decl.), ¶5 | Relevance. FRE 401. Lacks foundation. FRE 602. | | |
| Dkt 117-1 (Pietz Decl.), ¶6 | Relevance. FRE 401. The documents speak for themselves. FRE 403. Lacks foundation. FRE 602. | | |
| Dkt 117-1 (Pietz Decl.), ¶7 | Relevance. FRE 401. The documents speak for themselves. FRE 403. Lacks foundation. FRE 602. | | |
| Dkt 117-1 (Pietz Decl.), ¶8 | Relevance. FRE 401. The documents speak for themselves. FRE 403. Lacks foundation. FRE 602. | | |
| Dkt 117-1 (Pietz Decl.), ¶10 | Relevance. FRE 401. Lacks foundation. FRE 602. | | |
| Dkt 40-2, Ex. A | Relevance. FRE 401. Lacks foundation. FRE 602. Lacks authentication. FRE 901. Hearsay. FRE 801(c). | | |
| Dkt 40-2, Ex. B | Lacks foundation. FRE 602. Lacks authentication. FRE 901 Hearsay. FRE 801(c). Uncertified Public Record. FRE 1005. | | |
| Dkt 40-2, Ex. C | Relevance. FRE 401. Lacks foundation. FRE 602. Lacks authentication.FRE 901. Hearsay. FRE 801(c). | | |

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333- ODW(JCx)

| | | | |
|---|---|---|---|
| Dkt 40-2, Ex. D | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901. | | |
| Dkt 40-2, Ex. E | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901. | | |
| Dkt 40-2, Ex. F | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901. | | |
| Dkt 40-2, Ex. G | Relevance. FRE 401. | | |
| Dkt 40-2, Ex. H | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-2, Ex. I | Relevance. FRE 401.<br>Hearsay. FRE 801(c).<br>Double hearsay. FRE 805. | | |
| Dkt 40-2, Ex. J | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-2, Ex. K | Relevance. FRE 401.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-2, Ex. L | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901.<br>Hearsay. FRE 801(c). | Relevance objection sustained when introduced as Exhibit 3 at March 11, 2013 OSC Hearing. Dkt 108-5. | |
| Dkt 40-2, Ex. M | Relevance. FRE 401.<br>Hearsay. FRE 801(c). | | |
| Dkt 40-2, Ex. N | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901.<br>Hearsay. FRE 801(c).<br>Uncertified Public Record. FRE 1005. | | |

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333- ODW(JCx)

| | | | |
|---|---|---|---|
| **Dkt 40-2, Ex. O** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication.FRE 901.<br>Hearsay. FRE 801(c).<br>Uncertified Public Record. FRE 1005. | | |
| **Dkt 53-1, Ex. P** | Relevance. FRE 401. | | |
| **Dkt 53-1, Ex. Q** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 53-1, Ex. R** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 53-1, Ex. S** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Double hearsay. FRE 805<br>Uncertified Public Record. FRE 1005. | Relevance objection sustained when introduced as Exhibit 4 at March 11, 2013 OSC Hearing. Dkt 108-5. | |
| **Dkt 53-1, Ex. T** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Double hearsay. FRE 805<br>Lacks authentication. FRE 901<br>Uncertified Public Record. FRE 1005. | Relevance objection sustained when introduced as Exhibit 5 at March 11, 2013 OSC Hearing. Dkt 108-5. | |
| **Dkt 53-1, Ex. U** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901. | | |
| **Dkt 53-1, Ex. V** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901<br>Uncertified Public Record. FRE 1005. | | |

| | | | | |
|---|---|---|---|---|
| Dkt 53-1, Ex. W | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 53-1, Ex. X | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 53-1, Ex. Y | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 53-1, Ex. Z | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901 | | |
| Dkt 53-1, Ex. AA | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901 | | |
| Dkt 53-1, Ex. BB | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901 | | |
| Dkt 53-1, Ex. CC | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901 | | |
| Dkt 53-1, Ex. DD | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c).<br>Lacks authentication. FRE 901 | | |
| Dkt 59-2, Ex. EE | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 59-2, Ex. FF | Relevance. FRE 401.<br>The documents speak for themselves. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| Dkt 59-2, Ex. GG | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333- ODW(JCx)

| | |
|---|---|
| **Dkt 59-2, Ex. HH** | Relevance. FRE 401. Lacks foundation. FRE 602. Impermissible Non-expert opinion testimony. FRE 701. Hearsay. FRE 801(c). Double hearsay. FRE 805. Lacks authentication. FRE 901[1] |
| **Dkt 59-2, Ex. II** | Relevance. FRE 401. Lacks foundation. FRE 602. Impermissible Non-expert opinion testimony. FRE 701. Hearsay. FRE 801(c). |
| **Dkt 59-2, Ex. JJ** | Relevance. FRE 401. Lacks foundation. FRE 602. Impermissible Non-expert opinion testimony. FRE 701. Hearsay. FRE 801(c). |
| **Dkt 117-2, Ex. KK** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Double hearsay. FRE 805. |
| **Dkt 117-2, Ex. LL** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Lacks authentication. FRE 901. |
| **Dkt 117-2, Ex. MM** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). |
| **Dkt 117-2, Ex. NN** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). |
| **Dkt 117-2, Ex. OO** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Lacks authentication. FRE 901. |
| **Dkt 117-2, Ex. PP** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Lacks authentication. FRE 901. |
| **Dkt 117-2, Ex. QQ** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Lacks authentication. FRE 901. |

---

[1] Steele also joins the objection made at the March 11, 2013 OSC Hearing, to all of the improper testimony of counsel, Morgan Pietz, made in relation to this Exhibit (Exhibit 9 as introduced to the Court).

- 10 -

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333- ODW(JCx)

| | | | |
|---|---|---|---|
| **Exhibit 10** presented at March 11, 2013 OSC Hearing (Declaration of Michael Stone) | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Lacks authentication. FRE 901. | | |
| **Exhibit 11** presented at March 11, 2013 OSC Hearing (Declaration of Mr. Teitelbaum) | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Lacks authentication. FRE 901. | | |
| **Exhibit 12** presented at March 11, 2013 OSC Hearing (Affidavit of Steele) | Relevance. FRE 401. | | |

Dated: April 19, 2013

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Timothy J. Halloran
   Timothy J. Halloran
   Attorneys for
   JOHN STEELE

OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE

Case No.: CV-12-8333-ODW(JCx)