1  Timothy J. Halloran - 104498
   Thomas P. Mazzucco - 139758
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel: (415) 788-1900
4  Fax: (415) 393-8087

5  Specially Appearing for
   JOHN STEELE
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | INGENUITY 13 LLC, | Case No.: CV-12-8333- ODW(JCx) |
|---|---|---|
| 12 | Plaintiff, | **SUPPLEMENTAL OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE** |
| 13 | v. | |
| 14 | JOHN DOE, | |
| 15 | Defendants. | Judge: Hon. Otis D. Wright, II |
| 16 | | Courtroom: 11 |
| | | Date: April 2, 2013 |
| | | Time: 10:00 A.M. |
| 17 | | Complaint Filed: September 27, 2012 |
| 18 | | Trial Date: None |

19     John Steele ("Steele"), specially appearing, hereby objects to the following
20  purported evidence submitted by putative John Doe:

| Evidence/Exhibit | Objection | Sustained | Overruled |
|---|---|---|---|
| **Dkt 69 (Pietz Declaration)** | Relevance. FRE 401. The document speaks for itself. FRE 403. Lacks foundation. FRE 602. Hearsay. FRE 801(c). | | |
| **Dkt 69-1 (Deposition Transcript)** | Relevance. FRE 401. Lacks foundation. FRE 602. Hearsay. FRE 801(c). Double Hearsay. FRE 805. Lacks authentication. FRE 901. Unverified Transcript. | | |

- 1 -

| | | | |
|---|---|---|---|
| **Dkt 69-2 (Deposition Exhibits)** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901.<br>Hearsay. FRE 801(c).<br>Double Hearsay. FRE 805.<br>Uncertified Public Record. FRE 1005. | | |
| **Dkt 76 (Pietz Declaration)** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 76-1 Ex. A (StarTribune Article)** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901.<br>Hearsay. FRE 801(c). | | |
| **Dkt 79-1 (Voicemail Messages)** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901 | | |
| **Dkt 80 (Pietz Declaration)** | Relevance. FRE 401.<br>The document speaks for itself. FRE 403.<br>Lacks foundation. FRE 602.<br>Hearsay. FRE 801(c). | | |
| **Dkt 80-1 (Sanctions Orders)** | Relevance. FRE 401.<br>Lacks foundation. FRE 602.<br>Lacks authentication. FRE 901<br>Hearsay. FRE 801(c). | | |

Dated: April 19, 2013

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Timothy J. Halloran
    Timothy J. Halloran
    Attorneys for
    JOHN STEELE

SUPPLEMENTAL OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY PUTATIVE JOHN DOE     Case No.: CV-12-8333- ODW(JCx)