CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On April 19, 2013, I served the following document(s) on the parties in the within action with the Court's ECF system, which in turn, served a true and accurate copy on the following listed counsel as follows:

SUPPLEMENTAL OBJECTIONS TO PROFFERED EVIDENCE SUBMITTED BY

PUTATIVE JOHN DOE

| | |
|---|---|
| Brett L. Gibbs<br>Prenda Law Inc.<br>205 Camino Alto Ave, Suite 150<br>Mill Valley, CA 94941 | Attorney For Plaintiff<br>INGENUITY 13, LLC |
| Morgan Pietz<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266 | Attorney For Defendant<br>JOHN DOE |
| Nicholas R. Ranallo<br>Nicholas R. Ranallo Law Offices<br>371 Dogwood Way<br>Boulder Creek, CA 95006 | Attorney For Defendant<br>JOHN DOE |
| Heather L. Rosing<br>Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, CA 92101 | Attorney For Movant<br>PRENDA LAW, INC. |
| Andrew J. Waxler<br>Waxler, Carner, Weintraub & Brodsky<br>1960 East Grand Avenue, Suite 1210<br>El Segundo, CA 90245 | Attorney For<br>BRETT L. GIBBS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 19, 2013.

By _____
Tanya L. Hill

- 1 -