PHILLIP A. BAKER, BAR ID #169571
pbaker@bknlawyers.com
DANIEL P. LEONARD, BAR ID #194268
dleonard@bknlawyers.com.
DERRICK S. LOWE, BAR ID #267998
dlowe@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile:  (213) 241-0990

Specially Appearing for
PAUL HANSMEIER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, | Case No.: 2:12-CV-8333-ODW (JCx) |
|---|---|
| Plaintiff, | Judge:    Hon. Otis D. Wright, II<br>Magistrate Judge:<br>        Hon. Jacqueline Choooljian<br>Courtroom:       11<br>Complaint Filed:   09-27-2012<br>Trial Date:       None Set |
| vs. | |
| JOHN DOE, | |
| Defendant. | **SPECIALLY APPEARING, PAUL HANSMEIER'S, JOINDER TO PAUL DUFFY, ANGELA VAN DEN HEMEL, AND PRENDA LAW, INC.'S OBJECTIONS TO EVIDENCE** |

COMES NOW, Specially Appearing ,Paul Hansmeier ("Hansmeier"), who hereby joins Paul Duffy, Angela Van Den Hemel and Prenda Law, Inc's Objections to Evidence filed in the above-captioned matter.

DATED:  April 23, 2013          BAKER, KEENER & NAHRA, LLP

                        By   /s/ Daniel P. Leonard
                             PHILLIP A. BAKER
                             DANIEL P. LEONARD
                             DERRICK S. LOWE
                             Specially Appearing for
                             PAUL HANSMEIER

- 1 -