ANDREW J. WAXLER, SBN 113682
BARRY Z. BRODSKY, SBN 93565
WON M. PARK, SBN 194333
WAXLER♦CARNER♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone:  (310) 416-1300
Facsimile:  (310) 416-1310
e-mail:     awaxler@wcb-law.com
e-mail:     bbrodsky@wcb-law.com
e-mail:     wpark@wcb-law.com

Specially Appearing for Respondent
BRETT L. GIBBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No.  2:12-CV-8333-ODW (JCx)<br>[Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>[Assigned to Judge Otis D. Wright, II ]<br><br>**RESPONDENT BRETT L. GIBBS' JOINDER TO PAUL DUFFY, ANGELA VAN DEN HEMEL AND PRENDA LAW  INC.'S OBJECTIONS TO EVIDENCE**<br><br>[Complaint Filed: September 27, 2012]<br><br>Trial date: None set |

COMES NOW, Respondent Brett L. Gibbs, who hereby joins Paul Duffy, Angela Van Den Hemel and Prenda Law, Inc.'s Objections to Evidence filed in the above captioned matter.

Dated: April 23, 2013　　　　WAXLER♦CARNER♦BRODSKY LLP

　　　　　　　　　　　　　　　By: _/s/ Won M. Park_____
　　　　　　　　　　　　　　　　　ANDREW J. WAXLER
　　　　　　　　　　　　　　　　　WON M. PARK
　　　　　　　　　　　　　　　　　Specially Appearing for Respondent
　　　　　　　　　　　　　　　　　BRETT L. GIBBS

1