Paul Hansmeier
Alpha Law Firm LLC
80 S. 8th St. Suite 900
Minneapolis, MN 55402
prhansmeier@thefirm.mn
(612)234-5744

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ingenuity 13, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:12-CV-8333 ODW (JCx) |
| John Doe | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Paul Hansmeier     ☐ Plaintiff  ☐ Defendant  ☑ Other _____
_Name of Party_

hereby requests that the Court approve the substitution of  Paul Hansmeier
                                                            _New Attorney_

as attorney of record instead of  Phillip A. Baker
                                  _Present Attorney_

Dated  May 14, 2013

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  May 14, 2013

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

_Signature of New Attorney_

_State Bar Number_

If party requesting to appear Pro Se:

Dated  5/14/13

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY