Name and address:
Paul Hansmeier
Alpha Law Group, LLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
prhansmeier@thefirm.mn
(612) 234-5744

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| INGUENITY 13, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:12-CV-8333 ODW (JCx) |
| v. | |
| JOHN DOE | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Paul Hansmeier    ☐ Plaintiff    ☐ Defendant    ☑ Other
*Name of Party*

to substitute  Paul Hansmeier  who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☑ Pro Se

80 S. 8th Street, Suite 900
*Street Address*

Minneapolis, MN 55402          prhansmeier@thefirm.mn
*City, State, Zip*             *E-Mail Address*

(612) 234-5744
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of  Phillip A. Baker
                                  *Present Attorney*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.