Name and address

Heather L. Rosing, Bar No. 183986
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, CA 92101
(619) 239-8131/FAX (619) 238-8707
Specially Appearing for Paul Duffy; Angela Van Den Hemel and Prenda Law, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ingenuity 13 LLC,

Plaintiff(s)

v.

John Doe,

Defendant(s).

CASE NUMBER
2:12-cv-8333-ODW(JCx)
Related cases: 2:12-cv-05709-ODW-(JCx)
2:12-cv-08322-ODW-(JCx)

REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

Angela Van Den Hemel  ☐ Plaintiff ☐ Defendant ☒ Other Specially Appearing Party
*Name of Party*

hereby requests that the Court approve the substitution of Angela Van Den Hemel, Pro Se
*New Attorney*

as attorney of record instead of Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard of KLINEDINST PC
*Present Attorney*

Dated May 14, 2013

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated May 15, 2013

*Signature of Present Attorney*
Heather L. Rosing, David M. Majchrzak, and
Philip W. Vineyard of KLINEDINST PC

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.
Dated

*Signature of New Attorney*

*State Bar Number*

---

If party requesting to appear Pro Se:
Dated May 14, 2013

*Signature of Requesting Party*
Angela Van Den Hemel, Pro Se

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

---

G-01 (07/12)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY   American LegalNet, Inc.
www.FormsWorkFlow.com