Name and address:
Paul Hansmeier
Alpha Law Group, LLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
prhansmeier@thefirm.mn
(612) 234-5744

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGUENITY 13, LLC<br><br>Plaintiff(s)<br>v.<br>JOHN DOE<br><br>Defendant(s). | CASE NUMBER<br><br>2:12-CV-8333 ODW (JCx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Paul Hansmeier          ☐ Plaintiff  ☐ Defendant  ☒ Other
*Name of Party*

to substitute  Paul Hansmeier                                             who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

80 S. 8th Street, Suite 900
*Street Address*

Minneapolis, MN 55402                    prhansmeier@thefirm.mn
*City, State, Zip*                         *E-Mail Address*

(612) 234-5744
*Telephone Number*       *Fax Number*       *State Bar Number*

as attorney of record instead of  Phillip A. Baker
                                  *Present Attorney*

**is hereby**  ☒ **GRANTED**    ☐ **DENIED**

Dated  May 14, 2013

*[signature]*

U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.