Name and address

Heather L. Rosing, Bar No. 183986
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, CA 92101
(619) 239-8131/FAX (619) 238-8707
Specially Appearing for Paul Duffy; Angela Van Den Hemel and Prenda Law, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ingenuity 13 LLC, Plaintiff(s) v. John Doe, Defendant(s). | CASE NUMBER 2:12-cv-8333-ODW(JCx) Related cases: 2:12-cv-05709-ODW-(JCx) 2:12-cv-08322-ODW-(JCx) |
|---|---|
| | (Final) REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Paul Duffy   ☐ Plaintiff ☐ Defendant ☒ Other  Specially Appearing Party
*Name of Party*

hereby requests that the Court approve the substitution of Paul Duffy, Pro Se
                                                              *New Attorney*

as attorney of record instead of   Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard of KLINEDINST PC

Dated 5/14/13

*Present Attorney*
*Signature of Party/Authorized Representative of Party*
Paul Duffy

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated May 15, 2013

*Signature of Present Attorney*
on behalf of Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard of KLINEDINST PC

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*

*State Bar Number*

If party requesting to appear Pro Se:

Dated May 14, 2013

*Signature of Requesting Party*
Paul Duffy, Pro Se

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* **(G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (07/12)   (Final) REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY


American LegalNet, Inc.
www.FormsWorkFlow.com