Name and address
Brett L. Gibbs, Esq., SBN 251000
28 Alamont Avenue
Mill Valley, CA 94941

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ingenuity 13, LLC <br><br> Plaintiff(s) <br><br> v. <br><br> John Doe <br><br> Defendant(s). | CASE NUMBER <br><br> 2:12-CV-8333 ODW (JCx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Brett Gibbs          ☐ Plaintiff   ☐ Defendant   ☑ Other
_Name of Party_

hereby requests that the Court approve the substitution of  Brett Gibbs
                                                            _New Attorney_
as attorney of record instead of  Andrew J. Waxler, Barry Z. Brodsky, Won M. Park of Waxler Carner Brodsky, LLP
                                  _Present Attorney_

Dated  May 15, 2013

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  May 15, 2013

_Signature of Present Attorney_
Andrew J. Waxler, Barry Z. Brodsky, Won M. Park of Waxler Carner Brodsky, LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

_Signature of New Attorney_

_State Bar Number_

If party requesting to appear Pro Se:

Dated  May 15, 2013

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY