Name and address:
Heather L. Rosing, Bar No. 183986
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, CA 92101
(619) 239-8131/FAXv (619) 238-8707
Specially Appearing for Paul Duffy; Angela Van Den Hemel and Prenda Law, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ingunity 13 LLC,

Plaintiff(s)

v.

John Doe,

Defendant(s).

CASE NUMBER
2:12-cv-8333-ODW(JCx)

(AMENDED) ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

Paul Duffy                                    ☐ Plaintiff   ☐ Defendant   ☒ Other   Specially Appearing Party
*Name of Party*

to substitute  Paul Duffy                                                              who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

2 N. La Salle St., 13th Floor
*Street Address*

Chicago, IL 60602                                     paduffy@wefightpiracy.com
*City, State, Zip*                                    *E-Mail Address*

312-952-6136                    312-346-8434
*Telephone Number*              *Fax Number*                   *State Bar Number*

as attorney of record instead of   Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard of
KLINEDINST PC
*Present Attorney*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

Dated  May 15, 2013

U. S. District Judge/~~XXX Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G–01 ORDER (07/12)      (AMENDED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY


American LegalNet, Inc.
www.FormsWorkFlow.com