Name and address:
Brett L. Gibbs, Esq., SBN 251000
28 Altamont Avenue
Mill Valley, CA 94941

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ingenuity 13, LLC<br><br>　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br>John Doe<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:12-cv-8333 ODW (JCx)   [136]<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Brett Gibbs          ☐ Plaintiff  ☐ Defendant  ☒ Other _____
_Name of Party_

to substitute  Brett Gibbs _____  who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

28 Altamont Avenue
_Street Address_

Mill Valley, CA 94941                                brett.gibbs@gmail.com
_City, State, Zip_                                    _E-Mail Address_

                                                    251000
_Telephone Number_        _Fax Number_              _State Bar Number_

Andrew J. Waxler, Barry Z. Brodsky, Won M. Park of
as attorney of record instead of  Waxler Carner Brodsky, LLP
                                    _Present Attorney_

is hereby    ☒ GRANTED    ☐ DENIED

                                          /s/ Otis D. Wright
Dated  May 15, 2013                       _____
                                          U. S. District Judge/~~US Magistrate Judge~~

NOTICE TO COUNSEL: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.