Name and address:
Heather L. Rosing, Bar No. 183986
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, CA 92101
(619) 239-8131/FAXv (619) 238-8707
Specially Appearing for Paul Duffy; Angela Van Den Hemel and Prenda Law, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ingunity 13 LLC,

Plaintiff(s)

v.

John Doe,

Defendant(s).

CASE NUMBER
2:12-cv-8333-ODW(JCx)  [133]
Related cases: 2:12-cv-05709-ODW-(JCx)
2:12-cv-08322-ODW-(JCx)

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

Angela Van Den Hemel   ☐ Plaintiff  ☐ Defendant  ☒ Other  Specially Appearing Party
*Name of Party*

to substitute Angela Van Den Hemel _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

Prenda Law, Inc.  161 N. Clark St. Ste. 3200
*Street Address*

Chicago, IL 60601
*City, State, Zip*                                             *E-Mail Address*

312-344-3207
*Telephone Number*                *Fax Number*                *State Bar Number*

as attorney of record instead of  Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard of KLINEDINST PC
*Present Attorney*

is hereby   ☒ GRANTED   ☐ DENIED

Dated  May 15, 2013 _____
U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (07/12)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

