```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA071040
Cashier ID: prcash
Transaction Date: 05/15/2013
Payer Name: JANNEY AND JANNEY ATTY SVCS
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JANNEY AND JANNEY ATTY SVCS
 Case/Party: D-CAC-2-12-CV-008333-001
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 4372
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```