John Steele
111 Lincoln Road, Suite 400
Miami Beach, FL 33139

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ingenuity 13, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:12-CV-8333 ODW (JCx) |
| v. | Related cases: 2:12-cv-05709-ODW-(JCx) |
| John Doe | 2:12-cv-08322-ODW-(JCx) |
| Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

John Steele  ☐ Plaintiff  ☐ Defendant  ☑ Other
*Name of Party*

hereby requests that the Court approve the substitution of John Steele
                                                          *New Attorney*
as attorney of record instead of Timothy Halloran
                                 *Present Attorney*

Dated 5/14/13

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 5/14/13

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*

*State Bar Number*

---

If party requesting to appear Pro Se:

Dated 5/14/13

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

John Steele
111 Lincoln Road, Suite 400
Miami Beach, FL 33139

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ingenuity 13, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:12-CV-8333 ODW (JCx) |
| v. | |
| John Doe | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

John Steele ☐ Plaintiff ☐ Defendant ☒ Other _____
*Name of Party*

hereby requests that the Court approve the substitution of John Steele
                                                          *New Attorney*
as attorney of record instead of Thomas Mazzucco
                                 *Present Attorney*

Dated 5/16/13

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 5/16/13

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*

*State Bar Number*

If party requesting to appear Pro Se:

Dated 5/16/13

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER)* ALONG WITH THIS REQUEST.

G-01 (07/12)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY