Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Attorneys Specially Appearing for
PRENDA LAW, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No.   2:12-cv-8333-ODW(JCx)<br>Related cases: 2:12-cv-05709-ODW-(JCx)<br>                2:12-cv-08322-ODW-(JCx)<br><br>**STIPULATION TO PERMIT THE ATTORNEYS OF KLINEDINST P.C. TO WITHDRAW AS COUNSEL OF RECORD FOR PRENDA LAW, INC.**<br><br>Judge:              Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br>Complaint Filed:   September 27, 2012<br>Trial Date:        None set |

Please take Notice that Prenda Law, Inc. and its counsel of record hereby agree and stipulate to the following:

Whereas, Klinedinst P.C., by and through its attorneys Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard (collectively, "Klinedinst"), have made special appearances for and on behalf of Prenda Law, Inc. in the order to show cause proceedings instituted by this court in the above-captioned matter;

Whereas Klinedinst's representation of Prenda Law, Inc. was limited to the order to show cause proceedings only;

1     Whereas this court filed on May 6, 2013, and through the ECF system an
2 Order Issuing Sanctions in the order to show cause proceedings;
3     Whereas Klinedinst and Prenda Law, Inc. believe that the court's Order
4 Issuing Sanctions has concluded the order to show cause proceedings;
5     Whereas Prenda Law, Inc. is a corporation that cannot appear pro se before
6 this or any other federal district court in the Central District of California;
7     Whereas Klinedinst has requested to withdraw as counsel of record for
8 Prenda Law, Inc. in this matter; and
9     Whereas Prenda Law, Inc. understands and accepts that upon Klinedinst's
10 withdrawal, Prenda Law, Inc. must retain counsel to appear for any subsequent
11 hearings before this court in the above-captioned matter;
12     Klinedinst and Prenda Law, Inc. hereby agree and stipulate that Klinedinst
13 will withdraw as Prenda Law, Inc.'s counsel of record in the above-captioned
14 matter on May 17, 2013, or on a date established by order of this court.
15     IT IS SO STIPULATED.

KLINEDINST PC

DATED: May 17, 2013     By: _____
Heather L. Rosing
David M. Majchrzak
Philip W. Vineyard
Attorneys Specially Appearing for
Prenda Law, Inc.

PRENDA LAW, INC.

DATED: May 15, 2013     By: _____
By Paul Duffy
On behalf of Prenda Law, Inc.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101