John Steele
111 Lincoln Road, Suite 400
Miami Beach, FL  33139

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ingenuity 13, LLC,<br><br>                              Plaintiff(s)<br>           v.<br><br>John Doe,<br><br>                              Defendant(s). | CASE NUMBER: 2:12-CV-8333 ODW(JCx)<br><br>Related cases: 2:12-cv-05709-ODW-(JCx)<br>                       2:12-cv-08322-ODW-(JCx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

    John Steele    __ Plaintiff  ___ Defendant  x Other _____
*Name of Party*

to substitute     John Steele     who is

__ Retained Counsel  __ Counsel appointed by the Court (Criminal cases only)  x  Pro Se

111 Lincoln Road, Suite 400
*Street Address*

Miami Beach, FL  33139

*City, State, Zip*      *E-Mail Address*

*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of    Thomas Mazzucco and Timothy Halloran of Murphy, Pearson, Bradley & Feeney
*Present Attorney*

**is hereby**    **x  GRANTED**

Dated  May 17, 2013

*[signature]*

U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.