UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>        Plaintiff,<br>   v.<br>JOHN DOE,<br><br>        Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx)<br><br>**ORDER DENYING REQUEST TO WITHDRAW [144]** |

    Klinedinst P.C. and its attorneys seek to withdraw as counsel of record for Prenda Law, Inc. (ECF No. 144.) Local Rule 83-2.9.2.1 requires an attorney to obtain leave from the court to withdraw as counsel. California's Rules of Professional Conduct generally govern an attorney's conduct before this Court, including circumstances permitting withdrawal. *See* L.R. 83-3.1.2.

    A district court has discretion to permit or deny an attorney's withdrawal. *Huntington Learning Ctrs., Inc. v. Educ. Gateway, Inc.*, No. 2:09-cv-3200 PSG(VBKx), 2009 WL 2337863, at *1 (C.D. Cal. July 28, 2009). Courts consider four factors for withdrawal requests: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id.*

/ / /

Klinedinst states no reasons for its withdrawal, other than that Prenda Law has consented to it. Klinedinst correctly notes that Prenda Law is a corporation and cannot represent itself pro se in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). But because no attorney has yet to substitute in for Prenda Law, the Court rejects Klinedinst's Request to Withdraw.

Thus, Klinedinst's Request is hereby **DENIED**. The Court will allow Klinedinst to withdraw when Prenda Law has acquired substitute counsel. At that time, Prenda Law must file a request for approval of substitution of attorney.

**IT IS SO ORDERED.**

May 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**