Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Nicholas Ranallo (SBN 275016)
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case Number: 2:12-cv-08333-ODW-JC <br><br> Case Assigned to: <br> District Judge Otis D Wright, II <br><br> Discovery Referred to: <br> Magistrate Judge Jacqueline Chooljian <br><br> Case Consolidated with Case Nos.: <br> 2:12-cv-6636; 2:12-cv-6669; <br> 2:12-cv-6662; 2:12-cv-6668 <br><br> **STATUS REPORT IN RESPONSE TO COURT'S ORDER REQUESTING CASE INFORMATION** |

**REPORT**

This report is made in response to the Court's May 6, 2013, order wherein the Court stated, "For the sake of completeness, the Court requests Pietz to assist by filing a report, within 14 days, containing contact information for: (1) every bar (state and federal) where these attorneys are admitted to practice; and (2) every judge before whom these attorneys have pending cases." ECF No. 130 at 11.

Attached hereto as <u>Exhibit 1</u> is a list of pending cases for the Principals, complete with Judge contact information to the extent it was available. This list also includes some Prenda cases being conducted by local counsel (i.e., cases where the Principals are not actually on the pleadings). The information on state court cases was much more difficult to put together, and undersigned counsel is not confident that the state court portion of the attached is complete, although I do believe the federal portion is reasonably complete and accurate. Prenda appears to be focusing most, if not all, of its recent efforts to obtain ISP information in the circuit courts of St. Clair County, Illinois.

Attached hereto as <u>Exhibit 2</u> is a list of the state bar associations or other licensing authorities that handle discipline at the state level, for each estate where the Principals are licensed to practice law. This was prepared by having my office staff check the attorney lookup feature with the relevant authority in all fifty states.

Attached hereto as <u>Exhibit 3</u> is a list of all federal district courts where the Principals have appeared as counsel of record. In each district, the Principals would either be admitted to the bar of the court, or approved for admission *pro hac vice*.

Respectfully submitted,

DATED: May 17, 2013                    THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz
Attorney for Putative John Doe