# EXHIBIT 1

**Active Cases for John Steele, Paul Hansmeier, Paul Duffy and Brett Gibbs as of May 13, 2013**

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| | **FEDERAL COPYRIGHT TROLL CASES - (Steele, Hansmeier, Duffy, Gibbs Have Appeared as Attorneys)** | | | | | | |
| 1 | AF Holdings, LLC v. Doe | cand | 3:2012-cv-02396 | Hon. Edward M. Chen<br>San Francisco Courthouse<br>Courtroom 5 - 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Chambers: (415) 522-2034 | Brett Gibbs<br>Paul Duffy | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?254869 | Prenda has been ordered to produce the original signed concurrence of "Salt Marsh" (the name given for the person who owns AF Holdings). As of May 13, 2013, Prenda's lawyers are currently attempting to explain why it seems that nobody can produce such a document (see ECF Nos. 79 and 80). |
| 2 | AF Holdings, LLC v. Doe | casdce | 3:2012-cv-01519 | Hon. Barry Ted Moskowitz<br>Edward J. Schwartz U.S. Courthouse<br>221 West Broadway<br>San Diego, CA 92101<br>Phone: (619) 557-5600 | Brett Gibbs | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?387721 | |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 3 | AF Holdings, LLC v. Does 1 - 1058 | D.C. Cir. | 12-7135 | N/A - panel not yet assigned | Paul Duffy | https://ecf.cadc.uscourts.gov/cmecf/servlet/TransportRoom?servlet=CaseSummary.jsp&caseNum=12-7135&incOriqDkt=Y&incDktEntries=Y | Appelate briefing Schedule Suspended *Sua Sponte* 5/9/13 |
| 4 | AF Holdings, LLC v. Does 1-1058 | dcdce | 1:2012-cv-00048 | Hon. Beryl A. Howell U.S. District Court 333 Constitution Ave NW Washington, DC 20001 Chambers: (202) 354-3450 | John Steele Paul Duffy | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?152214 | Pending interlocutory appeal to the D.C. Circuit |
| 5 | AF Holdings, LLC v. Magsumbol | candce | 3:2012-cv-04221 | Hon. Samuel Conti San Francisco Courthouse Courtroom 1 - 17th Floor 450 Golden Gate Avenue San Francisco, CA 94102 415-522-2047 | Brett Gibbs | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?258044 | |
| 6 | AF Holdings, LLC v. Trinh | candce | 3:2012-cv-02393 | Hon. Charles R. Breyer San Francisco Courthouse, Courtroom 6 - 17th Floor 450 Golden Gate Avenue, San Francisco, CA 94102 415-522-2062 | Paul Duffy | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?254879 | (closed but fee motion remains) |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 7 | AF Holdings, LLC v. Unknown | caedce | 2:2012-cv-01662 | Hon. John A. Mendez<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Courtroom 6, 14th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 930-4091 | Brett Gibbs | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?240664 | |
| 8 | Boy Racer, Inc. v. Williamson | caedce | 2:2011-cv-03072 | Hon. Morrison C. England, Jr.<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Courtroom 7, 14th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 930-4207 | Brett Gibbs | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?231985 | |
| 9 | Duffy v. Godfread et al | ilndce | 1:2013-cv-01569 | Hon. John W. Darrah<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Courtroom 1203 | Chambers 1288<br>Telephone: (312) 435-5619 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?280638 | |
| 10 | GUAVA, LLC v. DOE | ilndce | 1:2013-cv-00952 | Hon. Harry D. Leinenweber<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Courtroom 1941 | Chambers 1946<br>Telephone: (312) 435-7612 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?279764 | |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 11 | Guava, LLC v. Does 1-5 | ilndce | 1:2012-cv-08000 | Hon.  John W. Darrah Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 Courtroom 1203 \| Chambers 1288 Telephone: (312) 435-5619 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?275041 | |
| 12 | Ingenuity 13, LLC | caedce | 2:2011-mc-00084 | Hon.  John A. Mendez Robert T. Matsui United States Courthouse 501 I Street Courtroom 6, 14th Floor Sacramento, CA  95814 Telephone: (916) 930-4091 | Brett Gibbs | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?231023 | |
| 13 | Ingenuity 13, LLC v. John Doe | ilndce | 1:2012-cv-06131 | Hon. Joan H. Lefkow Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 Courtroom 1925 \| Chambers 1956 Telephone: (312) 435-5832 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/DktRpt.pl?484057301722545-L_1_0-1 | |
| 14 | MILLENNIUM TGA, INC. v. COMCAST CABLE COMMUNICATIONS LLC | dcdce | 1:2012-mc-00150 | Hon. Robert L. Wilkins U.S. District Court 333 Constitution Ave NW Washington, DC 20001 Chambers: (202) 354-3480 | John Steele Paul Duffy | https://ecf.dcd.uscourts.gov/cgi-bin/iqquerymenu.pl?153133 | |
| 15 | Millennium TGA, Inc. v. Doe | caedce | 2:2011-cv-03080 | Hon. Morrison C. England, Jr. Robert T. Matsui United States Courthouse 501 I Street Courtroom 7, 14th Floor Sacramento, CA 95814 Telephone: (916) 930-4207 | Brett Gibbs | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?232002 | |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 16 | Pacific Century Int'l LTD v. Strink et al | ilndce | 1:2013-cv-00946 | Hon. Harry D. Leinenweber Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 Courtroom 1941 \| Chambers 1946 Telephone: (312) 435-7612 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?279757 | |
| 17 | Prenda Law, Inc. v. Godfread et al | ilsdce | 3:2013-cv-00207 | Hon. David R. Herndon 750 Old Missouri Avenue East St. Louis, IL 62201 Chambers Phone (618) 482-9077 Chambers Fax (618) 482-9195 | Paul Duffy | https://ecf.ilsd.uscourts.gov/cgi-bin/iqquerymenu.pl?61133 | |
| 18 | Sunlust Pictures, LLC v. Nguyen | flmdce | 8:2012-cv-01685 | Hon. Mary S. Scriven Sam M. Gibbons U.S. Courthouse 801 North Florida Avenue Tampa, FL 33602 Chambers 758, (813) 301-5400 Courtroom 10B, (813) 301-5710 | Brett Gibbs | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?274150 | |
| 19 | First Time Videos v. Oppold | flmdce | 6:2012-CV-01493 | Hon. Karla R. Spaulding (Magistrate) 401 W Central Blvd, Orlando, FL 32081 Phone 407-835-4320 Hon. Charlene E. Honeywell Phone 407-835-3840 (fax) 407-835-3849 | Brett Gibbs | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?276288 | Motion for atty fees pending |

**FEDERAL COPYRIGHT TROLL CASES -  (Prenda Cases Where Prinicipals Have Not Appeared as Counsel of Record)**

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 20 | AF Holdings, LLC v. Chowdhury | madce | 1:2012-cv-12105 | Hon. Joseph L. Tauro<br>1 Courthouse Way<br>Courtroom 22, 7th Floor<br>Boston, Massachusetts 02210<br>(617) 748-9152 | (Daniel G. Ruggiero) | https://ecf.mad.uscourts.gov/cgi-bin/iqquery menu.pl?147719 | |
| 21 | AF Holdings, LLC v. Harris | azdce | 2:2012-cv-02144 | Hon. G. Murray Snow<br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>Suite 622<br>401 W. Washington Street, SPC80<br>Phoenix, AZ 85003<br>(602) 322-7650 | (Steven J. Goodhue) | https://ecf.azd.uscourts.gov/cgi-bin/DktRpt.pl?21029540 9398241-L_1_0-1 | |
| 22 | AF Holdings, LLC v. Keehn | miedce | 2:2012-cv-14451 | Hon. Julian Abele Cook<br>United States District Court for the Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 718<br>Detroit, MI 48226<br>Courtroom: Room 716<br>Chambers Telephone Number: (313) 234-5100<br>Case Manager - KaMyra Doaks: (313) 234-5103 | (Jonathan W. Tappan) | https://ecf.mied.uscourts.gov/cgi-bin/iqquery menu.pl?274211 | |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 23 | AF Holdings, LLC v. Olivas | ctdce | 3:2012-cv-01401 | Hon. Janet Bond Arterton  Richard C. Lee United States Courthouse 141 Church Street New Haven, CT 06510 Location:  Courtroom 2 Chambers Telephone  203-773-2456 Clerk's Office Telephone  203-773-2140 Clerk's Office Fax  203-773-2334 | (Daniel G. Ruggiero) | https://ecf.ctd.uscourts.gov/cgi-bin/iqquerymenu.pl?98605 | |
| 24 | AF Holdings, LLC v. Patel | gandce | 2:2012-cv-00262 | Hon. William C. O'Kelley 1942 Richard B. Russell Federal Building and United States Courthouse 75 Spring Street, SW Atlanta, GA 30303-3309 Gainesville Chambers: 303 Chambers Phone: (678) 450-2730 | (Jacques Nazaire) | https://ecf.gand.uscourts.gov/cgi-bin/iqquerymenu.pl?188990 | Case has been dismissed, but John Doe defendant has filed a motion for sanctions against Paul Hansmeier, John Steele, Paul Duffy and Brett Gibbs.  The attorney on the pleadings is local counsel Jacques Nazaire. |
| 25 | Guava, LLC v. Ly | paedce | 2:2012-cv-06724 | Hon. Norma L. Shapiro James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106-1797 | (Daniel G. Ruggiero) | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?470703 | |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| **OTHER FEDERAL CASES - Principals are Counsel of Record** | | | | | | | |
| 26 | C.I.T.C., U.S.A. v. Gray Lion Logistics, LLC | ilndce | 1:2012-cv-07283 | Hon. Ruben Castillo Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 Courtroom 2141 \| Chambers 2146 Telephone: (312) 435-5878 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?273998 | |
| 27 | Clean Harbors Services Inc v. Illinois International Port District | ilndce | 1:2012-cv-07837 | Hon. Thomas M. Durkin Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 Courtroom 1725 \| Chambers 1764 Telephone: (312) 435-5840 | Paul Duffy | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?274845 | |
| 28 | Cooper v. Steele, et al. | Minn. Dis | No. 27-CV-13-3463 | | Paul Hansmeier | | Paul Hansmeier represents Prenda Law |
| 29 | In re: Paul Hansmeier | 9th Cir. | 13-80114 | N/A - panel not yet assigned | Paul Hansmeier | http://ecf.ca9.uscourts.gov/cmecf/servlet/TransportRoom?servlet=CaseSummary.jsp?caseNum=13-80114&dktType=dktPublic&incOrigDkt=Y&incDktEntries=Y | Attorney disciplinary proceeding initiated, with reference to pending application for admission to bar of Ninth Circuit by Paul Hansmeier |

|  | *Case Name* | *Court* | *Case Number* | *Judge* | *Attorneys for Plaintiff* | *Link* | *Note* |
|---|---|---|---|---|---|---|---|
| 30 | MILLENNIUM TGA, INC. v. DOE | dcdce | 1:2012-mc-00357 | Hon. Judge Robert L. Wilkins 333 Constitution Avenue N.W. Washington D.C. 20001 Chambers: (202) 354-3480 | Duffy, Paul A. | https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?720618886338033-L_1_0-1 | |
| 31 | Mooney v. Frito-Lay, Inc. et al. | mndce | 0:2013-cv-00648 | Hon. Donovan W. Frank U.S. District Court 724 Federal Building 316 N. Robert Street St. Paul, MN 55101 Chambers:  (651) 848-1290 Chambers E-mail Address: frank_chambers@mnd.uscourts.gov | Paul Hansmeier | https://ecf.mnd.uscourts.gov/cgi-bin/iqquerymenu.pl?130935 | Filed by Paul Hansmeier for "Class Action Justice Institute, LLC" |
| 32 | OPENMINDED SOLUTIONS, INC. v. DOES | dcdce | 1:2011-cv-01883 | Magistrate Judge John M. Facciola 333 Constitution Avenue N.W. Washington D.C. 20001 Chambers: (202) 354-3130 | Duffy, Paul A | https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?519260434400885-L_1_0-1 | |
| 33 | Padraigin Browne, et al v. Groupon, Inc., et al | 9th Cir. | 13-551118 | N/A - panel not yet assigned | Brett Gibbs, Paul Hansmeier | https://ecf.ca9.uscourts.gov/cmecf/servlet/TransportRoom?servlet=CaseSummary.jsp&caseNum=13-55118&incOrigDkt=Y&incDktEntries=Y | Padraigin Browne (Hansmeier's wife) opening brief due 5/29. Hansmeier admission to 9th circ still on hold. |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 34 | Pecover et al v. Electronic Arts Inc. | candce | 4:2008-cv-02820 | Hon. Claudia Wilken Oakland Courthouse Courtroom 2 – 4th Floor 1301 Clay Street Oakland, CA 94612 Chambers (Nikki Riley) (510) 637-3542 | Brett Gibbs | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?237324 | |
| 35 | Prenda Law Incorporated v. Godfread et al | azdce | 2:2013-mc-00030 | Hon. Susan R. Bolton United States District Court Sandra Day O'Connor U.S. Courthouse, Suite 522 401 West Washington Street, SPC 50 Phoenix, AZ 85003-2153 Phone: (602) 322-7570 | Duffy, Paul A | https://ecf.azd.uscourts.gov/cgi-bin/DktRpt.pl?36423965567827-L_1_0-1 | (closing soon) |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 36 | Shames et al. v. Hansmeier et al. | 9th Cir. | 12-57206 | N/A - panel not yet assigned | Paul Hansmeier Brett Gibbs | https://ecf.ca9.uscourts.gov/cmecf/servlet/TransportRoom?servlet=CaseSummary.jsp&caseNum=12-57026&incOrigDkt=Y&incDktEntries=Y | Paul Hansemeier has appeared on behalf of his father, Gordon Hansmeier (also a lawyer), to appeal the denial of their objections to the proposed class settlement. Gibbs terminated as counsel for Gordon Hansmeier on 4/5/13, per "Notice of Re-Assignment of Counsel Within Same Office," listing "Class Action Justice Institute, LLC" as the law office representing Gordon Hansmeier; case "re-assigned" from Gibbs to Paul Hansmeier.  See ECF No. 38 |
| 37 | Wersal v. LivingSocial, Inc. | mndce | 0:2013-cv-00381 | Hon. Donovan W. Frank U.S. District Court 724 Federal Building 316 N. Robert Street St. Paul, MN 55101 Chambers:  (651) 848-1290 | Paul Hansmeier | https://ecf.mnd.uscourts.gov/cgi-bin/iqquerymenu.pl?130417 | Filed by Paul Hansmeier for "Class Action Justice Institute, LLC" |

|  | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| **STATE COURT CASES (Organized by County)** | | | | | | | |
| 39 | LW Systems v. Christopher Hubbard | Circuit Court of St. Clair County, Illinois | 13-L-0015 | Hon. Andrew J. Gleeson Twentieth Judicial Circuit, Associate Judge 10 Public Square Belleville, Illinois 62220 618-277-7325 618-277-1398 (Fax) | John Steele Paul Duffy | | Prenda has been authorized to subpoena subscriber records for *thousands* of IP addresses, from over 300 ISPs, all pursuant to an "Agreed Order" with the lead defendant, Christopher Hubbard. |
| 40 | Guava, LLC v. Comcast | Circuit Court of St. Clair County, Illinois | 12-MR-0417 | Hon. Andrew J. Gleeson Twentieth Judicial Circuit, Associate Judge 10 Public Square Belleville, Illinois 62220 618-277-7325 618-277-1398 (Fax) | John Steele Paul Duffy | | On appeal to Illinois Court of Appeals |
| 41 | Peg Leg Productions vs. Charter | Circuit Court of St. Clair County, Illinois | 13-MR-0142 | Hon. Robert Haida Twentieth Judicial Circuit, Circuit Court Judge 10 Public Square Belleville, Illinois 62220 618-825-2329 618-277-1398 (Fax) | Paul Duffy (Robert Sprague) | | |
| 42 | AMATA LLC | Circuit Court of Cook County, Illinois | 2012-M1-101630 | Unknown | STEELE LAW LLC | | 1/11/12 |
| 43 | CAPITAL ONE BANK | Circuit Court of Cook County, Illinois | 2013-M1-121896 | Unknown | Paul Duffy | | 4/4/13 |

| | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|---|---|---|---|---|---|---|---|
| 44 | FIRST NORTHERN CU | Circuit Court of Cook County, Illinois | 2012-M1-139020 | Unknown | Paul Duffy | | 6/27/12 |
| 45 | PARKSIDE OLD TOWN | Circuit Court of Cook County, Illinois | 2012-M1-724298 | Unknown | Paul Duffy | | 9/27/12 |
| 46 | RIVER PLACE PARK C | Circuit Court of Cook County, Illinois | 2011-M1-728109 | Unknown | Paul Duffy | | 11/23/2011 |
| 47 | BOY RACER INC vs DOES, JOHN (1 615) | Circuit Court of Maimi-Dade County Florida | 2011-29024-CA-01 <br><br> 13-2011-CA-029024-0000-01 | Hon. Marc Schumacher Circuit Court Judge | Unknown | | |
| 48 | MILLENNIUM TGA INC FOREIGN CORP vs JOHN DOES 1-529 | Circuit Court of Maimi-Dade County Florida | 2011-32619-CA-01 <br><br> 13-2011-CA-032619-0000-01 | Unknown | (Joseph Perea) | | |
| 49 | Cooper v. Steele et al. | Minnesota Fourth District, Hennepin County District Court | 27-cv-13-3463 | Hon. Ann Leslie Alton, 300 South Sixth Street, Minneapolis, MN 55487 | John Steele (D), Paul Hansmeier, Paul Duffy | | Steele answered with counterclaims, Prenda defaulted, then submitted a late answer, default motion pending. Hearing on 5/21/2013 |

|    | Case Name | Court | Case Number | Judge | Attorneys for Plaintiff | Link | Note |
|----|-----------|-------|-------------|-------|------------------------|------|------|
| 50 | Guava, LLC v. Spencer Merkel | Minnesota Fourth District, Hennepin County District Court | 27-cv-12-20976 | Hon. Tanya M. Bransford, 300 South Sixth Street, Minneapolis, MN 55487 | John Steele Paul Hansmeier | | Case voluntarily dismissed. Motion for attorneys fees still pending / under advisement. |
| 51 | Guava, LLC v. John Does 1-40 | Philadelphia County Court of Common Pleas Civil Division December Term, 2012 | No. 03387 | Hon. Pamela P. Dembe Court of Common Pleas of Philadelphia City Hall , Room 386 Philadelphia, PA 19107 Phone: 215  686-8334 Fax: 215  567-7328 | Unknown | | |

# EXHIBIT 2

| Paul A. Duffy | Brett L. Gibbs | Paul R. Hansmeier | John L. Steele |
|---|---|---|---|
| **California**<br>California State Bar<br>1149 S Hill St  Los Angeles, CA 90015<br>800-843-9053 —<br>Attorney Complaint Hotline<br><br>http://www.calbar.ca.gov/Attorneys/LawyerRegulation/FilingaComplaint.aspx<br><br>http://www.calbar.ca.gov/ContactUs.aspx | **California**<br>California State Bar<br>1149 S Hill St  Los Angeles, CA 90015<br>800-843-9053 —<br>Attorney Complaint Hotline<br><br>http://www.calbar.ca.gov/Attorneys/LawyerRegulation/FilingaComplaint.aspx<br><br>http://www.calbar.ca.gov/ContactUs.aspx | **Minnesota**<br>Lawyers Professional Responsibility Board<br>Office of Lawyers Professional Responsibility<br>1500 Landmark Towers<br>345 St. Peter Street<br>St. Paul, MN 55102-1218<br>(651) 296-3952<br>(800) 657-3601<br><br>http://lprb.mncourts.gov/Pages/Default.aspx | **Illinois**<br>ARDC<br>One Prudential Plaza<br>130 East Randolph Drive<br>Suite 1500<br>Chicago, IL 60601-6219<br>(312) 565-2600<br>(800) 826-8625<br>Fax (312) 565-2320<br><br>http://www.iardc.org/howtocontact_orginfo.html |
| **Illinois**<br>ARDC<br>One Prudential Plaza<br>130 East Randolph Drive<br>Suite 1500<br>Chicago, IL 60601-6219<br>(312) 565-2600<br>(800) 826-8625<br>Fax (312) 565-2320<br><br>http://www.iardc.org/howtocontact_orginfo.html<br><br>**Massachusetts**<br>Board of Bar Overseers<br>99 High Street<br>Boston, Massachusetts 02110<br>(617) 728-8700<br><br>http://www.mass.gov/obcbbo/complaint.htm | | | |

# EXHIBIT 3

**Federal District Courts of Where the Principals Have Appeared as Counsel of Record and Therefore Must Be Admitted to the Bar, or Appearing Pro Hac Vice**

**Paul Hansmeier Appearances in Federal Courts as Counsel of Record, Per PACER 5/13/13**
District of Minnesota (e.g., 0:2011-cv-01794)
Southern District of Illinois (see 3:2012-cv-00889)
Southern District of California (see 3:2011-md-02238)


**John Steele Appearances in Federal Courts as Counsel of Record, Per PACER 5/13/13**
District of the District of Columbia (see 1:12-cv-0048)
Northern District of Illinois (e.g., 1:2010-cv-05603)
Central District of Illinois (see 2:2011-cv-2068)
Southern District of Illinois (see 3:2011-cv-00092)


**Paul A. Duffy Appearances in Federal Courts as Counsel of Record, per PACER 5/13/13**
Northern District of Illinois (e.g., 1:2011-cv-02798)
Central District of Illinois (e.g., 1:2012-cv-01053)
Southern District of Illinois (e.g., 3:2012-cv-00860)
Northern District of California (e.g., 3:12-cv-02396)
Eastern District of California (e.g., 2:2012-cv-01064)
Southern District of California (e.g., 3:2012-cv-01519)
District of the District of Columbia (see 1:12-cv-0048)


**Brett L. Gibbs Appearances in Federal Courts as Counsel of Record, Per PACER 5/13/13**

Northern District of California (e.g., 3:2012-cv-02396)
Eastern District of California (e.g., 2:2011-mc-00084)
Central District of California (e.g., 2:2012-cv-08333)
Southern District of California (e.g., 3:2012-cv-01519)