Brett Gibbs
38 Miller Avenue, #263
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, | CASE NO. 2:12-CV-8333-ODW (JCx) |
| Plaintiff, | |
| v. | Judge:              Hon. Otis D. Wright, II |
| | Magistrate Judge:  Hon. Jacqueline Chooljian |
| JOHN DOE, | |
| Defendant. | **NOTICE OF APPEAL** |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Brett Gibbs hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Court's May 6, 2013 Order Issuing Sanctions (ECF No. 130), attached as Exhibit A; and (2) the Court's Order to Show Cause Re Sanctions for Rule 11 and Local Rule 83-3 Violations (ECF No. 48) attached as Exhibit B.

Respectfully submitted,

DATED: May 18, 2013

Brett Gibbs
38 Miller Avenue, #263
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

## REPRESENTATION STATEMENT

The undersigned is proceeding *in propria persona*. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Brett Gibbs submits this Representation Statement. The following list identifies all parties to the underlying action and all persons and entities affected by the orders appealed from, and it identifies their respective counsel (if any) by name, firm, address, telephone number, and e-mail, where appropriate:

Brett Gibbs
38 Miller Avenue, #263
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

Paul R. Hansmeier
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
prhansmeier@thefirm.mn
*In Propria Persona*

Paul Duffy
161 N. Clark St., Suite 3200
Chicago, IL 60601
Email: pduffy@pduffygroup.com;
paulduffy2005@gmail.com
*In Propria Persona*

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Telephone: (708) 689-8131
*In Propria Persona*

| | |
|---|---|
| 1 | Angela Van Den Hemel |
| | 161 N. Clark St., Suite 3200 |
| 2 | Chicago, IL 60601 |
| 3 | *In Propria Persona* |
| 4 | Mark Lutz |
| 5 | Livewire Holdings, LLC |
| | 2100 M St. NW |
| 6 | Suite 170-417 |
| 7 | Washington DC 20037-1233 |
| | Tel: (888)-588-9473 |
| 8 | Fax: (888)-964-9473 |
| 9 | |
| | Peter Hansmeier |
| 10 | Livewire Holdings, LLC |
| 11 | 2100 M St. NW |
| | Suite 170-417 |
| 12 | Washington DC 20037-1233 |
| 13 | Tel: (888)-588-9473 |
| | Fax: (888)-964-9473 |
| 14 | |
| 15 | Steele Hansmeier PLLC |
| | (Location unknown) |
| 16 | |
| 17 | Ingenuity13, LLC |
| | AF Holdings, LLC |
| 18 | 6881 Forensics, LLC |
| 19 | Springates East |
| | Government Road |
| 20 | Charlestown, Nevis |
| 21 | |
| | Morgan Pietz (SBN 260629) |
| 22 | The Pietz Law Firm |
| 23 | 3770 Highland Ave., Ste. 206 |
| | Manhattan Beach, CA 90266 |
| 24 | mpietz@pietzlawfirm.com |
| 25 | Telephone: (310) 424-5557 |
| | Facsimile: (310)546-5301 |
| 26 | *Counsel for Defendant* |
| 27 | |
| 28 | |

1  Nicholas Ranallo
   371 Dogwood Way
2  Boulder Creek, CA 95006
   nick@ranallolawoffice.com
3  Telephone: (831) 703-4011
4  Fax: (831) 533-5703
   *Counsel for Defendant*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 38 Miller Avenue, Mill Valley, CA 94941. The undersigned hereby certifies that on May 18, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system, in compliance with this Court's Local Rules. Further, on May 18, 2013 a true and correct copy of the foregoing document was placed into the U.S. mail, which was delivered to the following addresses, postage paid, the list of which comprise the currently known service list of individuals with known addresses on this matter as required under the Local Rules:

Paul R. Hansmeier
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
prhansmeier@thefirm.mn
*In Propria Persona*

Paul Duffy
Angela Van Den Hemel
Prenda Law, Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Email: pduffy@pduffygroup.com;
paulduffy2005@gmail.com

///

///

1  John Steele
   1111 Lincoln Road, Suite 400
2  Miami Beach, FL 33139
   Telephone: (708) 689-8131
3  *In Propria Persona*
4
5  Mark Lutz
   Peter Hansmeier
6  Livewire Holdings, LLC
   2100 M St. NW, Suite 170-417
7  Washington DC 20037-1233
8  Tel: (888)-588-9473
   Fax: (888)-964-9473
9
10 Ingenuity13, LLC
   AF Holdings, LLC
11 6881 Forensics, LLC
12 Springates East
   Government Road
13 Charlestown, Nevis
14
15 Morgan Pietz (SBN 260629)
   The Pietz Law Firm
16 3770 Highland Ave., Ste. 206
   Manhattan Beach, CA 90266
17 mpietz@pietzlawfirm.com
18 Telephone: (310) 424-5557
   Facsimile: (310)546-5301
19 *Counsel for Defendant*
20
21 Nicholas Ranallo
   371 Dogwood Way
22 Boulder Creek, CA 95006
23 nick@ranallolawoffice.com
   Telephone: (831) 703-4011
24 Fax: (831) 533-5703
25 *Counsel for Defendant*
26
27                                    /s/ Brett
                                      _____
28                                    Brett L. Gibbs