FILED

UNITED STATES COURT OF APPEALS

MAY 20 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

INGENUITY13 LLC,

             Plaintiff,

  and

PAUL HANSMEIER, Esquire,

             Movant - Appellant,

  v.

JOHN DOE,

             Defendant - Appellee.

No. 13-55859

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

5/20/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

Before: O'SCANNLAIN and CALLAHAN, Circuit Judges.

Appellant's emergency motion for a stay of the district court's May 6, 2013

sanctions order is denied without prejudice to renewal, if necessary, upon the filing

and disposition of such request in the district court. *See* Fed. R. App. P. 8(a)(1).

The briefing schedule established previously shall remain in effect.

LSC/MOATT