Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@Klinedinstlaw.com

Attorneys Specially Appearing for
PRENDA LAW, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No.   2:12-cv-8333-ODW(JCx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date<br>Time:<br>Courtroom:<br>Judge:                       Hon. Otis D. Wright, II<br>Magistrate Judge: Hon, Jacqueline Chooljian<br>Complaint Filed:  September 27, 2012<br>Trial Date:             None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On **May 20, 2013**, I caused to be served the following documents:

Prenda Law, Inc.'s Notice of Appeal

Application of Prenda Law, Inc. for Order Staying Proceedings and Enforcement of Order Issuing Sanctions Pending Appeal

|   |   |   |
|---|---|---|
| 1 | ☐ | **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Los Angeles, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).) |
| 5 | ☐ | **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service. |
| 7 | ☐ | **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office. |
| 10 | ☒ | **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office. |
| 13 | ☐ | **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address. |

- ☐ By personally delivering the copies;
- ☐ By leaving the copies at the attorney's office;
  - ☐ With a receptionist, or with a person having charge thereof; or
  - ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;
- ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| Party or Third Party | Counsel of Record / Pro Se |
|---|---|
| Prenda Law, Inc.<br>161 N. Clark St., Suite 3200<br>Chicago, IL 60601<br>800.380.0840 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, CA 92101<br>619.239.8131 |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Paul Duffy<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>312.952.6136 | Pro Se |
| 5<br>6<br>7<br>8<br>9<br>10 | Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612.234.5744<br><br>(Taken from Paul Hansmeier's Notice of Appeal) | Pro Se |
| 11<br>12<br>13<br>14<br>15 | John Steele<br>1111 Lincoln Rd., Suite 400<br>Miami Beach, FL 33139<br>708.689.8131<br><br>(Taken from Brett Gibbs' Notice of Appeal) | Pro Se |
| 16<br>17<br>18<br>19<br>20 | Brett Gibbs<br>38 Miller Ave., #263<br>Mill Valley, CA 94941<br>415.381.3104<br><br>(Taken from Brett Gibbs' Notice of Appeal) | Pro Se |
| 21<br>22<br>23 | Angela Van Den Hemel<br>c/o Prenda Law, Inc.<br>161 N. Clark St., Suite 3200<br>Chicago, IL 60601<br>800.380.0840 | Pro Se |
| 24<br>25<br>26<br>27<br>28 | Mark Lutz and Peter Hansmeier<br>c/o Livewire Holdings, LLC<br>2100 M St., NW<br>Suite 170-417<br>Washington D.C. 20037<br>888.588.9473<br><br>(Taken from Notices of Appeal of Paul | Pro Se |


| | |
|---|---|
| Hansmeier and Brett Gibbs) | |
| Steele Hansmeier PLLC<br>Location unknown – alleged to have been dissolved<br><br>(Taken from Paul Hansmeier's Notice of Appeal) | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br><br>(Taken from Paul Hansmeier's Notice of Appeal) | Pro Se |
| Ingenuity 13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br><br>(Taken from Brett Gibbs' Notice of Appeal) | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br><br>(Taken from Brett Gibbs' Notice of Appeal) | Pro Se |
| Putative John Doe<br>Contact Information unknown | Morgan Pietz, Esq.<br>The Pietz Law Firm<br>3770 Highland Ave., Suite 206<br>Manhattan Beach, CA  90266<br>310.424.5557<br><br>Nicholas Ranallo<br>371 Dogwood Way<br>Boulder Creek, CA  95006<br>831.703.4011 |
| Brett L. Gibbs<br>28 Altamont Ave.<br>Mill Valley, CA  94941 | Brett.gibbs@gmail.com<br>Specially Appearing in Pro Per |

| | |
|---|---|
| Paul Hansmeier, Esq.<br>Alpha Law Firm LLC<br>80 S. 8th St., Suite 900<br>Minneapolis, MN 55402 | 612-234-5744<br>prhansmeier@thefirm.mn<br>Pro Se |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 20, 2013, at Los Angeles, California.


                                            /s/Denise M. Carrillo
                                            Denise M. Carrillo