Paul Hansmeier
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
prhansmeier@thefirm.mn

*In Propria Persona*

2013 MAY 21 AM 10: 23

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>JOHN DOE,<br><br>　　　*Defendant.* | Case No. 2:12-cv-08333-ODW(JCx)<br><br>**JOINDER TO PRENDA LAW, INC'S APPLICATION FOR ORDER STAYING PROCEEDINGS AND ENFORCEMENT OF ORDER ISSUING SANCTIONS PENDING APPEAL**<br><br>Judge:　　Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Complaint:　September 27, 2012<br>Trial Date:　None set |

COMES NOW, Specially Appearing Paul Hansmeier, who hereby joins in the Application for Order Staying Proceedings and Enforcement of Order Issuing Sanctions Pending Appeal submitted by Prenda Law, Inc. (Dkt. No. 157).

DATED: May 21, 2013　　　　　　　　　By: /s/ Paul Hansmeier
　　　　　　　　　　　　　　　　　　　　Paul Hansmeier
　　　　　　　　　　　　　　　　　　　　Alpha Law Firm LLC
　　　　　　　　　　　　　　　　　　　　900 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South 8th Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 234-5744
　　　　　　　　　　　　　　　　　　　　prhansmeier@thefirm.mn
　　　　　　　　　　　　　　　　　　　　*In Propria Persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, Plaintiff, v. JOHN DOE, Defendant. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>CERTIFICATE OF SERVICE |
|---|---|

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 80 S. 8th St. Suite 900, Minneapolis, MN 55402. I have caused service of:

**PAUL HANSMEIER'S JOINDER TO APPLICATION FOR ORDER STAYING PROCEEDINGS AND ENFORCEMENT OF ORDER ISSUING SANCTIONS PENDING APPEAL**

On the following parties by mailing a copy of the foregoing document to each of the parties and third-parties identified below via first class U.S. Mail, postage prepaid.

| PARTY/THIRD PARTY | COUNSEL OF RECORD/PRO SE |
|---|---|
| Brett L. Gibbs<br>28 Altamont Ave.<br>Mill Valley, CA 94941 | Brett.gibbs@gmail.com<br>Specially Appearing in Pro Per |
| Prenda Law, Inc.<br>161 N. Clark St., Suite 3200<br>Chicago, IL 60601<br>800.380.0840 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131 |
| Paul Duffy<br>2 N. La Salle St., 13th Fllor<br>Chicago, IL 60602<br>312.952.6136 | Pro Se |
| John Steele<br>1111 Lincoln Rd., Suite 400<br>Miami Beach, FL 33139<br>708.689.8131 | Pro Se |
| Angela Van Den Hemel<br>c/o Prenda Law, Inc. | Pro Se |

2

JOINDER TO PRENDA LAW, INC'S APPLICATION FOR ORDER STAYING PROCEEDINGS AND ENFORCEMENT OF ORDER ISSUING SANCTIONS PENDING APPEAL

| | |
|---|---|
| 161 N. Clark St., Suite 3200<br>Chicago, IL 60601<br>800.380.0840 | |
| Non-Party Steele Hansmeier PLLC | Company formally dissolved in 2011 |
| Non-Party 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Plaintiff Ingenuity13, LLC and related-case plaintiff AF Holdings, LLC | Brett L. Gibbs, Esq. (SBN 251000)<br>Of Counsel to Prenda Law Inc.<br>38 Miller Avenue, Suite 263<br>Mill Valley, CA 94941<br>415-325-5900<br>blgibbs@wefightpiracy.com |
| Non-Party Putative John Doe | Morgan Pietz<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>Telephone: (310) 424-5557 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2013.

_____
Signature