Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-381-3104
brett.gibbs@gmail.com

*Withdrawing Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC,<br><br>    Plaintiff,<br>v.<br>JOHN DOE,<br><br>    Defendant. | **No. 2:12-cv-08333-ODW(JCx)**<br><br>**REQUEST FOR WITHDRAWAL OF COUNSEL;**<br>**PROPOSED ORDER** |

### REQUEST FOR WITHDRAWAL

Brett L. Gibbs, counsel for Plaintiff Ingenuity13 LLC ("Plaintiff"), hereby requests that the Court issue an order permitting him to withdraw as counsel of record for Plaintiff in this action.

As grounds for this request, I, Brett L. Gibbs, declare as follows:

1. I, Brett L. Gibbs, have been counsel for Plaintiff in this action. This case was closed in late January of 2013.

2. On May 21, 2013, the Cour made the following request to me: "Finally, as a housekeeping matter, the Court requests Brett Gibbs to file requests for withdrawal of attorney in this and the related cases. Brett Gibbs

appears to have withdrawn from these cases. (OSC Hr'g Tr. 87-18, Mar. 11, 2013 ('I am no longer employed by Prenda or any other corporation or LLC that is involved in these cases.').) Given the circumstances and the relationship between Gibbs and his *clients*, the Court will approve his request for withdrawal." (Doc. #164).

3. The Court is correct. I am no longer employed by Prenda Law, Inc. or any other corporation or LLC that is involved in these types of cases.

4. A copy of above-referenced order, and notice of my withdrawal, was sent to Mark Lutz, who is purportedly the CEO of Plaintiff's company.

5. I wish to withdraw as counsel for Plaintiff for all of the reasons above. I pray that the Court understands my reasoning for this request, and grants it.

6. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

///

///

///

WHEREFORE, Brett L. Gibbs' respectfully requests that the Court grant his withdrawal.

**DATED: May 29, 2013**.

Respectfully Submitted,

By: \_\_\_\_/s/ Brett L. Gibbs, Esq.\_\_\_\_

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
Brett.gibbs@gmail.com
Tel: 415-381-3104

*Withdrawing Attorney for Plaintiff*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

**ON _____** _____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on May 29, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.


/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.