☐ ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC,<br><br>     *Plaintiff,*<br><br><br><br><br><br>     *Defendant.* | Case No. **2:12-cv-08333-ODW(JCx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 AND MAY 21 ORDER IMPOSING SANCTION AND PENALTIES**<br><br>Date: June 24, 2013<br>Time: 1:30 p.m.<br><br>Judge:      Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Complaint :     September 27, 2012 |

This Court has reviewed Plaintiff's Motion for Approval of Bond Pursuant To

Rule 62 Of The Federal Rules Of Civil Procedure and the Court's May 21, 2013,

Order delineating the requirements of the supersedeas bond and grants the Motion.

The Court GRANTS the motion, approves the supersedeas bond lodged with the

District Court on May 22, 2013, and orders the District Clerk to file the supersedeas

4

bond, thereby effecting, pursuant to Rule 62(d) of the Federal Rules of Civil

Procedure, an immediate and automatic stay of enforcement of the Court's May 6,

2013, and May 21, 2013, Orders imposing sanctions and penalties..

IT IS SO ORDERED.

Dated:  _____                    _____
                                                  United States District Judge.

PAUL DUFFY'S MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 MAY 21
ORDERS IMPOSING SANCTIONS AND PENALTIES