FILED
2013 MAY 23 PM 4:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

1 Paul Duffy
2 2 N. LaSalle St., 13th Floor
Chicago, IL 60602
3 Telephone: (312) 952-6136
4 *In Propria Persona*
5
6 IN THE UNITED STATES DISTRICT COURT FOR THE
7 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN DOE,<br><br>*Defendant.* | Case No. 2:12-cv-08333-ODW(JCx)<br><br>**NOTICE OF MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 AND MAY 21 ORDERS IMPOSING SANCTIONS AND PENALTIES**<br><br>Date: June 24, 2013<br>Time: 1:30 p.m.<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian |

PLEASE TAKE NOTICE THAT ON June 24, 2013, at 1:30 p.m., before the above-captioned Court, located at 312 N Spring St Los Angeles, CA 90012, moving party Paul Duffy shall move the Court for an Order approving the supersedeas bond posted on May 22, 2013, and an Order staying enforcement of the May 6, 2013, and May 21, 2013, Orders imposing sanctions and penalties upon the moving party.

///

///

6

PAUL DUFFY'S MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 MAY 21 ORDERS IMPOSING SANCTIONS AND PENALTIES

This Motion is based upon F.R. Civ. P. 62(d) and the Court's May 21, 2013, Order delineating the requirements of a supersedeas bond for this matter.

DATED: May 23, 2013

By: *[signature]*
Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
Telephone: (312) 952-6136
*In Propria Persona*

7

PAUL DUFFY'S MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 MAY 21 ORDERS IMPOSING SANCTIONS AND PENALTIES