1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR ATTORNEY WITHDRAWAL [169]** |
| v. |  |
| JOHN DOE, |  |
| Defendant. |  |

Having shown good cause, the Court hereby **GRANTS** Brett Gibbs's Request to withdraw as attorney of record for this case.  (ECF No. 169.)

**IT IS SO ORDERED.**

May 29, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**