1   Heather L. Rosing, Bar No. 183986
    David M. Majchrzak, Bar No. 220860
2   Philip W. Vineyard, Bar No. 233628
    KLINEDINST PC
3   501 West Broadway, Suite 600
    San Diego, California 92101
4   (619) 239-8131/FAX (619) 238-8707
    hrosing@klinedinstlaw.com
5   dmajchrzak@klinedinstlaw.com
    pvineyard@klinedinstlaw.com
6

7   Attorneys Specially Appearing for
    PRENDA LAW, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12  INGENUITY 13 LLC,                    Case No.   2:12-cv-8333-ODW(JCx)

13              Plaintiff,               NOTICE OF JOINDER TO PAUL
                                         DUFFY'S MOTION FOR APPROVAL
14       v.                              OF BOND AND ORDER STAYING
                                         ENFORCEMENT OF MAY 6 AND
15  JOHN DOE,                            MAY 21 ORDERS IMPOSING
                                         SANCTIONS AND PENALTIES
16              Defendant.
                                         Date:  June 24,2013
17                                       Time:  1:30 p.m.
                                         Courtroom: 11
18                                       Judge:        Hon. Otis D. Wright, II
19
                                         Magistrate Judge:  Hon, Jacqueline Chooljian
20                                       Complaint Filed:   September 27, 2012
                                         Trial Date:        None set
21

22       TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23          PLEASE TAKE NOTICE that PRENDA LAW, INC., specially appearing in

24  this matter, hereby joins and adopts as its own the noticed Motion for Approval of

25  Bond and Order Staying Enforcement of May 6 and May 21 Orders Imposing

26  Sanctions and Penalties filed by Paul Duffy, In Propria Persona ("Duffy"), to be

27  ///

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1     heard on June 24, 2013 at 1:30 p.m., in Courtroom 11 of the above-entitled court.

2

3                                  Klinedinst PC

4

5    DATED: May 30, 2013              By: _____

6                                       Heather L. Rosing

7                                       David M. Majchrzak
                                      Philip W. Vineyard

8                                       Attorneys Specially Appearing for
                                      PRENDA LAW, INC.

9    15559438v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101