Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Nicholas Ranallo (SBN 275016)
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669;<br>2:12-cv-6662; 2:12-cv-6668<br><br>**DECLARATION OF MORGAN E. PIETZ (JUNE 3, 2013)** |

-1-
**DECLARATION OF MORGAN E. PIETZ (JUNE 3, 2013)**

# PIETZ DECLARATION

I, Morgan E. Pietz am over the age of 18, have personal knowledge of the facts alleged herein, and hereby declare as follows:

1. I am a member in good standing of the State Bar of California, duly admitted to the practice of law in the state and federal courts of the State of California.

2. I represent the ISP subscriber who was targeted by Prenda Law, Inc. as the supposed John Doe defendant in *Ingenuity 13, LLC v. John Doe*, C.D. Cal. No. 12-cv-8333. I have also represented other clients similarly threatened by Prenda in other lawsuits in other jurisdictions.

3. Attached hereto as Exhibit 1 is a true and correct copy of my attempt to meet and confer with the Prenda parties on the details of a supersedeas bond.

4. Attached hereto as Exhibit 2 is a true and correct copy of the filing I made in his recently-filed appeal to the Ninth Circuit Court of Appeal, No. 13-55859 at ECF No. 4, 5/17/13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: June 3, 2013

Executed this day at Manhattan Beach, California, by

                                                */s/ Morgan E. Pietz*
                                                Morgan E. Pietz, Declarant