Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Nicholas Ranallo (SBN 275016)
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone:   (831) 703-4011
Fax:            (831) 533-5073

Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>              Plaintiff,<br><br>       v.<br><br>JOHN DOE,<br><br>              Defendant. | Case Number: 2:12-cv-08333-ODW-JC [175]<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669;<br>2:12-cv-6662; 2:12-cv-6668<br><br>**[PROPOSED] ORDER DENYING IN PART AND CONDITIONALLY GRANTING IN PART PAUL DUFFY'S MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 AND MAY 21 ORDERS IMPOSING SANCTIONS AND PENALTIES** |

The Court has duly considered Paul Duffy's Motion for Approval of Bond and Order Staying Enforcement of May 6 and May 21 Orders Imposing Sanctions and Penalties ("Bond Motion") manually-filed May 23, 2013 (ECF No. 170), and the response thereto filed by the putative John Doe in 12-cv-8333 and his counsel and hereby ORDERS as follows:

(1)   The bond already posted with the Court is conditionally approved as security for this Court's Sanctions Order (ECF No. 130) subject to the following conditions, each of which shall be deemed a part of the bond itself:

a.   The bond shall be payable to and enforceable by "John Doe or The Pietz Law Firm"

b.   The bond is made joint and several and may be executed upon if *any* of the parties to the bond fails to reverse the monetary portion of this Court's Sanctions Order (ECF No. 130) on appeal as to him or it.  In other words, if the fee award survives as against any party, the bond may be executed upon even if other parties prevail on appeal.

c.   The Prenda parties, as well as the surety, are estopped from arguing in any Court other than this one that execution on the bond should be stayed, avoided or otherwise forestalled. This expressly includes an attempt to circumvent execution of the bond through bankruptcy proceedings. The only valid reason to prohibit executing on the instant bond (as amended) should be if all of the Prenda parties prevail on the monetary portion of all of their appeals, as determined by this Court.

d.   The surety, and each Prenda party relying upon the bond for security shall execute and acknowledgment recognizing the validity of these conditions.  Any party who fails to execute and file such an

**[PROPOSED] ORDER DENYING IN PART AND CONDITIONALLY GRANTING IN PART PAUL DUFFY'S MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6 AND MAY 21 ORDERS IMPOSING SANCTIONS AND PENALTIES**

1    acknowledgment on the docket within 7 days shall be deemed in

2    violation of this Court's order.

3    (2)   Further, the Prenda parties shall be required to post an additional bond

4    in the amount of $135,933.66 (which is the $237,583.66 total, minus

5    the $101,650.00 bond that the Prenda parties other than Mr. Gibbs have

6    already posted) to cover costs on appeal, which includes attorneys fees

7    since the underlying case is a copyright case. *Azizian v. Federated Dep't*

8    *Stores, Inc.*, 499 F.3d 950, 958 (9th Cir. 2007).  The additional bond

9    shall be subject to all the same conditions as the bond noted above.

10   Failure to post the additional bond within 14 days shall result in the

11   imposition of additional sanctions.

12

13   Due to the unique circumstances of this action, which include the fact that

14   underlying order below is a sanctions award for fraudulent conduct and the web of

15   mysterious offshore entities controlled by the Prenda parties, the above conditions

16   are necessary to effect justice.

17

18   DATED:  June 6, 2013                    _____

19                                           Honorable Otis D. Wright, II

20                                           United States District Judge

21

22

23

24

25

26

27

28

-3-

**[PROPOSED] ORDER DENYING IN PART AND CONDITIONALLY GRANTING IN PART PAUL
DUFFY'S MOTION FOR APPROVAL OF BOND AND ORDER STAYING ENFORCEMENT OF MAY 6
AND MAY 21 ORDERS IMPOSING SANCTIONS AND PENALTIES**