Brett Gibbs
38 Miller Avenue, #263
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:            Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br><br>**[PROPOSED] ORDER RE: STIPULATION BETWEEN MOVANT BRETT L. GIBBS AND ATTORNEY MORGAN E. PIETZ** |

    The Court has reviewed the Stipulation Between Movant Brett L. Gibbs and Attorney Morgan E. Pietz, and orders the following:

IT IS ORDERED THAT

    The entire amount of the $1,000 per day penalty pursuant to the Court's May 21, 2013 Order is vacated as to Mr. Gibbs, and only as to Mr. Gibbs.

IT IS FURTHER ORDERED THAT

    In light of the joint and several liability of the parties sanctioned in the Court's May 6, 2013 Order, the surety bond effectively applies to, and secures payment from, all of the sanctioned parties, including Mr. Gibbs.

IT IS FURTHER ORDERED THAT

Mr. Gibbs shall not accrue any additional sanction or penalty for failing to post the additional bond required by the Court's June 7 Order; however, if the additional bond required in the June 7 Order is not timely posted, this stipulation is without prejudice to the putative defendant's right to seek further relief as against any party, including Mr. Gibbs.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Judge Otis D. Wright, II
United State District Court Judge