Brett Gibbs
38 Miller Avenue, #263
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, | CASE NO. 2:12-CV-8333-ODW (JCx) |
| *Plaintiff,* | |
| v. | Judge:           Hon. Otis D. Wright, II |
| | Magistrate Judge:   Hon. Jacqueline Chooljian |
| JOHN DOE, | ACKNOWLEDGMENT OF BRETT L. |
| *Defendant.* | GIBBS PURSUANT TO THE COURT'S ORDER |

## ACKNOWLEDGMENT

Pursuant to the Court's Order Denying in Part and Conditionally Granting in Part Paul Duffy's Motion for Approval of Bond and Order Staying Enforcement of May 6 and May 21 Orders Imposing Sanctions and Penalties ("Order") filed on June 6, 2013, Movant Brett L. Gibbs, hereby files the requisite acknowledgement stating as follows:

As a Prenda party—as defined in the Court's Order—relying upon the bond for security, I hereby recognize and acknowledge the validity of the conditions for the surety bond set forth in the Court's Order.

1      The above statement has been filed in the above-captioned case in accordance

2  with the Court's Order and within the timeline (i.e. 7 days) required in the Court's

3  Order.

4

5                                            Respectfully submitted,

6  DATED: June 11, 2013

7

8                                            Brett Gibbs

                                          38 Miller Avenue, #263

9                                            Mill Valley, CA 94941

10                                            Telephone: (415) 381-3104

                                          brett.gibbs@gmail.com

11                                            *In Propria Persona*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 38 Miller Avenue, Mill Valley, CA 94941. The undersigned hereby certifies that on June 11, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system, in compliance with this Court's Local Rules. Further, on June 11, 2013 a true and correct copy of the foregoing document was placed into the U.S. mail, which was delivered to the following addresses, postage paid, the list of which comprise the currently known service list of individuals with known addresses on this matter as required under the Local Rules:

Angela Van Den Hemel
Prenda Law, Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Email: pduffy@pduffygroup.com;
paulduffy2005@gmail.com

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Telephone: (708) 689-8131
*In Propria Persona*

Brett L. Gibbs