1  Heather L. Rosing, Bar No. 183986
   David M. Majchrzak, Bar No. 220860
2  Philip W. Vineyard, Bar No. 233628
   KLINEDINST PC
3  501 West Broadway, Suite 600
   San Diego, California  92101
4  (619) 239-8131/FAX (619) 238-8707
   hrosing@klinedinstlaw.com
5  dmajchrzak@klinedinstlaw.com
   pvineyard@klinedinstlaw.com
6
   Attorneys for Specially Appearing for
7  PRENDA LAW, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  INGENUITY 13 LLC,                    Case No.   2:12-cv-8333-ODW(JCx)

12          Plaintiff,
                                         **PRENDA LAW, INC.'S NOTICE OF**
13      v.                               **APPEAL AND EMERGENCY**
                                         **MOTION TO THE NINTH CIRCUIT**
14  JOHN DOE,                            **COURT OF APPEAL RE: THE**
                                         **DISTRICT COURT'S AMENDED**
15          Defendant.                   **ORDER DENYING IN PART AND**
                                         **CONDITIONALLY GRANTING IN**
16                                       **PART RESPONDENT PAUL DUFFY'S**
                                         **MOTION FOR APPROVAL OF BOND**
17                                       **AND ORDER STAYING**
                                         **ENFORCEMENT OF MAY 6 AND**
18                                       **MAY 21 ORDERS IMPOSING**
                                         **SANCTIONS AND PENALTIES**
19                                       **(Dkt Entry No. 177)**

20          TO THE COURT AND PARTIES AND RESPONDENTS AND THEIR

21  COUNSEL OF RECORD.

22          Specially appearing Respondent Prenda Law, Inc. ("Prenda Law") hereby

23  serves Notice that it will be appealing the District Court's Amended Order

24  Denying in Part and Conditionally Granting in Part Respondent Paul Duffy's

25  Motion for Approval of Bond and Order Staying Enforcement of May 6 and May

26  21 Orders Imposing Sanctions and Penalties (Dkt. Entry No. 177 – hereinafter, the

27  "Amended Order").

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA  92101

- 1 -

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    In addition, Prenda Law will be filing with the Ninth Circuit Court of

2  Appeals an emergency motion requesting alternative remedies pertaining to the

3  District Court's Amended Order.  The Motion will request one or more of the

4  following remedies:

5    1. An order vacating the Amended Order in its entirety and instructing the

6       District Court to grant and approve in its entirety, Paul Duffy's Motion.

7    2. An order modifying the Amended Order to impose a bond requirement upon

8       the multiple appellants solely to cover any putative appellee's appellate

9       costs, as opposed to the attorneys' fees incurred by any appellee during

10      Prenda Law's appeal.

11   3. An order consolidating Prenda Law's appeal of the Amended Order with

12      Prenda Law's underlying appeal of the sanctions order issued by the District

13      Court in the order to show cause proceedings.

14     The bases for Prenda Law's appeal is that absent an underlying and

15  *applicable* cost-shifting statute, the district courts may not impose a bond

16  requirement for an appellee's attorneys' fees as a pre-condition to appeal.  *See*

17  Azizian v. Federated Dep't Stores, Inc., 499 F.3d 950, 958 (9th Cir. 2007).

18     The District Court, in its Amended Order, specifically cites to the Copyright

19  Act as the basis by which it has imposed an additional bond requirement of just

20  under $136,000 for Prenda Law and its co-appellants.  However, the District Court

21  has no jurisdiction by which to award attorneys' fees pursuant to the Copyright

22  Act, because Plaintiff in the underlying matter, pursuant to Federal Rule of Civil

23  Procedure, Rule 41(a)(1), voluntarily dismissed the underlying copyright

24  infringement action on January 28, 2013.  Such dismissal is effective upon filing

25  and removes the District Court's authority to rule on the merits of the action.  *See*

26  Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077-78 (9th Cir.

27  1999).  Thus, the Copyright Act cannot serve as a basis by which to impose the

28  insuring of any putative appellee's attorneys' fees by way of a Federal Rules of

1    Appellate Procedure, Rule 7, appellate bond.

2           Prenda Law shall also be challenging the conditions imposed upon

3    Appellants by the District Court for the approval of both bonds imposed by the

4    District Court.

5           Given the issues and legal authorities presented, and due to the onerous pre-

6    conditions the District Court has imposed upon Prenda Law and its co-appellants,

7    Prenda Law requests from the District Court an immediate, but temporary, stay of

8    enforcement of the District Court's Amended Order to permit the Ninth Circuit

9    Court of Appeals to resolve Prenda Law's pending emergency motion.  Prenda

10   Law will file its emergency motion with the Ninth Circuit Court of Appeals on or

11   before Friday, June 14, 2013, and request from the Ninth Circuit a briefing

12   schedule for any opposition or replies.  Prenda Law will serve its motion and the

13   Ninth Circuit's briefing schedule to all interested appellate parties.

14

15

16                                  Klinedinst PC

17

18   DATED: June 12. 2013            By:  /s/Philip W. Vineyard
19                                         Heather L. Rosing
20                                         David M. Majchrzak
                                           Philip W. Vineyard
21                                         Attorneys for Specially Appearing for
                                           PRENDA LAW. INC.
22   15571675v1

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

- 3 -