Case 2:12-cv-08333-ODW-JC Document 187 Filed 06/17/13 Page 1 of 1 Page ID #:3365

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Paul Hansmeier | 2. PHONE NUMBER: 612-234-5744 | 3. DATE: June 12, 2013 |
| 4. FIRM NAME: N/A | 5. E-MAIL ADDRESS: prhansmeier@thefirm.mn | |
| 6. MAILING ADDRESS: Alpha Law Firm LLC 80 S 8th St Suite 900 | 7. CITY: Minneapolis | 8. STATE: MN / 9. ZIP CODE: 55402 |
| 10. CASE NUMBER: 2:12-cv-8333-ODW(JCx) | 11. CASE NAME: Ingenuity 13 LLC v. John Doe | 12. JUDGE: Otis D. Wright, II |
| 13. APPEAL CASE NUMBER: 13-55859 | 14. ORDER FOR: ☑ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| March 11, 2013 | Katie Thibodeaux | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Order to Show Cause |
| April 2, 2013 | Katie Thibodeaux | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Order to Show Cause |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

RECEIVED 2013 JUN 13 PM 2:40 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CA LOS ANGELES

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month: Day: Year:
Transcript payment arrangements were made with:

17. DATE: June 13, 2013

NAME OF OFFICIAL: Katie Thibodeaux

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Paul Hansmeier

Month: June Day: 13 Year: 2013

G-120 (09/12)