```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA072839
Cashier ID: mgcash
Transaction Date: 06/14/2013
Payer Name: NATIONWIDE LEGAL LLC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NATIONWIDE LEGAL LLC
 Case/Party: D-CAC-2-12-CV-008333-001
 Amount:       $455.00
------------------------------------
CHECK
 Check/Money Order Num: 4435
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```