Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Nicholas Ranallo (SBN 275016)
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073

Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669;<br>2:12-cv-6662; 2:12-cv-6668<br><br>**NOTICE OF LODGING EMERGENCY APPELLATE MOTION AND RESPONSE** |

-1-
**NOTICE OF LODGING EMERGENCY APPELLATE MOTION AND RESPONSE**

# NOTICE OF LODGING

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that the putative John Doe in 2:12-cv-08333-ODW by and through counsel, hereby lodges with the Court the following:

An "Emergency Motion Under Circuit Rule 27-3" filed by Prenda Law, Inc. on Friday afternoon June 14, 2013, through counsel at the Kleindinst firm in Ninth Circuit Case No. 13-55881 (Exhibit 1, CA9 ECF No. 9); and Putative Doe's response to the same (Exhibit 2, CA9 ECF No. 10) filed Monday June 17, 2013.

Respectfully submitted,

DATED: June 17, 2013    THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
Appearing on Caption

-2-
NOTICE OF LODGING EMERGENCY APPELLATE MOTION AND RESPONSE