| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>John Steele | 2. PHONE NUMBER<br>(708) 689-8131 | 3. DATE<br>June 17 2013 | |
|---|---|---|---|
| 4. FIRM NAME: N/A | 5. E-MAIL ADDRESS: | | |
| 6. MAILING ADDRESS<br>1111 Lincoln Road Suite 400 | 7. CITY<br>Miami Beach | 8. STATE<br>FL | 9. ZIP CODE<br>33139 |
| 10. CASE NUMBER<br>12-cv-8333 | 11. CASE NAME<br>Ingenuity13 v.Doe | 12. JUDGE<br>Otis D. Wright II | |
| 13. APPEAL CASE NUMBER<br>13-55884 | 14. ORDER FOR ☑ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| March 11, 2013 | Kate Thibodeaux | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Order to Show Cause |
| April 2, 2013 | Kate Thibodeaux | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Order to Show Cause |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month: Day: Year:
Transcript payment arrangements were made with:

17. DATE: June 17, 2013

NAME OF OFFICIAL: Kate Thibodeaux

18. SIGNATURE: /s/ John L. Steele

Payment of estimated transcript fees were sent on the following date:
Month: Day: Year:

G-120 (09/12)