# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: BRETT L. GIBBS | 2. PHONE NUMBER: 415-381-3104 | 3. DATE: 6/17/2913 |
| 4. FIRM NAME: n/a | 5. E-MAIL ADDRESS: brett.gibbs@gmail.com | |
| 6. MAILING ADDRESS: 28 Altamont Avenue | 7. CITY: Mill Valley | 8. STATE: CA  9. ZIP CODE: 94941 |
| 10. CASE NUMBER: 2:12-cv-08333-ODW-JC | 11. CASE NAME: Ingenuity13 LLC v. John Doe | 12. JUDGE: Otis D. Wright, II |
| 13. APPEAL CASE NUMBER: 13-55871 | 14. ORDER FOR: [✓] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [ ] AUSA  [ ] FPD  [ ] OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| March 11, 2013 | Katie Thibodeaux | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [✓] OTHER (PLEASE SPECIFY): OSC Evidentiary Hearing |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | [✓] | PAPER COPY | [ ] |
| 14 DAYS | [ ] | PDF FORMAT | [✓] |
| 7 DAYS | [ ] | ASCII FORMAT | [ ] |
| DAILY | [ ] | OTHER | [ ] |
| HOURLY | [ ] | | |
| REAL TIME | [ ] | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: June 18, 2013
18. SIGNATURE: [signed] Brett Gibbs

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

20. Month: June   Day: 18   Year: 2013
Transcript payment arrangements were made with: Court Reporter
NAME OF OFFICIAL: Katie Thibodeaux
Payment of estimated transcript fees were sent on the following date:
Month: June   Day: 18   Year: 2013

G-120 (09/12)