**DENIED**
BY ORDER OF THE COURT
ODW 06-21-13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:     Hon. Otis D. Wright, II<br>Magistrate Judge:   Hon. Jacqueline Chooljian<br><br>[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO VACATE AND FOR ORDER TO SHOW CAUSE RE: SANCTIONS |

## ORDER GRANTING EMERGENCY MOTION TO VACATE AND FOR ORDER TO SHOW CAUSE RE: SANCTIONS

The Court has duly considered John Steele's Emergency Motion to Vacate and for Order to Show Cause re: Sanctions, manually filed June 21, 2013 and hereby ORDERS as follows:

(1)     The Court hereby VACATES its Order requiring the "Prenda parties" to post an additional bond in the amount of $135,933.66;

(2)     The Court hereby VACATES its Order requiring the "Prenda parties" to consent to additional bond conditions;

(3)     The Court hereby ORDERS attorneys Morgan E. Pietz and Nicholas Ranallo to show cause for why they should not be sanctioned for failing to serve papers on the persons appearing *pro se* in this matter;

(4)     Attorneys Pietz and Ranallo are ORDERED to serve the *pro se* persons with every paper they have filed in this matter; and

(5)     The Court will refer Pietz and Ranallo to the Standing Committee on Discipline (for this District) under Local Rule 83-3.

DATED: _____

**DENIED**
_____
Honorable Otis D. Wright II
United States District Judge

CASE NO. 2:12-CV-8333-ODW(JCx)