John Steele
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139

Pro Se

FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INGENUITY 13 LLC,

    *Plaintiff*,

v.

JOHN DOE,

    *Defendant*.

CASE NO. 2:12-CV-8333-ODW (JCx)

Judge:            Hon. Otis D. Wright, II
Magistrate Judge:  Hon. Jacqueline Chooljian

**MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 21 ORDER IN LIGHT OF PIETZ'S RECENT ADMISSIONS**

On June 21, 2013, the undersigned filed a motion asking the Court to hold attorneys Pietz and Ranallo accountable for their failure to serve their papers in this case. The Court summarily denied the motion. Since then, attorney Pietz has made damaging admissions that may cause the Court to reconsider its position. Specifically, Pietz admitted in an e-mail that he has not served any of the *pro se* persons in this case with any papers. (*See* June 23, 2013, e-mail from Morgan Pietz, attached hereto as Exhibit A.) Further, on or around June 27, 2013, the undersigned finally received copies of all of the papers that have been filed by Pietz in this matter. (*See* Steele Aff.)

Now that there is no factual dispute regarding whether the *pro se* persons have been denied their Due Process right of notice and an opportunity to be heard, the undersigned hopes that the Court will take appropriate measures to correct this massive injustice by reconsidering its prior denial of the June 21, 2013, motion and by taking any other actions it believes are appropriate under the circumstances. The Court swore an oath to defend the Constitution, and this includes ensuring that litigants are afforded their due process rights. The record clearly establishes that attorneys Pietz

and Ranallo have fraudulently invoked the Court's coercive power by filing requests for relief without notifying the undersigned and others. The undersigned hopes that the Court will carefully consider the profound implications of this fraud on the due process rights of the *pro se* persons and reconsider its prior summary denial of the undersigned's request for relief.

DATED: June 28, 2013

Respectfully submitted,

*[signature]*

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139

*Pro Se*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN DOE, <br><br> *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx) <br><br> Judge: Hon. Otis D. Wright, II <br> Magistrate Judge: Hon. Jacqueline Chooljian <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My address is 1111 Lincoln Road, Suite 400, Miami Beach, FL 33139. I have caused service of:

**MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 21 ORDER IN LIGHT OF PIETZ'S RECENT ADMISSIONS**

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc. <br> 161 N.Clark St. Ste. 3200 <br> Chicago, IL 60601 | Klinedinst PC <br> 501 West Broadway, Suite 600 <br> San Diego, California 92101 <br> Telephone: (619) 239-8131 <br> Fax: (619) 238-8707 <br> e-mail: hrosing@klinedinstlaw.com <br> e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC <br> Springates East <br> Government Road <br> Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC <br> 2100 M Street Northwest, Suite 170-417 <br> Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC <br> Springates East <br> Government Road <br> Charlestown, Nevis | Pro Se |

| | |
|---|---|
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Duffy<br>2 N. La Salle St. St., 13th Floor<br>Chicago, IL 60602 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310) 546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

_____
Signature

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:               Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian |

## DECLARATION OF JOHN STEELE

I, John Steele, declare as follows:

1. Attached as Exhibit A hereto is a true and correct copy of an e-mail I received from Morgan E. Pietz on June 23, 2013.

2. On or around June 27, 2013, I received for the first time copies of documents that have been filed in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

Signature: *[signed]*