1  Mark Lutz
   c/o Livewire Holdings, LLC
2  2100 M Street Northwest, Suite 170-417
   Washington, D.C. 20037
3
   *Pro Se*
4



5

6                  **UNITED STATES DISTRICT COURT**

7                  **CENTRAL DISTRICT OF CALIFORNIA**

8

9  INGENUITY 13 LLC,                    CASE NO. 2:12-CV-8333-ODW (JCx)

10           *Plaintiff,*
                                        Judge:            Hon. Otis D. Wright, II
11      v.                              Magistrate Judge:  Hon. Jacqueline Chooljian

12 JOHN DOE,                            **NOTICE TO THE COURT**

13           *Defendant.*

14

15      I am Mark Lutz and two attorneys named Morgan Pietz and Nicholas Ranallo are filing

16 motions asking this court to issue orders without notifying me!  I apologize to the Court for my

17 anger, but I have never had a chance to fight any of their motions!  The Constitution gives me the

18 right of Due Process, which means that the courts can't take something from me without first giving

19 me a chance to contest that decision.  Just so I am as clear as I can be, I have never been served with

20 any paperwork by either attorney Pietz or Ranallo. EVER.

21      People's faith in the law rests on the belief that attorneys who break the rules don't get away

22 with it.  I place my trust in this Court to make sure that these attorneys will be held accountable for

23 their actions.  Here the record is obvious that Pietz and Ranallo have been breaking the rules.  I

24 therefore ask the court to strike all pleadings filed by attorneys Pietz and Ranallo that do not have a

25 proof of service filed with them.  I also ask that any orders that were entered by this court against AF

26 Holdings, Ingenuity13 or me be vacated.  These guys are total fraudsters

27

28

1

2  DATED: June 28, 2013

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Mark Lutz
c/o Livewire Holdings, LLC
2100 M Street Northwest, Suite 170-417
Washington, D.C. 20037

*Pro Se*

NOTICE TO THE COURT

2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INGENUITY 13 LLC,

     *Plaintiff,*

     v.

JOHN DOE,

     *Defendant.*

CASE NO. 2:12-CV-8333-ODW (JCx)

Judge:            Hon. Otis D. Wright, II
Magistrate Judge:  Hon. Jacqueline Chooljian

## NOTICE TO THE COURT

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My address is 2100 M Street Northwest, Suite 170-417, Washington, D.C. 20037. I have caused service of:

## NOTICE TO THE COURT

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |

3

| | | |
|---|---|---|
| 1<br>2 | AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| 3<br>4 | Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| 4<br>5 | John Steele<br>1111 Lincoln Rd. Suite 400<br>Miami Beach, FL 33139 | Pro Se |
| 6<br>7 | Paul Duffy<br>2 N. La Salle St. St., 13th Floor<br>Chicago, IL 60602 | Pro Se |
| 8<br>9 | Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| 10<br>11 | Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 12 | Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 13<br>14<br>15<br>16 | Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

Signature