1  Paul Hansmeier
   Alpha Law Firm LLC
2  80 S. 8th St. Ste. 900
   Minneapolis, MN 55402
3
   *Pro Se*
4



5

6              **UNITED STATES DISTRICT COURT**

7              **CENTRAL DISTRICT OF CALIFORNIA**

8
   INGENUITY 13 LLC,              CASE NO. 2:12-CV-8333-ODW (JCx)
9
              *Plaintiff,*
10                               Judge:          Hon. Otis D. Wright, II
   v.                            Magistrate Judge: Hon. Jacqueline Chooljian
11
   JOHN DOE,                     **NOTICE TO THE COURT**
12
              *Defendant.*
13

14       I respectfully submit this notice to support the notices of the individuals who were defrauded
15
   by attorneys Pietz and Ranallo. At the same time they accused the *pro se* persons of extreme
16
17 misconduct, attorneys Pietz and Ranallo were fraudulently depriving these individuals of an

18 opportunity to respond to the accusations by ignoring the service requirements embodied in the

19 Federal and Local Rules. The Court's orders over the course of the show-cause proceeding were not

20 the product of an adversary process. Instead, they were the product of one-sided submissions by

21 Pietz and Ranallo. I place my trust in this Court's desire to uphold justice. Attorneys Pietz and
22
   Ranallo should be severely punished for defrauding this Court and the *pro se* persons. The Court
23
24 should vacate all of its orders and establish a closely regulated briefing process. Our system of

25 justice depends on adversary presentation. When the precepts of adversary presentation are not

26 respected, our system is dysfunctional and justice is lost. This Court should not

27 and, by extension, shatter the public's confidence in the United States courts.

28

DATED: June 28, 2013

Paul Hansmeier
Alpha Law Firm
80 S 8th St. Ste 900
Minneapolis, MN 55402
*Pro Se*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

NOTICE TO THE COURT

CASE NO. 2:12-CV-8333-ODW (JCx)

1

2

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

3

INGENUITY 13 LLC,

4

*Plaintiff,*

CASE NO. 2:12-CV-8333-ODW (JCx)

5

v.

Judge:          Hon. Otis D. Wright, II

6

JOHN DOE,

Magistrate Judge:  Hon. Jacqueline Chooljian

7

*Defendant.*

**NOTICE TO THE COURT**

8

IT IS HEREBY CERTIFIED THAT:

9

10

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  I have caused service of:

11

**NOTICE TO THE COURT**

12

13

On the following parties via U.S. Mail first-class, postage prepaid:

14

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail:  hrosing@klinedinstlaw.com<br>e-mail:  dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE TO THE COURT

CASE NO. 2:12-CV-8333-ODW (JCx)

| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
|---|---|
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Duffy<br>2 N. La Salle St. St., 13th Floor<br>Chicago, IL 60602 | Pro Se |
| Peter Hansmeier<br>c/o Livewire Holdings LLC<br>2011 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| John Steele<br>1111 Lincoln Rd. Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

Signature

NOTICE TO THE COURT

CASE NO. 2:12-CV-8333-ODW (JCx)