Peter Hansmeier
c/o Livewire Holdings, LLC
2100 M Street Northwest, Suite 170-417
Washington, D.C. 20037

*Pro Se*



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:                Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br><br>**NOTICE TO THE COURT** |

      I respectfully submit this notice to the Court. On June 21, 2013, I was informed that attorneys Morgan Pietz and Nicholas Ranallo have been submitting documents to the Court without serving anyone. For the Court's information, I have not received *any* documents from Pietz or Ranallo since I was first ordered to appear as a witness at the March 11, 2013, hearing. In fact, Pietz <u>has admitted</u> to never serving any of the *pro se* persons in this case. Everyone (even Pietz) agrees that Pietz broke the rules. The only real question is whether and how this Court will address the harm that Pietz has caused me, the other participants in this proceeding and the Court.

      Pietz's fraud has caused me great harm. The Court's sanctions order, for example, found that I had engaged in misconduct by participating in a scheme and reaping benefits. It was very expensive for me to fly out to the April 2 hearing, book a hotel room, dry clean my suit and take time off of work. My only participation in the April 2 hearing was to greet the Court at the beginning of

the hearing. The Court might understand my surprise when the Court found I had engaged in serious misconduct. The Court's finding of misconduct has harmed my ability to do my current job, will make it very difficult for me to gain future employment, and has harmed my reputation.

Of course, now I have a fuller appreciation for what really happened. Although I had minimal participation in the April 2 hearing, Pietz was secretly submitting documents to the Court to attack me. Rather than follow the rules and give me a fair chance to respond, Pietz chose to break the rules so that the Court would only hear his side of the story. I still have no idea what Pietz submitted, but it must have been pretty bad because there is a big difference between greeting the Court and engaging in misconduct.

I have confidence in our government and I have confidence that this Court will do what is necessary to prevent me and other innocent people from being injured by the corrupt practices that resulted in the Court only getting one side of the story. The corrupt practices of attorneys Pietz and Ranallo call into question the integrity of every document they have submitted to the Court. I hope that this Court will punish the obvious fraud of these <u>attorneys</u> to the fullest extent of the law.

I also hope that the Court understands that its orders have a real impact on people like me. The sanctions order has harmed me permanently, yet it was procured by fraud by Pietz. The public depends on courts to address injustices resulting from sickening fraud. As licensed attorneys, Pietz and Ranallo have no excuse for ignoring the rules and they have no excuse for defrauding the Court. I hope that the Court will do the right thing.

DATED: June 28, 2013

Respectfully submitted,

_/s/ Peter Hansmeier_

Peter Hansmeier
c/o Livewire Holdings, LLC
2100 M Street Northwest, Suite 170-417
Washington, D.C. 20037

*Pro Se*

2

NOTICE TO THE COURT

CASE NO. 2:12-CV-8333-ODW (JCx)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:              Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br><br>**NOTICE TO THE COURT** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My address is 2100 M Street Northwest, Suite 170-417, Washington, D.C. 20037. I have caused service of:

**NOTICE TO THE COURT**

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |

| | |
|---|---|
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Duffy<br>2 N. La Salle St. St., 13th Floor<br>Chicago, IL 60602 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd. Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310) 546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

_____
Signature