1  **HELLER & EDWARDS**
Lawrence E. Heller, Esq. - Bar No. 69770
2  lheller@hellerandedwards.com
9454 Wilshire Boulevard, Suite 500
3  BEVERLY HILLS CA 90212-2982
Telephone:  (310) 550-8833
4  Facsimile:  (310) 858-6637

5  Appearing Specially for Morgan E. Pietz and Nicholas Ranallo

6

7

8  ## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  INGENUITY 13, LLC, a Limited 11  Liability Company Organized Under the Laws of the Federation of Saint Kitts 12  and Nevis, | USDC Case No.: 2:12-cv-08333-ODW-JC [Consolidated with Case Nos. 2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668] |
| 13                                   Plaintiff, | |
| 14             vs. | NOTICE OF SPECIAL APPEARANCE FOR MORGAN E. PIETZ AND NICHOLAS RANALLO |
| 15  JOHN DOE, | |
| 16                                   Defendant. | Date:  July 12, 2013 Time:  11:00 a.m. Courtroom:  11 [The Hon. Otis D. Wright II] |
| 17 | |

18  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19      NOTICE IS HEREBY GIVEN that the law firm of Heller & Edwards, 9454

20  Wilshire Boulevard, Suite 500, Beverly Hills CA 90212, telephone (310) 550-8833,

21  facsimile (310) 858-6637, is appearing specially herein solely for the purpose of

22  representing Morgan E. Pietz and Nicholas Rannallo in Response to the Motion for

23  Reconsideration of the Court's June 21 Order in Light of Pietz' Recent Admissions"

24  filed by John Steele.

25  DATED: July 8, 2013.                     **HELLER & EDWARDS**

26

27                          By:   /s/Lawrence E. Heller
                                  Lawrence E. Heller
28                          Attorneys Specially Appearing for Morgan E. Pietz and Nicholas Ranallo

1

Notice of Special Appearance.wpd

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 9454 Wilshire Boulevard, Fifth Floor, Beverly Hills, California, and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On July 8, 2013, I served the foregoing document described as

***NOTICE OF SPECIAL APPEARANCE FOR MORGAN E. PIETZ AND NICHOLAS RANALLO***

on all interested parties in this action by placing a true and correct copy of the document in a sealed envelope addressed as follows:

### SEE ATTACHED PROOF OF SERVICE LIST

☒ **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) by _____ Messenger Service. Delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused the above-referenced document to be delivered to _____ for overnight courier service to the addressee(s).

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** as follows: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF electronic filing system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FACSIMILE TRANSMISSION** as follows: I transmitted the above document by facsimile to its intended recipient(s) at the facsimile number indicated above or in the attached Proof of Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 8, 2013, at Beverly Hills, California.

/s/Cora Mayrina
Cora Mayrina

## PROOF OF SERVICE LIST

*Ingenuity 13, LLC v. John Doe*
USDC Case No.: 2:12-cv-08333-ODW-JC
[Consolidated with Case Nos. 2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]

John Steele, Pro Se
1111 Lincoln Road          **Via Federal Express and email to "johnsteele@gmaile.com**
MIAMI BEACH FL 33139

**Via U.S. MAIL and email (where available)**

Brett L. Gibbs, Esq., Pro Se
28 Altamont Avenue
Mill Valley, CA 94941
(415) 381-3104
brett.gibbs@gmail.com

Paul Hansmeier, Pro Se
Alpha Law Firm LLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
(612) 234-5744
prhansmeier@thefirm.com

Paul Duffy, Pro Se
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
312-952-6136
Fax: 312-346-8434
paduffy@wefightpiracy.com

Pro se and for Ingenuity 13, LLC and for AF Holdings, LLC

Mark Lutz, Pro Se
Peter Hansmeier, Pro Se
c/o Livewire Holdings, LLC
2100 M Street Northwest
Suite 170-417
Washington, D.C. 20037

Angela Van Den Hemel, Pro Se
*PRENDA LAW INC.*
161 North Clark Street, Suite 3200
Chicago, IL 60601

Peter Hansmeier
c/o Livewire Holdings, LLC
2100 Street Northwest, Suite 170-417
Washington DC 20037

**By ECF Electronic Notice:**

Prenda Law, Inc., through counsel Heather Rosing, Esq., and Philip Vineyard, Esq.
Putative John Doe, through counsel Morgan Pietz, Esq., and Nicholas Ranallo, Esq.
Morgan Pietz and Nicholas Ranallo, through special counsel Lawrence Heller, Esq