1  **HELLER & EDWARDS**
   Lawrence E. Heller, Esq. - Bar No. 69770
2  lheller@hellerandedwards.com
   9454 Wilshire Boulevard, Suite 500
3  BEVERLY HILLS CA 90212-2982
   Telephone:   (310) 550-8833
4  Facsimile:   (310) 858-6637

5  Appearing Specially for Morgan E. Pietz and Nicholas Ranallo

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10 INGENUITY 13, LLC, a Limited Liability         USDC Case No.: 2:12-cv-08333-ODW-JC
   Company Organized Under the Laws of the        [Consolidated with Case Nos. 2:12-cv-6636;
11 Federation of Saint Kitts and Nevis,           2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]

12                                Plaintiff,       DECLARATION   OF   LAWRENCE   E.
                                                  HELLER IN SUPPORT OF RESPONSE TO
13                     vs.                         JOHN   STEELE'S   MOTION   FOR
                                                  RECONSIDERATION OF THE COURT'S
14 JOHN DOE,                                       ORDER OF JUNE 21, 2013

15                              Defendant.         Date:  July 12, 2013
                                                  Time:  11:00 a.m.
16                                                Courtroom: 11 [ Hon. Otis D. Wright, II]

17

18     I, LAWRENCE E. HELLER, do hereby declare as follows:

19         1.     I am an attorney at law licensed to practice in the State Of California and admitted

20 to practice before the Central District of California. I am also a partner in the law firm of Heller

21 & Edwards, which are attorneys specially appearing for Morgan E. Pietz and Nicholas Ranallo

22 in response to John Steele's Motion for Reconsideration of the Court's June 21 Order in Light

23 of Pietz's Recent Admission. I am accordingly familiar with the fact recited hereinbelow and

24 am available and competent to testify thereto.

25         2.     This declaration is being submitted in support of Morgan Pietz and Nicholas

26 Ranallo's Request that this court set an OSC Re: Sanctions ordering John Steele to show why

27 his conduct in filing this motion is not a violation of Rule 11(b) or, in the alternative, to have this

28 court set a hearing date for Pietz to bring his own motion for sanctions (section IV of

LEH Dec re Response.wpd

1 | Opposition.

2 | 3. The sanctions which will be requested consist of, among other possible sanctions, my attorney's fees incurred in opposing the Motion to Vacate as follows. I spent three (3) hours meeting with my client and reviewing the files in this litigation in order to prepare the Response to the Motion for Reconsideration; I thereafter spent five (5) hours preparing the Response to the Motion for Reconsideration and associated pleadings, and I anticipate spending an additional four (4) hours traveling to, and appearing at, the hearing of this motion on July 12, 2013, for a total of twelve (12) hours. My general hourly charge to my clients, and to Mr. Pietz and Mr. Ranallo, is $450 per hour, which I believe is well below the standard for practitioners of my stature and experience in the Southern California community. Mr. Pietz has, and will incur $5,400.00 defending this baseless and frivolous motion.

3. I have been practicing litigation and trying cases in the state of California in both federal and state courts, and in various other domestic and foreign jurisdictions, for close to forty (40) years. Although my practice encompasses virtually all forms of litigation other than personal injury and family law, my present field of specialty is in intellectual property litigation. I have handled at least dozens, if not hundreds, of matters in this field. I can supply this court with more of my *bona fides* at the hearing for sanctions.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 8th day of July 2013 at Beverly Hills, CA 90212.

/s/Lawrence E. Heller
Lawrence E. Heller, Declarant

LEH Dec re Response.wpd

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 9454 Wilshire Boulevard, Fifth Floor, Beverly Hills, California, and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On July 8, 2013, I served the foregoing document described as

*DECLARATION OF LAWRENCE E. HELLER IN SUPPORT OF RESPONSE TO STEELE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF JUNE 21, 2013*

on all interested parties in this action by placing a true and correct copy of the document in a sealed envelope addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

☒ **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) by _____ Messenger Service. Delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening.

☒ **BY OVERNIGHT COURIER SERVICE** as follows: I caused the above-referenced document to be delivered to _____ for overnight courier service to the addressee(s).

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** as follows: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF electronic filing system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FACSIMILE TRANSMISSION** as follows: I transmitted the above document by facsimile to its intended recipient(s) at the facsimile number indicated above or in the attached Proof of Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 8, 2013, at Beverly Hills, California.

/s/Cora Mayrina
Cora Mayrina

1

## PROOF OF SERVICE LIST

2

*Ingenuity 13, LLC v. John Doe*
USDC Case No.: 2:12-cv-08333-ODW-JC

3

[Consolidated with Case Nos. 2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]

4

John Steele, Pro Se

5

1111 Lincoln Road          **Via Federal Express and email to "johnsteele@gmaile.com**
MIAMI BEACH FL 33139

6

**Via U.S. MAIL and email (where available)**

7

Brett L. Gibbs, Esq., Pro Se

8

28 Altamont Avenue
Mill Valley, CA 94941

9

(415) 381-3104
brett.gibbs@gmail.com

10

Paul Hansmeier, Pro Se
Alpha Law Firm LLC

11

80 S. 8th Street, Suite 900
Minneapolis, MN 55402

12

(612) 234-5744
prhansmeier@thefirm.com

13

Paul Duffy, Pro Se

14

2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

15

312-952-6136
Fax: 312-346-8434

16

paduffy@wefightpiracy.com

17

Pro se and for Ingenuity 13, LLC and for AF Holdings, LLC

18

Mark Lutz, Pro Se
Peter Hansmeier, Pro Se

19

c/o Livewire Holdings, LLC
2100 M Street Northwest

20

Suite 170-417
Washington, D.C. 20037

21

Angela Van Den Hemel, Pro Se

22

*PRENDA LAW INC.*
161 North Clark Street, Suite 3200

23

Chicago, IL 60601

24

Peter Hansmeier
c/o Livewire Holdings, LLC

25

2100 Street Northwest, Suite 170-417
Washington DC 20037

26

27

**By ECF Electronic Notice:**

28

Prenda Law, Inc., through counsel Heather Rosing, Esq., and Philip Vineyard, Esq.
Putative John Doe, through counsel Morgan Pietz, Esq., and Nicholas Ranallo, Esq.
Morgan Pietz and Nicholas Ranallo, through special counsel Lawrence Heller, Esq