John Steele
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

INGENUITY 13 LLC,

*Plaintiff,*

v.

JOHN DOE,

*Defendant.*

CASE NO. 2:12-CV-8333-ODW (JCx)

Judge: Hon. Otis D. Wright, II
Magistrate Judge: Hon. Jacqueline Chooljian

**MOTION TO APPEAR VIA TELEPHONE**

On July 2, 2013, the Court issued a notice (ECF No. 200) scheduling a hearing for July 12, 2013, on the undersigned's motion for reconsideration. The undersigned resides in Florida and just received notice on July 8, 2013 via U.S. Mail. The undersigned has a previously scheduled family matter that prohibits his in-person attendance at the July 12, 2013, hearing. Further, nine days' notice—over the Fourth of July holiday weekend, in particular—is a prohibitively narrow window of time for to receive notice of a hearing via U.S. Mail, and schedule travel arrangements to appear cross-country. Finally, attending a hearing in California is an extremely expensive proposition as it requires plane fare, a hotel room and other incidental expenses.

In light of these circumstances, the undersigned attempted to arrange for a telephonic appearance, but was informed by the Court's clerk that he would have to file a motion if he wished to participate in the hearing telephonically. The undersigned has very important interests that are implicated by his motion for reconsideration. Of singular importance is that the upcoming hearing on the motion for reconsideration will be the undersigned's first opportunity he will have ever had to

respond to pleadings filed by Attorney Ranallo and Attorney Pietz that were never served upon the undersigned, and resulted in *ex-parte* orders clearly detrimental to him. The undersigned is not aware of any harm that would be caused by his appearance by telephone instead of in-person. Further, the undersigned is concerned that many of the *pro se* persons—all of whom reside far outside of California—would have first received the Court's mailed scheduling notice today (at the earliest) and will similarly be unable to travel to California on such short notice. Further, several of the pro se persons in this matter are of limited income and cannot afford the extreme financial hardship associated with missing work and flying across country on 3 days notice. As an aside, it appears that the scheduling order <u>may not yet have even been mailed</u> to several of the *pro se* persons. For these reasons, the undersigned respectfully requests that the Court allow him (and other *pro se* persons, if they so request) to appear telephonically. If the Court denies this request, there is a substantial likelihood that the concerns discussed above will prohibit some or all of the *pro se* persons from attending the July 12, 2013, hearing on the undersigned's motion for reconsideration. Such a result would deny the Court of the benefit of adversary presentation and would deny the *pro se* persons their due process right to be heard which is the very subject matter of the undersigned's motion for reconsideration.

DATED: July 8, 2013

Respectfully submitted,

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139

*Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INGENUITY 13 LLC,

*Plaintiff*,

v.

JOHN DOE,

*Defendant*.

CASE NO. 2:12-CV-8333-ODW (JCx)

Judge: Hon. Otis D. Wright, II
Magistrate Judge: Hon. Jacqueline Chooljian

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My address is 1111 Lincoln Road, Suite 400, Miami Beach, FL 33139. I have caused service of:

**MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 21 ORDER IN LIGHT OF PIETZ'S RECENT ADMISSIONS**

On the following parties via U.S. Mail first-class, postage prepaid:

| **PARTIES** | **COUNSEL OF RECORD/PRO SE** |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |

| | |
|---|---|
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Duffy<br>2 N. La Salle St. St., 13th Floor<br>Chicago, IL 60602 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2013.

Signature