UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-08333-ODW (JCx) | Date | July 10, 2013 |
|---|---|---|---|
| Title | Ingenuity13 LLC v. John Doe | | |

| Present: The Honorable | Otis D. Wright II, United States District Court |
|---|---|

| Sheila English | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**     **MINUTE ORDER (IN CHAMBERS)**

    The Court is in receipt of John Steele's Motion to Appear Via Telephone [209]. The request is hereby **DENIED.** Mr. Steele was advised by telephone on July 8, 2013 by the clerk, that his request for a telephonic appearance regarding his motion set July 12th is denied, and did NOT advise him to file such motion as stated in his motion. The Court **ORDERS** Mr. Steele to appear in person for this hearing.

                                                                                :     00

                                            Initials of Preparer         se