**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

INGENUITY13 LLC,

       Plaintiff,

 and

PAUL HANSMEIER, Esquire,

       Movant - Appellant,

 v.

JOHN DOE,

       Defendant - Appellee.

No. 13-55859

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles



RECEIVED
CLERK, U.S. DISTRICT COURT

7/9/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

---

INGENUITY13 LLC,

       Plaintiff,

 and

BRETT L. GIBBS,

       Movant - Appellant,

 v.

JOHN DOE,

       Defendant - Appellee.

No. 13-55871

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

SM/MOATT

| | |
|---|---|
| INGENUITY13 LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55880<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>        Plaintiff,<br><br> and<br><br>PRENDA LAW, INC.,<br><br>        Movant - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55881<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>        Plaintiff,<br><br> and<br><br>AF HOLDINGS, LLC, | No. 13-55882<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

       Movant - Appellant,

v.

JOHN DOE,

       Defendant - Appellee.

---

INGENUITY13 LLC,              No. 13-55883

       Plaintiff,                  D.C. No. 2:12-cv-08333-ODW-JC
  and                               Central District of California,
                                    Los Angeles

PAUL DUFFY,

       Movant - Appellant,

v.

JOHN DOE,

       Defendant - Appellee.

---

INGENUITY13 LLC,              No. 13-55884

       Plaintiff,                  D.C. No. 2:12-cv-08333-ODW-JC
  and                               Central District of California,
                                    Los Angeles

JOHN STEELE,

       Movant - Appellant,

v.

JOHN DOE,

      Defendant - Appellee.

---

INGENUITY13 LLC,

      Plaintiff,

and

PRENDA LAW, INC.,

      Movant - Appellant,

v.

JOHN DOE,

      Defendant - Appellee,

and

PAUL DUFFY,

      Movant - Appellee.

No. 13-56028

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

ORDER

Before:  KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

     Appellant Prenda Law, Inc.'s June 14, 2013 emergency "motion for order vacating or modifying the district court's amended order denying in part and granting in part [] Paul Duffy's motion for approval of bond []; staying

enforcement of amended order," filed in appeal no. 13-55881, is denied. *See Azizian v. Federated Dep't Stores, Inc.*, 499 F.3d 950, 955 (9th Cir. 2007) (court reviews objections to amount of bond on appeal for abuse of discretion).

Appellant Prenda Law, Inc.'s June 14, 2013 request for consolidation, filed in appeal no. 13-55881, is granted.

The court sua sponte consolidates the following appeals: 13-55859, 13-55871, 13-55880, 13-55881, 13-55882, 13-55883, 13-55884, and 13-56028.

The following briefing schedule shall govern these consolidated appeals: the consolidated opening brief(s) and excerpts of record are due November 19, 2013; the consolidated answering brief(s) is due December 19, 2013; and the consolidated optional reply brief(s) is due within 14 days after service of the answering brief.

All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.

To the extent that appellant Prenda Law, Inc.'s June 14, 2013 emergency motion, filed in appeal no. 13-55881, requests any other relief, such requests are denied.

Judge Canby dissents as to the denial of a stay of the condition requiring a second bond in the amount of $135,933.66.  Otherwise, Judge Canby concurs in this order.