Paul Duffy
161 N. Clark St. Ste 3200
Chicago, Illinois 60601

*Pro se*

No prop rd.

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:    Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br>Courtroom:   11<br><br>Complaint Filed:  September 27, 2012<br>Trial Date:   None set<br><br>**NOTICE OF EX PARTE APPLICATION FOR STIPULATED ORDER REDUCING APPELLATE BOND AMOUNT IN LIGHT OF RECENT NINTH CIRCUIT CONSOLIDATING ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul Duffy specially appears to apply ex parte to this court for an order reducing the appellate bond amount in light of recent Ninth Circuit consolidating order. This application is being made on an emergency basis because the order requiring an additional bond has set deadlines for Monday, July 15, 2013, and threatened severe monetary sanctions for non-compliance.

This application is based upon this notice and the memorandum of points and authorities filed concurrently herewith.

///

///

///

1

**Local Rule 7-19 contact information for other counsel**

The undersigned is aware of the following contact information for counsel of the parties in this action:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd<br>Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm |

Case 2:12-cv-08333-ODW-JC   Document 212   Filed 07/10/13   Page 3 of 3   Page ID #:3791

|   |                                                                                                                        |
|---|------------------------------------------------------------------------------------------------------------------------|
|   | 3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2013.

*[signature]*

_____
Signature