Paul Duffy
161 N. Clark St. Ste 3200
Chicago, Illinois 60601

*Pro se*



FILED
CLERK, U.S. DISTRICT COURT
JUL 1 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom: 11<br><br>Complaint Filed: September 27, 2012<br>Trial Date: None set<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR STIPULATED ORDER REDUCING APPELLATE BOND AMOUNT IN LIGHT OF RECENT NINTH CIRCUIT CONSOLIDATING ORDER** |

On July 9, 2013, the Ninth Circuit issued an order *sua sponte* consolidating eight appeals from this action and ordering the submission of a consolidated brief, to the extent practicable. In light of this development, the undersigned respectfully requests the Court to enter an administrative order reducing the amount of the appellate bond to reflect the putative John Doe's appellate costs calculation. The putative John Doe's calculated appellate costs are as follows:

> $5,000 in hard costs plus $45,000 in attorneys' fees to defend the initial appeal. However, this case has been appealed by seven different parties, each of whom has undertaking [sic] their own, separate appeal. Accordingly, Doe has proposed security for each additional appeal (after the first one) in the amount of $15,000 each. $50,000 + ($15,000 x 6) = $140,000 to secure costs on appeal, per Fed. R. App. Proc. 7.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:            Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.

My business address is 2 N. La Salle St. St., 13th Floor, Chicago, IL 60602. I have caused service of:

**PAUL DUFFY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR STIPULATED ORDER REDUCING APPELLATE BOND AMOUNT IN LIGHT OF RECENT NIGHT CIRCUITE CONSOLIDATING ORDER**

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road | Pro Se |

| | |
|---|---|
| Charlestown, Nevis | |
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd<br>Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2013.

_____
Signature