UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-08333-ODW (JCx) | Date | July 11, 2013 |
|---|---|---|---|
| Title | Ingenuity13 LLC v. John Doe | | |

| Present: The Honorable | Otis D. Wright II, United States District Court |
|---|---|

| Sheila English | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**        **MINUTE ORDER  (IN CHAMBERS)**

The Court is in receipt of Paul Duffy's NOTICE OF EX PARTE APPLICATION FOR STIPULATED ORDER [212].  This request is **DENIED.**

:   00

Initials of Preparer        se