Paul Duffy
161 N. Clark St. Ste 3200
Chicago, Illinois 60601

*Pro se*

FILED
2013 JUL 11 PM 3:27
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br> *Plaintiff,* <br> v. <br> JOHN DOE, <br> *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx) <br><br> Judge: Hon. Otis D. Wright, II <br> Magistrate Judge: Hon. Jacqueline Chooljian <br> Courtroom: 11 <br><br> Complaint Filed: September 27, 2012 <br> Trial Date: None set <br><br> **NOTICE OF ERRATA** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul Duffy's *ex parte* application for a reduction in the bond amount (ECF No. 213) was docketed with a page missing from the application. Duffy hereby resubmits his *ex parte* application to account for the missing page.

DATED: July 11, 2013

Respectfully submitted,

/s/ Paul Duffy

Paul Duffy
161 N. Clark St. Ste 3200
Chicago, IL 60601

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:                 Hon. Otis D. Wright, II<br>Magistrate Judge:   Hon. Jacqueline Chooljian<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.

My business address is 161 n. CLARK St. Ste. 3200, Chicago, IL 60601. I have caused service of:

**NOTICE OF ERRATA**

On the following parties via U.S. Mail first-class, postage prepaid:

| **PARTIES** | **COUNSEL OF RECORD/PRO SE** |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail: hrosing@klinedinstlaw.com<br>e-mail: dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |

| | |
|---|---|
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firms LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd<br>Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |
| Morgan Pietz and Nicholas Ranallo | Heller & Edwards<br>Lawrence E. Heller<br>9454 Wilshire Boulevard, Suite 500<br>Beverly Hills, CA 90212-2983 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2013.

*/s/ [signature]*