UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 12-8333-ODW(JCx) | Date | July 12, 2013 |
|---|---|---|---|
| Title | Ingenuity 13 LLC v. Doe | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Katie Thibodeaux | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| John Steele (pro se) | Morgan E. Pietz, Lawrence E. Heller | |

| **Proceedings** | **Motion for Reconsideration [201]** |
|---|---|

    Case called, appearances made. The Court hears oral argument from both parties. John Steele's Motion for Reconsideration is taken under submission. (ECF No. 201.)

**IT IS SO ORDERED.**

|  | : | 39 |
|---|---|---|
| Initials of Preparer | SE | |