UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 12-8333-ODW(JCx) | Date | July 12, 2013 |
|---|---|---|---|
| Title | Ingenuity 13 LLC v. Doe | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings (In Chambers):**     **Order DENYING Ex Parte Application [216]**

   Paul Duffy's Ex Parte Application for an order reducing the amount of the required supersedeas bond is hereby **DENIED**.  (ECF No. 216.)  The Prenda parties are reminded that the supersedeas bond must be posted by July 15, 2013.  (ECF No. 189.)  The Prenda parties are further reminded that the bond must comply with the conditions set forth in the Court's June 11, 2013 Order.  (ECF No. 177.)  Failure to comply will result in the imposition of additional sanctions.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |