Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Attorneys Specially Appearing for
PRENDA LAW, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No.   2:12-cv-8333-ODW(JCx)<br><br>**PRENDA LAW, INC.'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)**<br><br>Courtroom:　　11<br>Judge:　　Hon. Otis D. Wright, II<br><br>Magistrate Judge:　Hon. Jacqueline Chooljian<br>Complaint Filed:　September 27, 2012<br>Complaint Dismissed:　January 28, 2013 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the orders of this court, issued on June 11, 2013 (Docket No. 177), and June 17, 2013 (Docket No. 189), respectively, Respondent and Appellant Prenda Law, Inc., without waiving its right of appeal of said orders, hereby acknowledges the conditions imposed upon the appellate and supersedeas bonds

posted by or on behalf of Prenda Law, Inc. in this matter.

DATED: July 15, 2013          By: _____
                                  Paul Duffy
                                  On behalf of Prenda Law, Inc.

15599507v1

- 2 -

**PRENDA LAW, INC.'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)**
2:12-cv-8333-ODW(JCx)