Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
312-952-6136
paduffy@wefightpiracy.com

Pro Se



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>      Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**NOTICE REGARDING ADDITIONAL APPELLATE BOND**<br><br>Courtroom: 11<br>Judge: Hon. Otis D. Wright, II<br><br>Magistrate Judge: Hon, Jacqueline Chooljian |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that the individuals subject to the additional appellate bond have used their best-faith efforts to secure the additional appellate bond for posting today. Due to unforeseen circumstances, namely delays in confirmations of wire transfers, the bond will not be posted today, but will be posted tomorrow morning instead. The individuals subject to the additional bond

1  have used their best-faith efforts to post the bond in time to meet today's posting
2  deadline, apologize to the Court for the unexpected delay, and ask the Court to
3  excuse the very slight delay in posting the bond. The individuals subject to the
4  Court's additional bond requirement have filed their acknowledgements in
5  accordance with the Court's order.

10  DATED: July 15, 2013            By: _____
11                                        Paul Duffy
                                          Pro Se

# STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:　　　　　Hon. Otis D. Wright, II<br>Magistrate Judge:　Hon. Jacqueline Chooljian<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.

My business address is 2 N. La Salle St. St., 13th Floor, Chicago, IL 60602. I have caused service of:

**NOTICE REGARDING ADDITONAL APPELLATE BOND**

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail:　hrosing@klinedinstlaw.com<br>e-mail:　dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Brett L. Gibbs<br>38 Miller Avenue, #263 | Pro Se |

|  |  |
|---|---|
| Mill Valley, CA 94941 |  |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd<br>Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |
| Morgan Pietz and Nicholas Ranallo | Heller & Edwards<br>Lawrence E. Heller<br>9454 Wilshire Boulevard, Suite 500<br>Beverly Hills, CA 90212-2983 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2013.

_____
Signature