Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
312-952-6136
paduffy@wefightpiracy.com

*Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No.　2:12-cv-8333-ODW(JCx)<br><br>**APPLICATION FOR ORDER DIRECTING CLERK TO ACCEPT CASH COLLATERAL IN LIEU OF SURETY BOND**<br><br>Courtroom:　　11<br>Judge:　　　　Hon. Otis D. Wright, II<br><br>Magistrate Judge:　Hon. Jacqueline Chooljian |

　　　The individuals subject to the appellate bond have used their best-faith efforts to secure a surety bond by the Court's July 15, 2013 deadline. While the individuals subject to the bond were able to secure a bond on July 16, 2013—after a one-day unexpected delay in the confirmation of a wire transfer—the surety, during its final review, refused to allow the bond agent to release the bond in light of the conditions imposed by the Court's June 11, 2013, order requiring certain individuals to post an additional bond in the amount of $135,933.66 and acknowledge certain conditions. (ECF No. 177.) The surety's concerns were

raised for the first time on Tuesday, July 16, 2013, and after efforts to address the surety's concerns, it does not appear to the individuals subject to the additional appellate bond will be able to address the surety's concerns with the Court's order.

The individuals subject to the additional appellate bond are informed that obtaining an additional surety bond is not a realistic near-term option in light of the conditions imposed in the Court's order. Under L.R. 65-10, a cashier's check may be deposited with the Clerk in lieu of a bond or undertaking requiring a personal or corporate surety. The individuals subject to the bond respectfully request the Court to enter an order directing the Clerk to accept a cashier's check in lieu of a surety bond in satisfaction of the Court's order. The individuals subject to the additional appellate bond believe that they could have a cashier's check deposited with the Clerk no later than five business days from the date the Court enters an order directing the Clerk to accept cash collateral in lieu of a surety bond. The individuals subject to the bond apologize to the Court for this delay, and again would like to emphasize that they are doing everything in their power to comply with the Court's order in a timely manner.

DATED: July 17, 2013            By: _____
                                     Paul Duffy
                                     Pro Se

STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN DOE,<br><br>    *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:          Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age.

My business address is 2 N. La Salle St., 13th Floor, Chicago, IL 60602. I have caused service of:

**MOTION FOR ORDER DIRECTING CLERK TO ACCEPT CASH COLLATERAL IN LIEU OF SURETY BOND**

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail:  hrosing@klinedinstlaw.com<br>e-mail:  dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Brett L. Gibbs<br>38 Miller Avenue, #263 | Pro Se |

|   |   |
|---|---|
| Mill Valley, CA 94941 |   |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd<br>Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |
| Morgan Pietz and Nicholas Ranallo | Heller & Edwards<br>Lawrence E. Heller<br>9454 Wilshire Boulevard, Suite 500<br>Beverly Hills, CA 90212-2983 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2013.

*[signature]*

Signature