# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Wright

From: Shea Bourgeois, Deputy Clerk    Date Received: 07/15/13

Case No.: 2:12-cv-08333-ODW-JC    Case Title: Ingenuity13 LLC v. John Doe

Document Entitled: Notice of Acknowledgment of Court's Conditions Imposed

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1     Documents must be filed electronically
☐ Local Rule 6-1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers and e-mail address
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
☐ Local Rule 19-1      Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5    No letters to the judge
☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
☒ Other:   Multiple pleadings under one cover; AF Holdings is not a party to the case.

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date 7/16/2013    U.S. District Judge / U.S. Magistrate Judge
                  OTIS D. WRIGHT

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES