Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
312-952-6136
paduffy@wefightpiracy.com

Pro Se



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br><br>    Plaintiff, <br><br>v. <br><br>JOHN DOE, <br><br>    Defendant. | Case No. 2:12-cv-8333-ODW(JCx) <br><br> **NOTICE OF ACKNOWLEDGEMENTS OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)** <br><br> Courtroom: 11 <br> Judge: Hon. Otis D. Wright, II <br><br> Magistrate Judge: Hon. Jacqueline Chooljian |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the filed Acknowledgements of the Court's Conditions Imposed upon Appellate and Supersedeas Bonds.



- 1 -

```
DATED: July 15, 2013          By: _____
                                  Paul Duffy
                                  Pro Se
```

STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>JOHN DOE,<br><br>    *Defendant.* | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:    Hon. Otis D. Wright, II<br>Magistrate Judge:    Hon. Jacqueline Chooljian<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age.

My business address is 2 N. La Salle St. St., 13th Floor, Chicago, IL 60602. I have caused service of:

**NOTICE OF ACKNOWLEDGEMENTS OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)**

On the following parties via U.S. Mail first-class, postage prepaid:

| PARTIES | COUNSEL OF RECORD/PRO SE |
|---|---|
| Prenda Law, Inc.<br>161 N.Clark St. Ste. 3200<br>Chicago, IL 60601 | Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Fax: (619) 238-8707<br>e-mail:  hrosing@klinedinstlaw.com<br>e-mail:  dmajchrzak@klinedinstlaw.com |
| Ingenuity13, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| Livewire Holdings, LLC<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| 6881 Forensics, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis | Pro Se |

| | |
|---|---|
| Brett L. Gibbs<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941 | Pro Se |
| Mark Lutz<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Paul Hansmeier<br>Alpha Law Firm LLC<br>900 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402 | Pro Se |
| John Steele<br>1111 Lincoln Rd<br>Ste. 400<br>Miami Beach, FL 33139 | Pro Se |
| Peter Hansmeier<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Angela Van Den Hemel<br>2100 M Street Northwest, Suite 170-417<br>Washington, D.C. 20037 | Pro Se |
| Non-Party Putative John Doe | Morgan Pietz (SBN 260629)<br>The Pietz Law Firm<br>3770 Highland Ave., Ste. 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>Telephone: (310) 424-5557<br>Facsimile: (310)546-5301 |
| Morgan Pietz and Nicholas Ranallo | Heller & Edwards<br>Lawrence E. Heller<br>9454 Wilshire Boulevard, Suite 500<br>Beverly Hills, CA 90212-2983 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2013.

_____
Signature

AF Holdings, LLC
2100 M Street Northwest
Suite 170-417
Washington, D.C. 20037
1-888-588-9473
admin@livewireholdings.com

Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>        Defendant. | Case No.   2:12-cv-8333-ODW(JCx)<br><br>**AF HOLDINGS, LLC'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)**<br><br>Courtroom:       11<br>Judge:              Hon. Otis D. Wright, II<br><br>Magistrate Judge:   Hon, Jacqueline Chooljian<br>Complaint Filed:     September 27, 2012<br>Complaint Dismissed:  January 28, 2013 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the orders of this court, issued on June 11, 2013 (Docket No. 177), and June 17, 2013 (Docket No. 189), respectively, Respondent and Appellant AF Holdings, LLC, without waiving its right of appeal of said orders, hereby acknowledges the conditions imposed upon the appellate and supersedeas bonds

posted by or on behalf of AF Holdings, LLC in this matter.

DATED: July 15, 2013       By: _____
                               Mark Lutz
                               On behalf of AF Holdings, LLC

Ingenuity13, LLC
2100 M Street Northwest
Suite 170-417
Washington, D.C. 20037
1-888-588-9473
admin@livewireholdings.com

Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 2:12-cv-8333-ODW(JCx)<br><br>**INGENUITY13, LLC'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)**<br><br>Courtroom: 11<br>Judge: Hon. Otis D. Wright, II<br><br>Magistrate Judge: Hon, Jacqueline Chooljian<br>Complaint Filed: September 27, 2012<br>Complaint Dismissed: January 28, 2013 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the orders of this court, issued on June 11, 2013 (Docket No. 177), and June 17, 2013 (Docket No. 189), respectively, Respondent and Appellant Ingenuity13, LLC, without waiving its right of appeal of said orders, hereby acknowledges the conditions imposed upon the appellate and supersedeas bonds

1 | posted by or on behalf of Ingenuity13, LLC in this matter.

5 | DATED: July 15, 2013

By: _____
Mark Lutz
On behalf of Ingenuity13, LLC

- 2 -

INGENUITY13, LLC'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON
APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)
2:12-cv-8333-ODW(JCx)

Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
312-952-6136
paduffy@wefightpiracy.com

Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, | Case No. 2:12-cv-8333-ODW(JCx) |
|---|---|
| Plaintiff, | **PAUL DUFFY'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)** |
| v. | |
| JOHN DOE, | |
| Defendant. | |
| | Courtroom: 11 |
| | Judge: Hon. Otis D. Wright, II |
| | Magistrate Judge: Hon, Jacqueline Chooljian |
| | Complaint Filed: September 27, 2012 |
| | Complaint Dismissed: January 28, 2013 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the orders of this court, issued on June 11, 2013 (Docket No. 177), and June 17, 2013 (Docket No. 189), respectively, Respondent and Appellant Paul Duffy, without waiving his right of appeal of said orders, hereby acknowledges the conditions imposed upon the appellate and supersedeas bonds

1  posted by or on behalf of Paul Duffy in this matter.

DATED: July 15, 2013          By: _____
                                  Paul Duffy
                                  Pro Se

posted by or on behalf of Paul Hansmeier in this matter.

DATED: July 15, 2013

By: _____
Paul Hansmeier
Pro Se

1 | John L. Steele
2 | 1111 Lincoln Rd. Ste. 400
   | Miami Beach, FL 33139
   | 708-689-8131
3 |
   | Pro Se
4 |
5 |
6 |
7 |
8 |
9 | UNITED STATES DISTRICT COURT
10 | CENTRAL DISTRICT OF CALIFORNIA
11 |
12 | INGENUITY 13 LLC,              Case No. 2:12-cv-8333-ODW(JCx)
   | Plaintiff,
13 |                               **JOHN STEELE'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)**
   | v.
14 | JOHN DOE,
15 | Defendant.
16 |                               Courtroom:  11
   |                               Judge:      Hon. Otis D. Wright, II
17 |
   |                               Magistrate Judge:    Hon. Jacqueline Chooljian
18 |                               Complaint Filed:     September 27, 2012
   |                               Complaint Dismissed: January 28, 2013
19 |
20 |
21 | TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
22 | RECORD:
23 | Pursuant to the orders of this court, issued on June 11, 2013 (Docket No.
24 | 177), and June 17, 2013 (Docket No. 189), respectively, Respondent and Appellant
25 | John Steele, without waiving his right of appeal of said orders, hereby
26 | acknowledges the conditions imposed upon the appellate and supersedeas bonds
27 |
28 |

- 1 -
JOHN STEELE'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)
2:12-cv-8333-ODW(JCx)

1 | posted by or on behalf of John Steele in this matter.

5 | DATED: July 15, 2013          By: _____
                                      John Steele
                                      Pro Se

- 2 -
JOHN STEELE'S ACKNOWLEDGEMENT OF COURT'S CONDITIONS IMPOSED UPON APPELLATE AND SUPERSEDEAS BONDS (DKT. NOS. 177, 189)
2:12-cv-8333-ODW(JCx)

JUL-15-2013 MON 07:09 AM    FAX NO.    P. 02