UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 12-8333-ODW(JCx) | Date | July 18, 2013 |
|---|---|---|---|
| Title | Ingenuity 13 LLC v. Doe | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings (In Chambers):**     **Order DENYING Application [225]**

    Paul Duffy's Application asks the Court to issue an order to allow a cashier's check to be deposited with the Clerk of Court in lieu of a bond or undertaking. No such order is necessary. Duffy's cashier's check will be automatically accepted under Local Rule 65-10. Accordingly, his Application is **DENIED**. (ECF No. 225.)

    The Court recognizes the difficulties that the Prenda parties are encountering in trying to obtain a bond. Nonetheless, the Prenda parties have missed their July 15, 2013 deadline, which the Court previously extended. Prenda's characteristic last-minute scramble once again falls short. Having fallen short, they once again seek relief. But none will be given.

    The Court hereby sanctions each of the following persons or entities $500 per day, per person or entity, retroactive to July 16, 2013: John Steele, Paul Duffy, Paul Hansmeier, Ingenuity 13 LLC, AF Holdings LLC, and Prenda Law, Inc. This sanction must be paid to the Clerk of Court at the same time the cashier's check is deposited. Thus, if the Prenda parties deposit the cashier's check on Friday, July 19, 2013, then they must also pay a sanction of $12,000 to the Clerk of Court. If they deposit the check on Monday, July 22, 2013, the sanction rises to $21,000.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |

**CC: FISCAL**