# SureTec Insurance Company

In the ___United States District___ Court
State of California

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2013 JUL 19 PM 3:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

INGENUITY 13 LLC,, )
)
Plaintiff, )
)
vs. )
)
JOHN DOE, )
)
Defendant. )
)
)
)
)
)
)
)
)
)

Case No. __2:12-CV-08333-ODW-JC__

UNDERTAKING UNDER
SECTION _____917.1_____
SureTec Insurance Company
3033 5th Ave., Ste. 300
San Diego, CA 92103

WHEREAS, the above named __Ingenuity 13 LLC, John Steele, Paul Hansmeier, Paul Duffy, AF Holdings LLC & Prenda Law Inc.__ jointly and severally give an undertaking for _____·Supersedeas_____ as provided in Section __917.1 of California Code of Civil Procedure__

NOW THEREFORE, the undersigned Surety, does hereby obligate itself, jointly and severally, to _____
_____John Doe or The Pietz Law Firm_____ under said statutory obligations in the sum of _____One Hundred Thirty-Five Thousand Nine Hundred Thirty-Tree and 66/100_____
Dollars ($_____135,933.66_____).; provided, however, that the aggregate liability of surety to the named obligees shall not, in any event, exceed the aforesaid penal sum.

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by __Justin Buenaventura__ who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at _____Los Angeles_____, __CA__ on _____July 16, 2013_____

Suretec Insurance Company

_____
Attorney-In-Fact   Justin Buenaventura

Approved this __23rd__ day of __July__, __2013__.

_____
District Judge

Bond No. __3350334__

The premium charge for this bond is
$ __1,859.00__ per annum.

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __7/16/13__ before me, __Jennifer Michelle Wayne, A Notary Public__,
   Date                                    Here Insert Name and Title of the Officer

personally appeared __Justin Buenaventura__
                              Name(s) of Signer(s)

[Notary Seal: JENNIFER MICHELLE WAYNE, COMM. #2002448, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires Jan. 28, 2017]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

Place Notary Seal Above

─────────── OPTIONAL ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

POA #: 510376

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Jennifer Wayne, Will Mingram, Ryan Tash, Kevin J. Phillips, Alfonso Lujan,
Sylvia Diane Caneva, John D. Strong, Oscar Zachary Gallegos, Justin Buenaventura

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for:

Five Million and 00/100 Dollars ($5,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment shall continue in force until ___12/31/2015___ and is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved*, that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 21st day of March, A.D. 2013.

SURETEC INSURANCE COMPANY

By: _____
John Knox Jr., President

State of Texas          ss:
County of Harris

On this 21st day of March, A.D. 2013 before me personally came John Knox Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.


JACQUELYN MALDONADO
Notary Public
State of Texas
My Comm. Exp. 5/18/2017

Jacquelyn Maldonado, Notary Public
My commission expires May 18, 2017

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this __16th__ day of __JULY__, __2013__, A.D.

_____
M. Brent Beaty, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:00 am and 5:00 pm CST.

## RULE 65-5

## BOND OR UNDERTAKING – CERTIFICATE BY ATTORNEY

THIS BOND (OR UNDERTAKING) HAS BEEN EXAMINED PURSUANT TO LOCAL RULE 65-3 AND IS RECOMMENDED FOR APPROVAL. IT (IS)(IS NOT) REQUIRED BY LAW TO BE APPROVED BY A JUDGE.

DATED THIS 15TH DAY OF JULY, 2013

APPROVED THIS __16__ DAY OF __July__ 20 __13__

JUDGE

Clerk, U.S. District Court
Central District of California
By _____ Deputy

1