*HELLER & EDWARDS*
Lawrence E. Heller, Esq. - Bar No. 69770
lheller@hellerandedwards.com
9454 Wilshire Boulevard, Suite 500
BEVERLY HILLS CA 90212-2982
Telephone:   (310) 550-8833
Facsimile:    (310) 858-6637

Specially Appearing for Morgan E. Pietz and Nicholas Ranallo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | USDC Case No.: 2:12-cv-08333-ODW-JC<br>[Consolidated with Case Nos. 2:12-cv-6636; 2:12-cv-6669; 2:12-cv-6662; 2:12-cv-6668]<br><br>ORDER RELIEVING MORGAN PIETZ AND NICHOLAS RANALLOF OF ANY OBLIGATION TO FILE A MOTION FOR SANCTIONS |

Predicated on the Stipulation between John Steele, on the one hand, and Morgan Pietz and Nicholas Ranallo, on the other hand, by and through their special counsel, Lawrence E. Heller, that John Steele is paying the attorneys fees and costs incurred in opposing John Steele's Motion for Reconsideration in the sum of $5,400 (filed concurrently).

IT IS HEREBY ORDERED that Morgan Pietz and Nicholas Ranallo be relieved of any obligation to file a motion for sanctions.

IT IS SO ORDERED.

DATED: _July 23, 2013      _____

Hon. Otis D. Wright, Judge Presiding
United States District Court
For the Central District of California