1   Heather L. Rosing, Bar No. 183986
    David M. Majchrzak, Bar No. 220860
2   Philip W. Vineyard, Bar No. 233628
    KLINEDINST PC
3   501 West Broadway, Suite 600
    San Diego, California 92101
4   (619) 239-8131/FAX (619) 238-8707
    hrosing@klinedinstlaw.com
5   dmajchrzak@klinedinstlaw.com
    pvineyard@Klinedinstlaw.com
6

7   Attorneys Specially Appearing for
    PRENDA LAW, INC.
8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  INGENUITY 13 LLC,                Case No.  2:12-cv-8333-ODW(JCx)

13            Plaintiff,             **CERTIFICATE OF SERVICE**

14      v.                           Date
                                     Time:
15  JOHN DOE,                        Courtroom:
                                     Judge:          Hon. Otis D. Wright, II
16            Defendant.             Magistrate Judge: Hon, Jacqueline Chooljian
                                     Complaint Filed:  September 27, 2012
17                                   Trial Date:       None set

18

19

20

21

22

23

24

25

26

27

28

                              1

## CERTIFICATE OF SERVICE

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 777 S. Figueroa Street, Suite 2800, Los Angeles, California 90017.

On **August 2, 2013**, I caused to be served the following documents:

### PRENDA LAW, INC.'S NOTICE OF DISSOLUTION

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Los Angeles, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| Paul Duffy<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>**Tel: (312) 952-6136**<br>**Fax: (312) 952-6136**<br>Paulduffy2005@gmail.com<br>pduffy@pduffygroup.com<br>paduffy@wefightpiracy.com | **Pro Se** |

2

| | |
|---|---|
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402<br>prhansmeier@thefirm.mn<br>**Tel:  (612) 234-5744**<br>**Fax: (612) 234-5744**<br>prhansmeier@thefirm.mn | **Pro Se** |
| John Steele<br>1111 Lincoln Rd., Suite 400<br>Miami Beach, FL  33139<br>**Tel:   (708) 689-8131**<br>**Fax:  None**<br>Email:  service@livewireholdings.com | **Pro Se** |
| Brett Langdon Gibbs<br>28 Altamont Avenue<br>Mill Valley, CA  94941<br>**Tel: (415) 381-3104**<br>Brett.gibbs@gmail.com | **Pro Se** |
| Ingenuity 13, LLC<br>100 M Street Northwest<br>Suite 170-417<br>Washington, DC  20037<br>**Tel:  (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br>**Tel:  (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| Mark Lutz and Peter Hansmeier<br>c/o Livewire Holdings, LLC<br>2100 M St., NW<br>Suite 170-417<br>Washington D.C.  20037<br>Tel: (888) 588-9473 | **Pro Se** |

CERTIFICATE OF SERVICE
2:12-cv-8333-ODW(JCx)

| | |
|---|---|
| Morgan Pietz<br>The Pietz Law Firm<br>3770 Highland Ave., Suite 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>**Tel: 310.424.5557**<br><br>Nicholas Ranallo<br>371 Dogwood Way<br>Boulder Creek, CA 95006<br>nick@ranallolawoffice.com<br>**Tel: 831.703.4011**<br><br>**Lawrence E Heller**<br>Heller and Edwards<br>9454 Wilshire Boulevard Suite 500<br>Beverly Hills, CA 90212-2982<br>**Tel: 310-550-8833**<br>Fax: 310-858-6637<br>lheller@hellerandedwards.com | **Putative John Doe**<br>**Defendant - Appellee** |
| Angela Van Den Hemel<br>Prenda Law Inc<br>161 North Clark Street Suite 3200<br>Chicago, IL 60601 | **Pro Se** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 2, 2013**, at Los Angeles, California.

/s/Denise M. Carrillo
Denise M. Carrillo

4