Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Attorneys for Respondent PRENDA LAW, INC.

# UNITED STATE DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC,, <br><br>    Plaintiff, <br><br>    v. <br><br> JOHN DOE,, <br><br>    Defendant. | Case No.   2:12-CV-08333-ODW (JCx) <br><br> **KLINEDINST PC'S NOTICE OF HEARING OF ITS RENEWED APPLICATION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.** <br><br> Hearing Date: October 7, 2013 <br> Time:            1:30 p.m. <br> Courtroom:    11 <br> Judge:           Hon. Otis D. Wright |

TO THE COURT, THE PARTIES, ALL RESPONDENTS AND THEIR ATTORNEYS OF RECORD.

Please take notice that the United States District Court for the Central District of California has assigned October 7, 2013, at 1:30 p.m., as the hearing date for Klinedinst PC's Renewed Application to Withdraw as Counsel for Prenda Law, Inc.  Said hearing will take place at the District Court, Department 11, located at 312 N. Spring Street, Los Angeles, California 90012.

                                                                         Klinedinst PC

DATED: August 30, 2013             By:   /s/ Philip W. Vineyard
                                                                 Heather L. Rosing
                                                                 David M. Majchrzak
                                                                 Philip W. Vineyard
                                                                 Attorneys for PRENDA LAW, INC.

1