#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, <br><br>              Plaintiff, <br>   v. <br>JOHN DOE, <br><br>              Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx) <br><br>**ORDER GRANTING APPLICATION TO WITHDRAW [235]** |

     Klinedinst P.C. and its attorneys renew their Application to withdraw as counsel of record for Prenda Law, Inc. (ECF No. 235.) For the reasons stated in their papers, the Court finds good cause to **GRANT** their Application at this time. The Court reminds Prenda that a corporation cannot represent itself pro se in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).

     **IT IS SO ORDERED.**

     September 3, 2013

                                       _____
                                            **OTIS D. WRIGHT, II**
                              **UNITED STATES DISTRICT JUDGE**