**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY



NIXIE    606012058-1N    09/14/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER



SCANNED
CLERK, U.S. DISTRICT COURT
SEP 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

CV 12-08333-ODW
Returned Mail.

ODW

Date Transmitted: 9/3/2013 1:49:13 PM

2:12-cv-08333   Doc: 237

Angela Van Den Hemel
Prenda Law Inc
161 North Clark Street   Suite 3200
Chicago, IL   60601

Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-08333-ODW-JC Ingenuity13 LLC v. John Doe Order on Application to Withdraw as Attorney
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 9/3/2013 at 1:47 PM PDT and filed on 9/3/2013

Case Name:
Ingenuity13 LLC v. John Doe
Case Number:2:12-cv-08333-ODW-JC

Filer:
WARNING: CASE CLOSED on 01/28/2013

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031117454535?case
id=543744&de_seq_num=733&magic_num=MAGIC&pdf_toggle_possible
=1
>237
```

Docket Text:

ORDER by Judge Otis D. Wright, II: granting [235] Klinedinst P.C. and
its attorneys renew their Application to withdraw as counsel of record for
Prenda Law, Inc. The Court reminds Prenda that a corporation cannot represent
itself pro se in federal court. (lc)

2:12-cv-08333-ODW-JC Notice has been electronically mailed to:

Paul     Hansmeier        prhansmeier@thefirm.mn

Nicholas R Ranallo        nick@ranallolawoffice.com

Morgan E Pietz        mpietz@pietzlawfirm.com, lrudolph@pietzlawfirm.com

David M Majchrzak        dmajchrzak@klinedinstlaw.com

Heather    Rosing        traymond@klinedinstlaw.com, hrosing@klinedinstlaw.com

Lawrence E Heller    medwards@hellerandedwards.com, lheller@hellerandedwards.com, cmayrina@hellerandedwards.com

Philip William Vineyard    pvineyard@klinedinstlaw.com, dcarrillo@klinedinstlaw.com

Brett Langdon Gibbs    brett.gibbs@gmail.com


2:12-cv-08333-ODW-JC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :


John  Steele
111 Lincoln Road   Suite 400
Miami Beach, FL 33139
US

Paul  Duffy
161 N Clark Street   Suite 3200
Chicago IL 60601
US

Angela  Van Den Hemel
Prenda Law Inc
161 North Clark Street   Suite 3200
Chicago IL 60601


Brett L Gibbs
28 Altamont Avenue
Mill Valley CA 94941


Mark  Lutz
c o Liverwire Holdings, LLC
2100 M Street Northwest   Suite 170-417

US

Peter   Hansmeier
c o Livewire Holdings, LLC
2100 M Street Northwest   Suite 170-417
Washington DC 20037
US

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br>　　　　　Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx)<br><br>**ORDER GRANTING APPLICATION TO WITHDRAW [235]** |

Klinedinst P.C. and its attorneys renew their Application to withdraw as counsel of record for Prenda Law, Inc. (ECF No. 235.) For the reasons stated in their papers, the Court finds good cause to **GRANT** their Application at this time. The Court reminds Prenda that a corporation cannot represent itself pro se in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).

**IT IS SO ORDERED.**

September 3, 2013

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE