Brett Gibbs
28 Altamont Avenue
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JOHN DOE,<br><br>    *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:            Hon. Otis D. Wright, II<br>Magistrate Judge:  Hon. Jacqueline Chooljian<br><br>**NOTICE OF MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST MOVANT BRETT L. GIBBS**<br><br>Date:        November 18, 2013<br>Time:        1:30 p.m.<br>Ct. Room:  11 – Spring St. Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

    **PLEASE TAKE NOTICE** that on November 18, 2013, at 1:30 p.m., or as soon as the matter can be heard, in Courtroom 11—Spring Street Floor—which is located at the Western Division United States Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4701, Attorney Brett L. Gibbs, *in propria persona,* will, in accordance with Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1, move this Court for an indicative

1

ruling vacating the sanctions imposed upon him, and only those imposed on him, in the Court's May 6, 2013 Order Issuing Sanctions. In this motion, Mr. Gibbs will argue the following:

- The Court should reconsider whether Gibbs lied about the size of a Defendant's property;
- The Court should reconsider Gibbs' involvement in violating the October 19, 2012 Court Order vacating early discovery; and
- The Court should reconsider whether Gibbs testified or acted in bad faith in this case.

Accompanying this Notice of Motion is: (1) the Motion for an Indicative Order Vacating the Court's May 6, 2013 Order Issuing Sanctions Against Movant Brett L. Gibbs; (2) the Declaration of Brett L. Gibbs in support thereof; (3) Exhibits A through G; and (4) a Proposed Order Granting the Motion for an Indicative Ruling Vacating the Court's May 6, 2013 Order Issuing Sanctions Against Movant Brett L. Gibbs.

DATED: October 17, 2013

Respectfully Submitted,

/s/ Brett L. Gibbs
Brett L. Gibbs
28 Altamont Avenue
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

NOTICE OF MOTION FOR INDICATIVE RULING     NO. 2:12-CV-08333-ODW (JCx)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of October, 2013, a true and correct copy of the foregoing Notice of Motion for an Indicative Ruling Vacating May 6, 2013 Order Issuing Sanctions Against Movant Brett L. Gibbs, and all attached and related pleadings, was filed with the Clerk of the Court for the Central District of California by using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.  Further, as to those individuals who do not or cannot access the CM/ECF system, on this 17th day of October, 2013, a true and correct copy of the foregoing Notice of Motion for an Indicative Ruling Vacating the May 6, 2013 Order Issuing Sanctions Against Movant Brett L. Gibbs, and all attached and related pleadings, was mailed via First-Class Mail with postage thereon fully prepaid via the U.S. Postal Service from Mill Valley, California to the following individuals at the addresses below:

Paul R. Hansmeier
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
prhansmeier@thefirm.mn
*In Propria Persona*

Paul Duffy
Prenda Law, Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Email: pduffy@pduffygroup.com;
paulduffy2005@gmail.com
*In Propria Persona*

///

///

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
johnlsteele@gmail.com
*In Propria Persona*

Angela Van Den Hemel
161 N. Clark St., Suite 3200
Chicago, IL 60601
*In Propria Persona*

Mark Lutz
Livewire Holdings, LLC
2100 M St. NW
Suite 170-417
Washington DC 20037-1233

Peter Hansmeier
Livewire Holdings, LLC
2100 M St. NW
Suite 170-417
Washington DC 20037-1233

Ingenuity13, LLC
AF Holdings, LLC
6881 Forensics, LLC
Springates East
Government Road
Charlestown, Nevis

Daniel J Voelker
Voelker Litigation Group
311 W. Superior St., Ste. 500
Chicago, IL 60654

/s/ Brett L. Gibbs
Brett L. Gibbs