# EXHIBIT C

<u>**VIA E-MAIL (Brett Gibbs brett.gibbs@gmail.com) and U.S. MAIL,**</u>
<u>**CERTIFIED, RETURN REEIPT REQUESTED**</u>

Brett L. Gibbs, Esq.
38 Miller Avenue, #263
Mill Valley, CA 94941

RE:   ONGOING OBLIGATION TO MAINTAIN ATTORNEY-CLIENT PRIVILEGE, ATTORNEY WORK-PRODUCT INFORMATION AND OTHER APPLICABLE OBLIGATIONS

Dear Mr. Gibbs:

Your recent correspondence and communications, in particular to me prompt this letter.

While you presumably are aware of this, the adversarial and threatening nature of your communications to me this week suggest the prudence of reminding you of your continuing and ongoing ethical, legal and other obligations to the clients that you formerly represented while holding yourself out as "of counsel" at Prenda Law. Among other things, this is to confirm your obligation maintain attorney-client privileges and confidences of clients that you represented. Those clients included the following entities:

Livewire Holdings LLC
AF Holdings LLC
Ingenuity13 LLC
Millennium TGA, Inc.
Hard Drive Productions, Inc.
Lightspeed Media Corporation
First Time Videos, LLC
Guava, LLC
Arte de Oaxaca
LY Systems, LLC
CP Productions, Inc.
OpenMind Solutions, Inc.
Pink Lotus Entertainment, LLC
Boy Racer Inc.
Pacific Century, LTD
XSC Digital Corp
Exoticgold LTD
Sunlust Pictures LLC

You also have ongoing obligation to protect information protected from disclosure under the attorney work product doctrine and other applicable privileges and doctrines.

Sincerely,

Paul A. Duffy, Esq.
2 N. LaSalle Street
13th Floor
Chicago, IL  20202