# EXHIBIT D

Move to Inbox      More

## Fwd: Insurance contact      Inbox   x

**Brett Gibbs** <blgibbs@wefightpiracy.com>   Feb 7
to me

\---------- Forwarded message ----------
From: **Brett Gibbs** <blgibbs@wefightpiracy.com>
Date: Thu, Feb 7, 2013 at 4:12 PM
Subject: Fwd: Insurance contact
To: Brett Gibbs <blgibbs@wefightpiracy.com>


\---------- Forwarded message ----------
From: **John Steele** <johnlsteele@gmail.com>
Date: Thu, Feb 7, 2013 at 3:34 PM
Subject: Insurance contact
To: Brett Gibbs <blgibbs@wefightpiracy.com>


The insurance company is named pearl insurance and their number is **800.322.2488**.


--
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263



**Brett Gibbs <brett.gibbs@gmail.com>**

## Fwd: policy

**Brett Gibbs** <blgibbs@wefightpiracy.com>  Mon, Apr 16, 2012 at 12:30 PM
To: Brett Gibbs <brett.gibbs@gmail.com>

---------- Forwarded message ----------
From: **John Steele** <johnlsteele@gmail.com>
Date: Mon, Apr 16, 2012 at 12:27 PM
Subject: Fwd: policy
To: Brett Gibbs <blgibbs@wefightpiracy.com>


---------- Forwarded message ----------
From: **Lied, Jason** <jason.lied@pearlinsurance.com>
Date: Mon, Apr 16, 2012 at 3:26 PM
Subject: RE: policy
To: John Steele <johnlsteele@gmail.com>


No bother at all.  I've attached it.  If you need anything else, please let me know.

Thanks!


**Pearl Insurance can be your Total Solutions Provider! Ask for more information about our General Liability, Workers Compensation, Directors & Officers, Employment Practices Liability, Business Owners and much more!**

**Jason Lied** Regional Director
**Pearl Insurance |** 1200 E. Glen Ave., Peoria Heights, IL 61616
TF: 888.619.2023 M: 309.219.1620 F: 866.817.9009 E: jason.lied@pearlinsurance.com
www.pearlinsurance.com | Coverage That's Right For You


PEARL COMPANIES CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies [v1.0.001].

**From:** John Steele [mailto:johnlsteele@gmail.com]
**Sent:** Monday, April 16, 2012 1:36 PM
**To:** Lied, Jason
**Subject:** policy

Jason,

Sorry to bother you, but can you resend me a copy of the current Prenda Law malpractice policy? Thanks!

John

--
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.

NOTICE:
This communication is covered by the Electronic Communications Privacy Act, found at 18 U.S.C. 2510 et. seq. and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

📄 **4018_001.pdf**
941K