# EXHIBIT G

Case 2:12-cv-08333-ODW-JC   Document 240-9   Filed 10/17/13   Page 2 of 6   Page ID #:4512</sp









