Brett L. Gibbs (SBN 251000)
28 Altamont Avenue
Mill Valley, CA 94941
Telephone: (415) 381-3104
brett.gibbs@gmail.com
*In Propria Persona*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>JOHN DOE,<br><br>   *Defendant*. | CASE NO. 2:12-CV-8333-ODW (JCx)<br><br>Judge:   Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST MOVANT BRETT L. GIBBS** |

  This matter came before the Court upon the motion of Brett L. Gibbs, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, requesting that this Court indicate its willingness to accept the limited remand from the Court of Appeals and proceed to vacate the sanctions imposed upon Mr. Gibbs, and only Mr. Gibbs, by this Court's May 6, 2013 Order Issuing Sanctions ("Motion for Indicative Ruling").

  Having considered Mr. Gibbs' Motion for Indicative Ruling, the exhibits and attachments thereto, as well as the entire record of this Case, the Court is of the opinion, and so finds, that, if the case is remanded to this Court by the Court of Appeals for the Ninth Circuit, it will grant the relief requested.

**IT IS HEREBY ORDERED BY THE COURT** that if this case is remanded to the District Court by the Ninth Circuit Court of Appeals, this Court will grant the motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to vacate the sanctions against Mr. Gibbs, and only as to Mr. Gibbs.

**IT IS SO ORDERED.**

ENTERED this _____ day of _____, 2013.

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**