1  Morgan E. Pietz (SBN 260629)
   THE PIETZ LAW FIRM
2  3770 Highland Avenue, Suite 206
   Manhattan Beach, CA 90266
3  mpietz@pietzlawfirm.com
   Telephone:  (310) 424-5557
4  Facsimile :  (310) 546-5301

5  Nicholas Ranallo (SBN 275016)
   371 Dogwood Way
6  Boulder Creek, CA 95006
   nick@ranallolawoffice.com
7  Telephone:  (831) 703-4011
   Fax:         (831) 533-5073
8

9  Attorneys for Putative John Doe in 2:12-cv-08333-ODW-JC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13, LLC, a Limited Liability Company Organized Under the Laws of the Federation of Saint Kitts and Nevis,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case Number: 2:12-cv-08333-ODW-JC<br><br>Case Assigned to:<br>District Judge Otis D Wright, II<br><br>Discovery Referred to:<br>Magistrate Judge Jacqueline Chooljian<br><br>Case Consolidated with Case Nos.:<br>2:12-cv-6636; 2:12-cv-6669;<br>2:12-cv-6662; 2:12-cv-6668<br><br>**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST MOVANT BRETT L. GIBBS** |

**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST GIBBS**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 3770 Highland Avenue, #206, Manhattan Beach, California 90266.

On October 28, 2013, I served the foregoing document described **DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST MOVANT BRETT L. GIBBS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   (BY U.S. MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Manhattan Beach, California.

[ ]   (BY ELECTRONIC TRANSMISSION) I transmitted a PDF version of this document by electronic mail to the party (parties) identified on the attached service list, using the email address(es) indicated.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee and/or to the addressee personally.

[ ]   (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal) I declare ( or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2013, at Manhattan Beach, California.

       /s/ Leslie M. Rudolph
    LESLIE M. RUDOLPH

## SERVICE LIST

**By Mail**:

| | |
|---|---|
| John Steele<br>1111 Lincoln Road, Suite 400<br>Miami, FL 33139<br><br>Pro se | Paul Hansmeier<br>Alpha Law Firm LLC<br>80 S. 8th Street, Suite 900<br>Minneapolis, MN 55402<br>(612) 234-5744<br>prhansmeier@thefirm.com<br><br>Pro se |
| Mark Lutz<br>c/o Livewire Holdings, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, D.C. 20037<br><br>Pro se | Paul Duffy<br>2 N. LaSalle Street, 13th Floor<br>Chicago, IL 60602<br>312-952-6136<br>Fax: 312-346-8434<br>paduffy@wefightpiracy.com<br><br>Pro se and for Ingenuity 13, LLC and for AF Holdings, LLC |
| Angela Van Den Hemel<br>Prenda Law Inc.<br>161 North Clark Street, Suite 3200<br>Chicago, IL 60601<br><br>Pro se | Peter Hansmeier<br>c/o Livewire Holdings, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, D.C. 20037<br><br>Pro se |
| | Daniel J. Voelker<br>Voelker Litigation Group<br>311 W. Superior Street, Suite 500<br>Chicago, IL 60654<br><br>[Appellants' counsel in consolidated appeals, as a courtesy] |

-3-
**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST GIBBS**

**By ECF Electronic Notice:**

Notice has been electronically mailed via the ECF System to:

Brett Langdon Gibbs brett.gibbs@gmail.com

David M Majchrzak dmajchrzak@klinedinstlaw.com

Heather Rosing hrosing@klinedinstlaw.com, traymond@klinedinstlaw.com

Lawrence E Heller lheller@hellerandedwards.com, cmayrina@hellerandedwards.com, medwards@hellerandedwards.com

Morgan E Pietz mpietz@pietzlawfirm.com, lrudolph@pietzlawfirm.com

Nicholas R Ranallo nick@ranallolawoffice.com

Paul Hansmeier prhansmeier@thefirm.mn

-4-
**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST GIBBS**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 3770 Highland Avenue, #206, Manhattan Beach, California 90266.

On October 28, 2013, I served the foregoing document described **PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST MOVANT BRETT L. GIBBS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  (BY U.S. MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Manhattan Beach, California.

[ ]  (BY ELECTRONIC TRANSMISSION) I transmitted a PDF version of this document by electronic mail to the party (parties) identified on the attached service list, using the email address(es) indicated.

[ ]  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee and/or to the addressee personally.

[ ]  (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal) I declare ( or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2013, at Manhattan Beach, California.


　　　　　　　　　　　　　　　　 /s/ Leslie M. Rudolph
　　　　　　　　　　　　　　　　LESLIE M. RUDOLPH

**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST GIBBS**

# SERVICE LIST

**By Mail**:

| | |
|---|---|
| John Steele<br>1111 Lincoln Road, Suite 400<br>Miami, FL 33139<br><br>Pro se | Paul Hansmeier<br>Alpha Law Firm LLC<br>80 S. 8th Street, Suite 900<br>Minneapolis, MN 55402<br>(612) 234-5744<br>prhansmeier@thefirm.com<br><br>Pro se |
| Mark Lutz<br>c/o Livewire Holdings, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, D.C. 20037<br><br>Pro se | Paul Duffy<br>2 N. LaSalle Street, 13th Floor<br>Chicago, IL 60602<br>312-952-6136<br>Fax: 312-346-8434<br>paduffy@wefightpiracy.com<br><br>Pro se and for Ingenuity 13, LLC and for AF Holdings, LLC |
| Angela Van Den Hemel<br>Prenda Law Inc.<br>161 North Clark Street, Suite 3200<br>Chicago, IL 60601<br><br>Pro se | Peter Hansmeier<br>c/o Livewire Holdings, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, D.C. 20037<br><br>Pro se |
| | Daniel J. Voelker<br>Voelker Litigation Group<br>311 W. Superior Street, Suite 500<br>Chicago, IL 60654<br><br>[Appellants' counsel in consolidated appeals, as a courtesy] |

-6-
**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST GIBBS**

**By ECF Electronic Notice:**

Notice has been electronically mailed via the ECF System to:

Brett Langdon Gibbs brett.gibbs@gmail.com

David M Majchrzak dmajchrzak@klinedinstlaw.com

Heather Rosing hrosing@klinedinstlaw.com, traymond@klinedinstlaw.com

Lawrence E Heller lheller@hellerandedwards.com, cmayrina@hellerandedwards.com, medwards@hellerandedwards.com

Morgan E Pietz mpietz@pietzlawfirm.com, lrudolph@pietzlawfirm.com

Nicholas R Ranallo nick@ranallolawoffice.com

Paul Hansmeier prhansmeier@thefirm.mn

-7-
**PROOF OF SERVICE OF DOE'S RESPONSE TO MOTION FOR INDICATIVE RULING VACATING MAY 6, 2013 ORDER ISSUING SANCTIONS AGAINST GIBBS**