1  Brett L. Gibbs
2  28 Altamont Avenue
   Mill Valley, CA 94941
3  Telephone: (415) 381-3104
   brett.gibbs@gmail.com
4  *In Propria Persona*

5

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9  INGENUITY 13 LLC,

10          *Plaintiff*,                    CASE NO. 2:12-CV-8333-ODW (JCx)

11
                                            Judge:            Hon. Otis D. Wright, II
12       v.                                 Magistrate Judge: Hon. Jacqueline Chooljian

13 JOHN DOE,

14          *Defendant*.                    **NOTICE OF REMAND AND**
                                            **REQUEST FOR ORDER**
15                                          **VACATING MONETARY**
                                            **SANCTIONS AGAINST MOVANT**
16                                          **BRETT L. GIBBS PURSUANT TO**
                                            **COURT'S OCTOBER 30, 2013**
17                                          **ORDER**

18

19

20

21

22

23

24

25

26

27

28
                                     1

Attorney Brett L. Gibbs, *in propria persona,* files this request for an order vacating the sanctions imposed on him in the Court's May 6, 2013 Order Issuing Sanctions. In support of this motion, Gibbs presents the following:

On May 6, 2013, the Court ordered sanctions in the amount of $81,319.72 on John Steele, Paul Hansmeier, Paul Duffy (the "Prenda Principals"), AF Holdings LLC, Ingenuity 13, LLC, Prenda Law, Inc. and Gibbs. (ECF No. 130) The Court ruled that all of the sanctioned parties were jointly and severally liable for the full amount of the sanctions. Each of the sanctioned parties, including Gibbs, filed a timely appeal of the Sanctions Order with the Ninth Circuit Court of Appeals.

On October 17, 2013, Gibbs filed a Motion for Indicative Ruling Vacating May 6, 2013 Sanctions against him. (ECF No. 240) Defendant filed his opposition to this motion on October 28, 2013. (ECF No. 241) On October 30, 2013, the Court granted Gibbs' Motion and issued an Indicative Ruling Vacating May 6, 2013 Sanctions Against Gibbs, (ECF No. 243) and Gibbs filed a Notice of Indicative Ruling and Request for Remand and Dismissal with the Court of Appeals for the Ninth Circuit (Case No. 13-55871, Doc. No. 11-1).

On November 7, 2013, the Ninth Circuit "remanded [the case] to the district court for the limited purpose of enabling the district court to consider appellant's motion to vacate the May 6, 2013 order imposing sanctions on appellant," thereby restoring jurisdiction to this Court to implement its prior indicative ruling. The Ninth Circuit further set a schedule for Gibbs to "report the status of the district court proceeding..." (Case No. 13-55871, Doc. No. 13). A copy of the Ninth Circuit's Order is attached as Exhibit A.

Gibbs now respectfully requests that the Court issue an Order vacating the monetary sanctions imposed upon him in the Court's May 6 Order, pursuant to the Court's October 30, 2013 Order. Gibbs reiterates his commitment to cooperate fully with investigations into his conduct and the conduct of the other sanctioned parties.

Gibbs also reiterates his commitment to remain disassociated from the Prenda Principals.

Gibbs also respectfully requests that the Order Vacating Sanctions include a statement that the Court has concluded, after reconsidering the record and the arguments and new evidence presented by Gibbs, that Gibbs did not lie to the Court or ignore or disobey any Order of the Court.  This statement will allow the Ninth Circuit to rely on Gibbs testimony when evaluating whether to uphold sanctions on the Prenda Principals, the Plaintiffs, and Prenda Law.  Similarly, it will allow other courts which are considering sanctions against these individuals and companies to use Gibbs' testimony without having to respond to the assertion that Gibbs' testimony should not be considered because he was found to have lied to this Court.  Finally, it will allow Gibbs to begin to rebuild his reputation which has been severely damaged by his much-regretted association with Steele Hansmeier PLLC, Prenda Law, Inc. and the Prenda Principals.

Respectfully submitted,

DATED: November 7, 2013

/s/ Brett L. Gibbs
Brett L. Gibbs
28 Altamont Avenue
Mill Valley, CA 94941
*In Propria Persona*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of November, 2013, a true and correct copy of the foregoing Notice of Remand and Request to Vacate Sanctions Against Brett L. Gibbs Pursuant to Court's October 30, 2013 Order, and all attached and related documents, was filed with the Clerk of the Court for the Central District of California by using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system. Further, as to those individuals who do not or cannot access the CM/ECF system, on this 7th day of November, 2013, a true and correct copy of the foregoing Notice of Remand and Request to Vacate Sanctions Against Brett L. Gibbs Pursuant to Court's October 30, 2013 Order, and all attached and related pleadings, was mailed via the U.S. Postal Service from Mill Valley, California, with first-class postage thereon fully prepaid, to the following individuals at the addresses below:

Paul R. Hansmeier
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
prhansmeier@thefirm.mn
*In Propria Persona*

Paul Duffy
Prenda Law, Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Email: pduffy@pduffygroup.com;
paulduffy2005@gmail.com
*In Propria Persona*

///

///

John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
johnlsteele@gmail.com
*In Propria Persona*

Angela Van Den Hemel
161 N. Clark St., Suite 3200
Chicago, IL 60601
*In Propria Persona*

Mark Lutz
Livewire Holdings, LLC
2100 M St. NW
Suite 170-417
Washington DC 20037-1233

Peter Hansmeier
Livewire Holdings, LLC
2100 M St. NW
Suite 170-417
Washington DC 20037-1233

Ingenuity13, LLC
AF Holdings, LLC
6881 Forensics, LLC
Springates East
Government Road
Charlestown, Nevis

Daniel J Voelker
Voelker Litigation Group
311 W. Superior St., Ste. 500
Chicago, IL 60654

REQUEST FOR ORDER VACATING SANCTIONS        NO. 2:12-CV-8333-ODW (JCx)