**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC, | Case Nos. 2:12-cv-8333-ODW(JCx) |
| Plaintiff, | **ORDER VACATING MAY 6, 2013 MONETARY SANCTIONS AGAINST BRETT L. GIBBS [244]** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

On November 7, 2013, the Ninth Circuit remanded this case for the limited purpose of enabling this Court to consider Movant Brett L. Gibbs' Motion to Vacate Monetary Sanctions. (ECF Nos. 244, 245.) The remand was in response to this Court's Order Granting Motion for Indicative Ruling pursuant to Federal Rule of Civil Procedure 62.1(a)(3). (ECF No. 243.) Accordingly, the Court now considers Gibbs' Motion to Vacate May 6, 2013 Sanctions. (ECF Nos. 240, 244.)

Gibbs is specifically asking this Court to vacate his joint and several liability for the monetary sanctions imposed in the Court's May 6, 2013 Order. (ECF No. 130.) After carefully considering the papers filed in support of and in opposition to the Motion to Vacate Sanctions (ECF Nos. 240, 241, 244), the Court hereby **GRANTS** the Motion. Gibbs' joint and several liability for the monetary sanctions imposed in the May 6, 2013 Order is **VACATED**. The Court's decision is based on Gibbs's

1    dissociation with the Prenda parties.   This order has no effect on non-monetary

2    sanctions nor does this order affect the other parties subject to sanctions in the May 6,

3    2013 Order.

4          **IT IS SO ORDERED.**

5          November 13, 2013

6

7          _____

8                  **OTIS D. WRIGHT, II**
                **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28