**FILED**

**NOV 18 2013**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY13 LLC, <br><br> Plaintiff, <br><br> and <br><br> PAUL HANSMEIER, Esquire, <br><br> Movant - Appellant, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant - Appellee. | No. 13-55859 <br><br> D.C. No. 2:12-cv-08333-ODW-JC <br> Central District of California, <br> Los Angeles <br><br>  <br> RECEIVED <br> CLERK, U.S. DISTRICT COURT <br> 11/18/13 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: MAT DEPUTY |
| INGENUITY13 LLC, <br><br> Plaintiff, <br><br> and <br><br> BRETT L. GIBBS, <br><br> Movant - Appellant, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant - Appellee. | No. 13-55871 <br><br> D.C. No. 2:12-cv-08333-ODW-JC <br> Central District of California, <br> Los Angeles |

SM/MOATT

| | |
|---|---|
| INGENUITY13 LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55880<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>        Plaintiff,<br><br> and<br><br>PRENDA LAW, INC.,<br><br>        Movant - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55881<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>        Plaintiff,<br><br> and | No. 13-55882<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

AF HOLDINGS, LLC,

        Movant - Appellant,

  v.

JOHN DOE,

        Defendant - Appellee.

INGENUITY13 LLC,

        Plaintiff,

  and

PAUL DUFFY,

        Movant - Appellant,

  v.

JOHN DOE,

        Defendant - Appellee.

No. 13-55883

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

INGENUITY13 LLC,

        Plaintiff,

  and

JOHN STEELE,

        Movant - Appellant,

No. 13-55884

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

| | |
|---|---|
| v.<br><br>JOHN DOE,<br><br>   Defendant - Appellee. | |
| INGENUITY13 LLC,<br><br>   Plaintiff,<br><br> and<br><br>PRENDA LAW, INC.,<br><br>   Movant - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>   Defendant - Appellee,<br><br> and<br><br>PAUL DUFFY,<br><br>   Movant - Appellee. | No. 13-56028<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

  Appellant's November 14, 2013 filing in appeal no. 13-55871 is construed as a motion to voluntarily dismiss appeal no. 13-55871 pursuant to Federal Rule of

Appellate Procedure 42(b).  So construed, the motion is granted.  Appeal no. 13-55871 is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court for appeal no. 13-55871.

The briefing schedule established on July 9, 2013 remains in effect for the remaining consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Stephanie McMahon
Motions Attorney/Deputy Clerk