**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
NIXIE      606013042-1N         12/02/13
           RETURN TO SENDER
           UNABLE TO FORWARD
           UNABLE TO FORWARD
           RETURN TO SENDER
```

Not at this address

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV 12-08333-ODW-JC
RETURNED MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC -6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ODW

Date Transmitted:        11/13/2013 3:30:43 PM

2:12-cv-08333    Doc: 246

Paul Duffy
161 N Clark Street  Suite 3200
Chicago, IL   60601
US

Number of Pages:        2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-08333-ODW-JC Ingenuity13 LLC v. John Doe Order on Request for Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 11/13/2013 at 3:24 PM PST and filed on 11/13/2013

Case Name:
Ingenuity13 LLC v. John Doe

Case Number:<A HREF=https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543744> 2:12-cv-08333-ODW-JC

Filer:

WARNING: CASE CLOSED on 01/28/2013

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031117880144?caseid=543744&de_seq_num=758&magic_num=MAGIC&pdf_toggle_possible=1
>246
```

Docket Text:

ORDER VACATING MAY 6, 2013 MONETARY
SANCTIONS AGAINST BRETT L. GIBBS [244]  by Judge Otis D. Wright, II: Gibbs
joint and several liability for the monetary sanctions imposed in the May
6, 2013 Order is VACATED.This order has no effect on non-monetary sanctions
nor does this order affect the other parties subject to sanctions in the
May 6, 2013 Order. (lc)

2:12-cv-08333-ODW-JC Notice has been electronically mailed to:

Paul     Hansmeier       prhansmeier@thefirm.mn

Nicholas R Ranallo      nick@ranallolawoffice.com

Heather  Rosing         traymond@klinedinstlaw.com, hrosing@klin

Lawrence E Heller          medwards@hellerandedwards.com, lheller@hellerandedwards.com, cmayrina@hellerandedwards.com

Morgan E Pietz          mpietz@pietzlawfirm.com, lrudolph@pietzlawfirm.com

Brett Langdon Gibbs          brett.gibbs@gmail.com

David M Majchrzak          dmajchrzak@klinedinstlaw.com


2:12-cv-08333-ODW-JC Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


John Steele
111 Lincoln Road   Suite 400
Miami Beach, FL 33139
US

Paul Duffy
161 N Clark Street   Suite 3200
Chicago IL 60601
US

Angela Van Den Hemel
Prenda Law Inc
161 North Clark Street   Suite 3200
Chicago IL 60601


Brett L Gibbs
28 Altamont Avenue
Mill Valley CA 94941

Mark Lutz
c/o Liverwire Holdings, LLC
2100 M Street Northwest, Suite 170-417
Washington DC 20037
US

Peter Hansmeier
c/o Livewire Holdings, LLC
2100 M Street Northwest, Suite 170-417
Washington DC 20037
US

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>                Plaintiff,<br>     v.<br>JOHN DOE,<br><br>                Defendant. | Case Nos. 2:12-cv-8333-ODW(JCx)<br><br>**ORDER VACATING MAY 6, 2013 MONETARY SANCTIONS AGAINST BRETT L. GIBBS [244]** |

      On November 7, 2013, the Ninth Circuit remanded this case for the limited purpose of enabling this Court to consider Movant Brett L. Gibbs' Motion to Vacate Monetary Sanctions. (ECF Nos. 244, 245.) The remand was in response to this Court's Order Granting Motion for Indicative Ruling pursuant to Federal Rule of Civil Procedure 62.1(a)(3). (ECF No. 243.) Accordingly, the Court now considers Gibbs' Motion to Vacate May 6, 2013 Sanctions. (ECF Nos. 240, 244.)

      Gibbs is specifically asking this Court to vacate his joint and several liability for the monetary sanctions imposed in the Court's May 6, 2013 Order. (ECF No. 130.) After carefully considering the papers filed in support of and in opposition to the Motion to Vacate Sanctions (ECF Nos. 240, 241, 244), the Court hereby **GRANTS** the Motion. Gibbs' joint and several liability for the monetary sanctions imposed in the May 6, 2013 Order is **VACATED**. The Court's decision is based on Gibbs's

dissociation with the Prenda parties. This order has no effect on non-monetary sanctions nor does this order affect the other parties subject to sanctions in the May 6, 2013 Order.

**IT IS SO ORDERED.**

November 13, 2013

                                    **OTIS D. WRIGHT, II**
                          **UNITED STATES DISTRICT JUDGE**