**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC,<br><br>    Plaintiff,<br> And<br><br>PAUL HANSMEIER, Esquire,<br><br>    Movant - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>    Defendant - Appellee. | No. 13-55859<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/18/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DLM _____ DEPUTY

| | |
|---|---|
| INGENUITY13 LLC,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>    Defendant - Appellee. | No. 13-55880<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

| | |
|---|---|
| INGENUITY13 LLC,<br><br>    Plaintiff, | No. 13-55881<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California, |

GS App. Comm.  02/24/2014/Pro Mo

| | |
|---|---|
| And<br><br>PRENDA LAW, INC.,<br><br>      Movant - Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>      Defendant - Appellee. | Los Angeles |
| INGENUITY13 LLC,<br><br>      Plaintiff,<br><br>And<br><br>AF HOLDINGS, LLC,<br><br>      Movant - Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>      Defendant - Appellee. | No. 13-55882<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>      Plaintiff,<br><br>And | No. 13-55883<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

GS App. Comm.  02/24/2014/Pro Mo

| | |
|---|---|
| PAUL DUFFY,<br><br>   Movant - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>   Defendant - Appellee. | |
| INGENUITY13 LLC,<br><br>   Plaintiff,<br> And<br><br>JOHN STEELE,<br><br>   Movant - Appellant,<br><br> v.<br><br>JOHN DOE,<br><br>   Defendant - Appellee. | No. 13-55884<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>   Plaintiff,<br> And<br><br>PRENDA LAW, INC.,<br><br>   Movant - Appellant, | No. 13-56028<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

GS App. Comm. 02/24/2014/Pro Mo

v.

JOHN DOE,

        Defendant - Appellee,

And

PAUL DUFFY,

        Movant - Appellee.

Before: Peter L. Shaw, Appellate Commissioner.

    The appellee's motion to file an oversized answering brief is granted in part. Within 28 days after the date of this order, the appellee shall file an answering brief not to exceed 16,500 words.

    The optional reply briefs are due within 14 days after the service of the renewed answering brief.

GS App. Comm. 02/24/2014/Pro Mo