**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
APR 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY



CV 12-08333-ODW
RETURNED MAIL.



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ODW



Case: 2:12cv8333   Doc: 256

Peter   Hansmeier
c o Livewire Holdings, LLC
2100 M Street Northwest   Suite 170-417
Washington, DC 20037

------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: John Steele
111 Lincoln Road Suite 400
Miami Beach, FL 33139
US, Paul Duffy
161 N Clark Street Suite 3200
Chicago IL 60601
US, Angela Van Den Hemel
Prenda Law Inc
161 North Clark Street Suite 3200
Chicago IL 60601
, Brett L Gibbs
28 Altamont Avenue
Mill Valley CA 94941
, Mark Lutz
c o Liverwire Holdings, LLC
2100 M Street Northwest Suite 170-417
Washington DC 20037
US, Peter Hansmeier
c o Livewire Holdings, LLC
2100 M Street Northwest Suite 170-417
Washington DC 20037
US
--Case Participants: Heather Rosing (hrosing@klinedinstlaw.com, traymond@klinedinstlaw.com), Morgan E Pietz (lrudolph@pietzlawfirm.com, mpietz@pietzlawfirm.com), Lawrence E Heller (cmayrina@hellerandedwards.com, lheller@hellerandedwards.com, medwards@hellerandedwards.com), David M Majchrzak (dmajchrzak@klinedinstlaw.com), Nicholas R Ranallo (nick@ranallolawoffice.com), Brett Langdon Gibbs (brett.gibbs@gmail.com), Paul Hansmeier (prhansmeier@thefirm.mn), Judge Otis D. Wright, II (crd_wright@cacd.uscourts.gov), Magistrate Judge Jacqueline Chooljian (crd_chooljian@cacd.uscourts.gov)
--Non Case Participants: Andrew J Waxler (awaxler@wcb-law.com), James S Tyre (jstyre@jstyre.com), Andrew Baxter Slade (aslade@crowell.com), Kenneth P White (kwhite@brownwhitelaw.com), Corynne M McSherry (mitch@eff.org), Won M Park (maguiniga@wcb-law.com, wpark@wcb-law.com)
--No Notice Sent:
Message-Id:<17199840@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08333-ODW-JC Ingenuity13 LLC v. John Doe USCA Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/21/2014 at 5:23 PM PDT and filed on 3/18/2014

| | |
|---|---|
| Case Name: | Ingenuity13 LLC v. John Doe |
| Case Number: | 2:12-cv-08333-ODW-JC (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543744) |
| Filer: | |
| WARNING: CASE CLOSED on 01/28/2013 | |
| Document Number: | 256 (https://ecf.cacd.uscourts.gov/doc1/031118608483?caseid=543744&de_seq_num=787&magic_num=MAGIC&pdf_toggle_possible=1) |

**Docket Text:**
ORDER from 9th CCA filed, CCA # 13-55859, 13-55880, 13-55881, 13-55882, 13-55883, 13-55884, 13-56028. The appellee's motion to file an oversized answering brief is granted in part. Within 28 days after the date of this order, the appellee shall file an answering brief not to exceed 16,500 words. The optional reply briefs are due within 14 days after the service of the renewed answering brief. Order received in this district on 3/18/14. (car)

**2:12-cv-08333-ODW-JC Notice has been electronically mailed to:**
Paul Hansmeier     prhansmeier@thefirm.mn
Nicholas R Ranallo     nick@ranallolawoffice.com
Heather Rosing     traymond@klinedinstlaw.com, hrosing@klinedinstlaw.com
Lawrence E Heller     medwards@hellerandedwards.com, lheller@hellerandedwards.com, cmayrina@hellerandedwards.com
Morgan E Pietz     mpietz@pietzlawfirm.com, lrudolph@pietzlawfirm.com
Brett Langdon Gibbs     brett.gibbs@gmail.com
David M Majchrzak     dmajchrzak@klinedinstlaw.com

**2:12-cv-08333-ODW-JC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
John Steele
111 Lincoln Road Suite 400
Miami Beach, FL 33139
US
Paul Duffy
161 N Clark Street Suite 3200
Chicago IL 60601
US
Angela Van Den Hemel
Prenda Law Inc
161 North Clark Street Suite 3200
Chicago IL 60601
Brett L Gibbs
28 Altamont Avenue
Mill Valley CA 94941
Mark Lutz
c o Liverwire Holdings, LLC
2100 M Street Northwest Suite 170-417
Washington DC 20037
US
Peter Hansmeier
c o Livewire Holdings, LLC
2100 M Street Northwest Suite 170-417
Washington DC 20037

US

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC,<br><br>          Plaintiff,<br>   And<br><br>PAUL HANSMEIER, Esquire,<br><br>          Movant - Appellant,<br><br>   v.<br><br>JOHN DOE,<br><br>          Defendant - Appellee. | No. 13-55859<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/18/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

| | |
|---|---|
| INGENUITY13 LLC,<br><br>          Plaintiff - Appellant,<br><br>   v.<br><br>JOHN DOE,<br><br>          Defendant - Appellee. | No. 13-55880<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

| | |
|---|---|
| INGENUITY13 LLC,<br><br>          Plaintiff, | No. 13-55881<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California, |

GS App. Comm. 02/24/2014/Pro Mo

| | |
|---|---|
| And<br><br>PRENDA LAW, INC.,<br><br>  Movant - Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>  Defendant - Appellee. | Los Angeles |
| INGENUITY13 LLC,<br><br>  Plaintiff,<br><br>And<br><br>AF HOLDINGS, LLC,<br><br>  Movant - Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>  Defendant - Appellee. | No. 13-55882<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>  Plaintiff,<br><br>And | No. 13-55883<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

GS App. Comm. 02/24/2014/Pro Mo

PAUL DUFFY,

    Movant - Appellant,

v.

JOHN DOE,

    Defendant - Appellee.

---

INGENUITY13 LLC,

    Plaintiff,

And

JOHN STEELE,

    Movant - Appellant,

v.

JOHN DOE,

    Defendant - Appellee.

No. 13-55884

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

---

INGENUITY13 LLC,

    Plaintiff,

And

PRENDA LAW, INC.,

    Movant - Appellant,

No. 13-56028

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

GS App. Comm. 02/24/2014/Pro Mo

v.

JOHN DOE,

        Defendant - Appellee,

And

PAUL DUFFY,

        Movant - Appellee.

Before: Peter L. Shaw, Appellate Commissioner.

    The appellee's motion to file an oversized answering brief is granted in part. Within 28 days after the date of this order, the appellee shall file an answering brief not to exceed 16,500 words.

    The optional reply briefs are due within 14 days after the service of the renewed answering brief.

GS App. Comm. 02/24/2014/Pro Mo